RECEIVED
MAR 11 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

---

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL DOCKET NO. 6:16-00048-01/02 |
| -vs- | JUDGE MINALDI |
| LOUIS ACKAL (01)<br>GERALD SAVOY (02) | MAGISTRATE JUDGE WHITEHURST |

---

### ORDER

This case is reassigned to Judge Donald Walter.

SIGNED on this 11th day of March, 2016, at Alexandria, Louisiana.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT