## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

| | |
|---|---|
| USA | Criminal Action 6:16-cr-00048 |
| versus | Judge Donald E. Walter |
| Ackal, et al | Magistrate Judge Carol B. Whitehurst |

## ORDER

Finding that the undersigned Magistrate Judge must recuse herself from this matter pursuant to 28 U.S.C. §455(b)(4), this case shall be referred to Chief Judge Dee D. Drell for reassignment.

**THUS DONE AND SIGNED** in Lafayette, La, this 15th day of March, 2016.

_____
CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE