UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 6:16-CR-00048-01** |
| **VS.** | **JUDGE WALTER** |
| **LOUIS ACKAL** | **MAGISTRATE JUDGE HANNA** |

**MINUTES OF COURT:**
*Initial Appearance and Arraignment*

Date:  March 31, 2016                                    Presiding: Magistrate Judge Hanna
Court Opened: 9:00 a.m.                                  Minute Clerk: Evelyn Alexander
Court Adjourned: 9:10 a.m.
Statistical Time: 00:05                                  Liberty Recording Courtroom 7

**APPEARANCES**
1. Joseph G Jarzabek and Tona Boyd, AUSA           for    United States
2. Michael D Skinner and Richard T Haik, Sr, Retained   for    Louis Ackal
3. Louis Ackal, Defendant

**PROCEEDINGS:**

**BEFORE COURT OPENED**
__ Defendant Failed to Appear, Warrant Ordered
__ Interpreter sworn
**X** Defendant Interviewed by Pretrial Services Officer
__ Defendant Refused To Be Interviewed
__ Defendant Completed Financial Affidavit for Appointment of Counsel
**X** Defendant provided with Charging Document(s)
**ARRAIGNMENT ON:** __ Bill of Information __ Complaint **X** Indictment
__ Violation of Probation/Supervised Release __ Arrest for Failure to Appear
**X** Defendant Sworn
**X** Defendant Advised of Charges, Maximum Penalties & Rights
__ Identity Hearing __ Waived __ Held __ Set For
__ Preliminary Examination __ Waived __ Held __ To be set in the
**X** Arraignment Held
**BAIL DETERMINATION/CUSTODY STATUS**
**X** Pretrial Services Report Provided to Defendant
__ Detention hearing:
         __ Requested by government
         __ Requested by court
         __ Continuance requested by government
         __ Continuance requested by defendant
__ Detention hearing __ Held __ Waived __ Set for _____
__ Bail hearing __ Held __ Waived __ To be set in the
**X** Bond Set: Personal Recognizance Bond - Appearance Bond signed (AO98)
__ Order setting conditions of release signed (Modified AO199)
__ **Order of Detention Pending Trial signed (AO472)**
__ Order Scheduling a Detention Hearing (AO470)
**X** Defendant Ordered Released after Processing by U.S. Marshal
__ Defendant in Custody

**MINUTES OF COURT**
**LOUIS ACKAL**
**6:16-CR-00048-01**
**PAGE 2 OF 2**

**ARRAIGNMENT**
__X__ Reading Waived  ____ Indictment Read  __X__ Not Guilty Plea Entered

**TRIAL SET** at __9:30 a.m.__ on __June 6, 2016__ before __Judge Donald E Walter__
**PRETRIAL CONFERENCE SET** at __11:00 a.m.__ on __May 6, 2016__ before __Judge Donald E Walter__

**FILINGS:**
____ Order Appointing Counsel
____ Order Appointing Interpreter
__X__ Criminal Scheduling Order
__X__ Standard Pretrial Procedures for Cases Assigned to __Judge Walter__
__X__ Order setting motion deadlines
__X__ Appearance and Compliance Bond
____ Order Setting Conditions of Release
____ Waiver of Detention Hearing
____ Waiver of Preliminary Hearing
____ Waiver of Consular Notification
____ Order Scheduling a Detention Hearing

**COMMENTS:**

The defendant waived the reading of the indictment and entered a plea of not guilty to all counts of the indictment.

IT IS ORDERED defendant is hereby released, after processing by the U.S. Marshal Service, pending trial.