

RECEIVED

APR 2 5 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | CRIMINAL NO. 6:16-CR-00048-01-02 |
| VERSUS | * | |
| | * | JUDGE WALTER |
| LOUIS ACKAL | * | MAGISTRATE JUDGE HANNA |
| GERALD SAVOY | * | |

ORDER

Considering the forgoing Motion, the Court grants the Government's Motion for Continuance. The Court finds that the interests of justice will be served by granting the Government's motion and that the reasons for the delay outweigh any potential deleterious impact on the Defendants', the Government's and the public's interest in a prompt and speedy trial as set forth in Title 18, United States Code, Section 3161 [18 U.S.C. § 3161]. The Court made this finding based on the ongoing nature of the investigation and the possibility of other charges as well as the need to process further discovery in the case. Resetting the trial date will allow counsel to effectively prepare for trial. The period of time resulting from this setting is excluded from delay as

prescribed in Title 18, United States Code, Section 3161(8)(a)  [18 U.S.C. § 3161(8)(a)].

Thus done and signed this     day of April, 2016.

DONALD E. WALTER
UNITED STATES DISTRICT COURT JUDGE