UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | CRIMINAL NO. 6:16cr0048-01 |
| | * | |
| **VERSUS** | * | JUDGE WALTER |
| | * | |
| **LOUIS ACKAL** | * | MAGISTRATE JUDGE HANNA |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## DESIGNATION OF LEAD ATTORNEY AND TRIAL ATTORNEY
## FILED ON BEHALF OF LOUIS ACKAL

Now into Court, through undersigned counsel, comes Louis Ackal, a defendant herein, who hereby provides notice to the Court and all counsel of record that Lewis O. Unglesby, Unglesby Law Firm, is hereby designated as Lead Attorney and Trial Attorney for Louis Ackal in the above captioned matter.

> s/Lewis O. Unglesby
> Lewis O. Unglesby (#12498)
> Unglesby Law Firm
> 246 Napoleon Street
> Baton Rouge, LA 70802
> Telephone: (225) 387-0120
> Facsimile: (225) 336-4355
>
> s/Richard T. Haik, Sr.
> Richard T. Haik, Sr.
> Morrow, Morrow, Ryan & Bassett
> 324 W. Landry Street
> Opelousas, LA 70570
> Telephone: (337) 948-4483
> Facsimile: (337) 942-5234

                    s/Michael D. Skinner
                    MICHAEL D. SKINNER (LA # 12118)
                    Skinner Law Firm, L.L.C.
                    Chase Tower
                    600 Jefferson Street, Suite 810
                    P. O. Box 53146
                    Lafayette, LA 70505
                    (337) 354-3030
                    (337) 354-3032 facsimile
                    mike@law.glacoxmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of April, 2016 a copy of the forgoing Designation of Lead Attorney and Trial Attorney filed on behalf of Louis Ackal was filed electronically by the Clerk of Court of the Western District of Louisiana using the CM/EFC system.  Notice of filing will be sent to all other counsel of record by operation of the court filing system.

                    s/Michael D. Skinner
                    Michael D. Skinner
                    Attorney