UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 6:16-00048 |
| VERSUS | * | JUDGE WALTER |
| LOUIS ACKAL (01)<br>GERALD SAVOY (02) | * | MAGISTRATE JUDGE HANNA |

### MINUTES OF STATUS CONFERENCE

A telephone status conference was held in this case on May 31, 2016. Lewis O. Unglesby and Michael D. Skinner, representing Louis Ackal, Randal P. McCann, representing Gerald Savoy, and AUSAs Joseph G. Jarzabek and Tona Boyd attended.[1]

The parties advised that discovery is progressing.

Mr. Unglesby indicated that if the case is set for trial in 2016, he will not be able to try this case.

Another telephone status conference will be held on June 13, 2016 at 10:30 a.m. The parties may access the conference by dialing 888-684-8852, access code 5910394. A separate Order shall issue.

Signed at Lafayette, Louisiana June 1, 2016.

_____
PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE

---

[1] Statistical time: 15 minutes.