UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 6:16-00048 |
| VERSUS | * | JUDGE WALTER |
| LOUIS ACKAL (01)<br>GERALD SAVOY (02) | * | MAGISTRATE JUDGE HANNA |

## ORDER SETTING STATUS CONFERENCE

A **telephone status conference** will be held on **June 13, 2016 at 10:30 a.m.** The parties may access the conference by dialing 888-684-8852, access code 5910394.

Signed at Lafayette, Louisiana June 1, 2016.

_____
PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE