UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 16-CR-00048-01 |
| VERSUS | |
| | JUDGE WALTER |
| LOUIS ACKAL | MAGISTRATE JUDGE HANNA |

Government's Response to Defendant's
Motion to Amend Conditions of Pretrial Release

NOW INTO COURT, through undersigned counsel, comes the United States of America, which respectfully opposes Louis Ackal's request to amend his conditions of release so that he can carry a firearm.

On July 18, 2016, Mr. Ackal filed a motion citing security concerns to suggest that he be able to carry a firearm pending trial. *See* Record Document 66. Already pending before the Court is the Government's motion to add additional conditions of release based on threats that Mr. Ackal made against one of the prosecutors assigned to this case. *See* Record Document 60.

In his motion, counsel for Mr. Ackal noted that Mr. Ackal was unaware that the Government was going to publish Mr. Ackal's threats in its motion to amend the conditions of release. Record Document 66 at 1. He also noted:

> It is especially disingenuous for the United States Attorney's Office to release statements made by Sheriff Ackal in the privacy of his own home, which may contain inflammatory language, and at the same time, seek to deny him the right to carry a firearm for protection.[1]

---
[1] As noted in its previous filing, the Government did not make the recording, nor did it solicit it.

Id at 2. The Government disagrees with these characterizations.

Prior to filing its motion to amend conditions of release, counsel for the Government called counsel for Mr. Ackal and asked if the parties could reach an agreement to amend the conditions of release without the Government filing a motion. When an agreement could not be reached, the Government filed its motion only after advising counsel for Mr. Ackal as to the relevant contents of the recording. The government, in a circumspect manner, provided only that limited amount of information necessary to convey to the Court the gravity of the situation.

The statements contained in the recordings are clearly the sort of new evidence that necessitate a review of the conditions of pretrial release pursuant to Title 18, United States Code, Section 3145. The Government filed its motion to amend the release conditions or for a hearing to consider same on June 29, 2016. Since that time, the Government has been made aware of additional threatening comments allegedly made by Ackal. Accordingly, the Government believes that a hearing is proper to consider the concerns of the Government and those raised by Mr. Ackal.

WHEREFORE, the Government requests that this Court schedule a hearing to review the conditions of pretrial release.

---

Furthermore, the Government is not aware of the location where the meeting took place.

Respectfully submitted this 21th day of July, 2016.

        STEPHANIE A. FINLEY
        UNITED STATES ATTORNEY

        */s/Alexander C. Van Hook*
        ALEXANDER C. VAN HOOK (25281)
        First Assistant United States Attorney

        */s/Joseph G. Jarzabek*
        JOSEPH G. JARZABEK (07241)
        Assistant United States Attorney
        300 Fannin Street, Suite 3201
        Shreveport, Louisiana 71101
        (318) 676-3600

## CERTIFICATE OF SERVICE

I certify that on July 21, 2016, a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

        */s/Alexander C. Van Hook*
        ALEXANDER C. VAN HOOK (25281)
        First Assistant United States Attorney