UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 6:16-00048 |
| VERSUS | * | JUDGE WALTER |
| LOUIS ACKAL (01)<br>GERALD SAVOY (02)<br>MARK FREDERICK (03) | * | MAGISTRATE JUDGE HANNA |

## MINUTES OF STATUS CONFERENCE

A status conference was held on August 18, 2016. John S. McLindon, representing Louis Ackal, Frank Granger, representing Mark Frederick, AUSAs Mark Blumberg, Alexander Van Hook, Joseph G. Jarzabek and Tona Boyd attended.[1] Randal P. McCann, who represents Gerald Savoy, was excused.

The government was instructed to file a Motion to Extend or Defer the deadlines contained in the Motion and Discovery Schedule which has been adopted, as modified, by this Court, if appropriate. [rec. docs. 57 and 76].

The next monthly status conference will be held on Friday, September 16, 2016 at 3:00 p.m. The parties may access the conference by dialing 888-684-8852, access code 5910394.

Signed at Lafayette, Louisiana August 19, 2016.

_____
PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE

---

[1] Statistical time: 20 minutes.