UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 16-CR-00048-01-03 |
| | * | |
| VERSUS | * | JUDGE WALTER |
| | * | |
| LOUIS ACKAL, ETAL | * | MAGISTRATE JUDGE HANNA |

GOVERNMENT'S RESPONSE TO DEFENDANTS' MOTIONS

NOW INTO COURT, through the undersigned Assistant United States Attorney comes the United States of America who responds as follows:

1.

While the government does not join in Defendant Frederick's Motion to Continue, it does not have an opposition to offer to the motion.

2.

As to the Defendants Ackal and Frederick's Motions to Transfer Venue, the government is prepared to try the case wherever the Court, in its discretion guided by the factors discussed in United States v. Lipscomb, 299 F.3d 303 (5th Cir. 2002), determines the trial should be held.

Respectfully submitted,

STEPHANIE A. FINLEY
United States Attorney


s\Joseph G. Jarzabek
JOSEPH G. JARZABEK – Bar ID #07240
Assistant United States Attorney
300 Fannin Street, Suite 3201
Shreveport, LA  71101
(318) 676-3600

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2016, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to counsel for the defendants by operation of the court's electronic filing system.

                                                   s\Joseph G. Jarzabek
                                                   JOSEPH G. JARZABEK
                                                   Assistant United States Attorney