**The Acadiana Advocate (theadvocate.com):**
1)      May 2, 2015 (7 pp)
2)      May 20, 2015 (2 pp)
3)      February 8, 2016 (10 pp) (reprint of May 2, 2015 article)
4)      February 25, 2016 (2 pp)
5)      March 9, 2016 (3 pp)
6)      March 13, 2016 (3 pp)
7)      March 22, 2016 (2 pp)
8)      April 30, 2016 (2 pp)
9)      June 16, 2016 (3 pp)
10)    June 29, 2016 (3 pp)
11)    July 1, 2016 (1 p)
12)    July 9, 2016 (3 pp)
13)    July 13, 2016 (3 pp)
14)    July 19, 2016 (3 pp)
15)    July 27, 2016 (2 pp)
16)    July 29, 2016 (3 pp)

**The Advertiser (theadvertiser.com):**
1)      May 13, 2015 (2 pp)
2)      March 10, 2016 (2 pp)
3)      April 12, 2016 (2 pp)
4)      April 22, 2016 (1 p)
5)      June 1, 2016 (1 p)
6)      June 9, 2016 (1 p)
7)      June 16, 2016 (1 p)
8)      June 30, 2016 (2 pp)
9)      July 20, 2016 (2 pp)
10)    July 29, 2016 (1 p)

**The Independent (theind.com):**
1)      March 9, 2016 (1 p)
2)      April 26, 2016 (1 pp)
3)      June 9, 2016 (1 p)
4)      June 30, 2016 (3 pp)

5)    July 15, 2016 (2 pp)

**The Daily Iberian (iberianet.com):**
1)    March 10, 2016 (2 pp)
2)    March 11, 2016 (3 pp)
3)    March 11, 2016 (4 pp)
4)    April 1, 2016 (3 pp)
5)    April 1, 2016 (3 pp)
6)    April 22, 2016 (3 pp)
7)    April 24, 2016 (4 pp)
8)    April 28, 2016 (4 pp)
9)    June 2, 2016 (3 pp)
10)   June 9, 2016 (2 pp)
11)   June 10, 2016 (4 pp)
12)   June 16, 2016 (2 pp)
13)   June 16, 2016 (4 pp)
14)   June 17, 2016 (2 pp)
15)   June 30, 2016 (4 pp)
16)   July 3, 2016 (3 pp)
17)   July 15, 2016 (4 pp)
18)   July 26, 2016 (3 pp)
19)   July 29, 2016 (4 pp)
20)   August 2, 2016 (4 pp)
21)   August 7, 2016 (3 pp)
22)   August 18, 2016 (2 pp)
23)   August 24, 2016 (3 pp)
24)   August 30, 2016 (3 pp)

**KLFY.com (Acadiana News 10):**
1)    December 8, 2015 (3 pp)
2)    March 9, 2016 (2 pp)
3)    March 10, 2016 (3 pp)
4)    March 11, 2016 (3 pp)
5)    June 15, 2016 (2 pp)
6)    June 30, 2016 (2 pp)

7)  June 30, 2016 (2 pp)
8)  July 29, 2016 (2 pp)
9)  July 29, 2016 (3 pp)
10) August 2, 2016 (2 pp)

**KADN (Cajunfirst.com):**
1)  March 10, 2016 (1 p)

**KATC.com (Acadiana-Lafayette):**
1)  March 9, 2016 (1 p)
2)  March 10, 2016 (1 p)
3)  March 11, 2016 (1 p)
4)  March 22, 2016 (1 p)
5)  May 24, 2016 (1 p)
6)  July 29, 2016 (3 pp)

**KPEL965.com (Lafayette News Radio):**
1)  March 9, 2016 (2 pp)

Print preview    https://www.theadvocate.com/baton_rouge/assets/templates/Fu...

May 2, 2015; 10:39 p.m.

# Iberia Parish Sheriff's Office under scrutiny for treatment of inmates, others in custody



Advocate staff file photo by BRYAN TUCK — The Iberia Parish Jail in New Iberia.

## Iberia sheriff bent on reform racks up $1M in settlements

**BY Hannah Rappleye**
*Special to The Advocate*

In a year that has seen mass protests over the treatment of African-American men by law enforcement — in Ferguson, Missouri; Staten Island, New York; and, most recently, Baltimore, among other places — New Iberia still managed to grab an unwanted moment in the national spotlight.

The town's brief close-up stemmed from the March 2014 death of Victor White III, 22, from a gunshot wound he suffered while handcuffed in the back of an Iberia Parish Sheriff's Office cruiser.

In August, amid the turmoil in Ferguson, the Iberia Parish Coroner's Office made public a report classifying White's death as a suicide, confirming an earlier finding by the State Police. It was met with incredulity by White's relatives and others.

The outcry prompted the U.S. Attorney's Office for the Western District of Louisiana, which includes Iberia Parish, to take its own look at White's death. That probe is still pending.

But it's not the only federal inquiry into possible civil rights abuses by the Iberia Parish Sheriff's Office. Last week, Sheriff Louis Ackal confirmed to The Advocate that federal authorities have subpoenaed a shocking videotape showing an Iberia Parish corrections officer — since fired — attacking a prone inmate with the help of a police dog in 2012.

Last month, meanwhile, a former deputy pleaded guilty to a misdemeanor federal civil rights charge of using excessive force against a handcuffed man in an unrelated case. And a whistleblower suit filed by a former warden is pending.

Federal investigators also are scrutinizing at least one other incident of possible abuse at the Iberia Parish Jail, according to sources with knowledge of the investigations, suggesting a broader probe of the Sheriff's Office. The U.S. Attorney's Office declined to comment for this story. An FBI spokesman said the bureau investigates all deaths of inmates or detainees that include claims of police misconduct but declined further comment.

Every police agency, of course, faces allegations of use of excessive force and questions over in-custody deaths. In New Orleans, for instance, both the Police Department and the Sheriff's Office are under federal consent decrees that require major, costly reforms after a slew of well-documented abuses.

The Iberia Parish Sheriff's Office has gotten far less scrutiny, perhaps partly because it's outside any major media market. But a review by The Advocate of court filings, public records, autopsy reports and investigative files suggests it is a troubled agency and has been for years.

More than 30 civil lawsuits have been filed against the Sheriff's Office in federal and state courts since Ackal, a former State Police captain, took office in 2008. At least six people, including five inmates, have died in Sheriff's Office custody during that time. Documents examined by The Advocate — including complaints filed by inmates and settled civil lawsuits — allege a wide array of misconduct by Sheriff's Office employees, ranging from excessive force used in routine arrests to an inmate beating that was so savage that guards slipped and fell in the victim's blood.

Some of the complaints appear to have had merit. According to records provided by the Iberia Parish Sheriff's Office and the Louisiana Sheriffs' Association, which insures the Sheriff's Office, the office has settled with at least 10 plaintiffs since 2008, with payments totaling nearly $1.1 million.

By comparison, Lafayette Parish has a population about three times that of Iberia Parish and its Sheriff's Office employs almost three times as many people as Iberia's. But the Lafayette Parish Sheriff's Office's lawsuit settlement costs since 2008 are about half those for Iberia Parish.

The suits in both parishes include complaints of excessive force, improper medical care of inmates and inmate deaths, sexual assault and harassment, and wrongful termination.

"There does seem to be a pattern of violence perpetuated upon the public in general, whether they are inmates or non-inmates, by the Iberia Parish Sheriff's Office," said Marjorie Esman, executive director of the ACLU's Louisiana chapter.

Over the years, the ACLU has received dozens of complaints from inmates and families alleging abuse by Iberia Parish deputies, Esman said. The number of complaints stands out, she said, though she could not provide exact figures. "When we see things like that happening repeatedly, then that suggests there's a problem within the organization," she said. "It's not just one rogue

person."

# Inmate abuse, deaths

While some of the complaints against the Iberia Parish Sheriff's Office allege excessive force during arrests, perhaps the most disturbing of them concern the abuse — and in some cases the deaths — of inmates in the Iberia Parish Jail.

The jail, a series of gray blocks stacked next to fields of inmate-tended vegetables, had a checkered history long before Ackal took office in 2008.

**Built in 1990, the jail never had a permanent funding source, forcing parish officials to cobble together operating money from wherever they could. Six years after it was built, the U.S. Justice Department filed suit against then-Sheriff Errol Romero — who is now parish president — and Warden Danny David, charging that jail employees regularly used excessive force against inmates, including hog-tying prisoners and binding their mouths with duct tape. The complaint also alleged that officials forced prisoners to sit in restraining chairs for long periods, sometimes in their own excrement.**

The suit was the first use of a 1994 law that gave the Justice Department authority to prosecute local law enforcement misconduct. The Sheriff's Office settled the suit that same year and agreed to no longer use the restraining chair.

The tenure of Sheriff Sid Hebert, who replaced Romero around the time the Justice Department's suit was filed, also was marked by disturbing allegations.

In 2005, a former inmate alleged that deputies beat him so badly when he was booked into jail that he had to spend two weeks in a hospital. In 2006, Hebert made headlines when his deputies used tear gas on residents celebrating the annual Sugar Cane Festival on Hopkins Street, a mostly black section of New Iberia. Residents said they felt the crackdown had a racial animus.

Hebert pushed through an agreement in which the parish would pay the Sheriff's Office to maintain and operate the jail. He also opened one of the first work-release programs in the state, charging inmates $24 a day for housing and transportation, while collecting nearly $18 a day per inmate from the state.

By the end of Hebert's tenure, the power and reach of the Sheriff's Office had grown. At the time, the New Iberia Police Department's fortunes were waning. Facing budget shortfalls and a spike in

crime, city officials in 2004 merged their Police Department with the Sheriff's Office, making New Iberia, population 30,000, the largest city in Louisiana without its own police force.

## Ackal promised reform

Ackal, with his State Police ré sumé , decided to take on Hebert, presenting himself as a candidate who would professionalize the Sheriff's Office. In 2008, two weeks after he was sworn in, Ackal held a news conference to show off the dilapidated jail he had inherited: Cameras were broken; control panels for door locks didn't work.

In a recent interview with The Advocate, Ackal dusted off some old photographs of rusted walls and doors and cracked windows. He said the jail's former warden, Roberta Boudreaux, had run the facility into the ground.

The first thing he did was scrub the place clean. "It was filthy," he said. "Nasty. People were getting sick from inside the jail. They had staph. They had mold and all that. We cleaned it up."

Boudreaux is running against Ackal for sheriff this fall.

Not only was the jail in bad shape, it was crowded. Originally intended to house about 260 inmates, in 2007 the jail held nearly twice that many. Ackal estimated it could cost up to $2 million to fix, but he pledged to do it.

Ackal did make some reforms. He relaunched the jail farm — about 40 acres of okra, potatoes, peppers and other fruits and vegetables. And in a cost-cutting move, he turned over the management of the work-release center to a private company.

But he also cracked down. Taking a cue from Arizona's notorious Sheriff Joe Arpaio, Ackal ordered pink bedding and uniforms for inmates who broke rules. He banned smoking, implemented a curfew, gave inmates haircuts and required that they remain clean-shaven.

Contraband had been rife throughout the jail, and Ackal ran shakedowns that uncovered weapons, crack pipes, drugs and other items. Several employees who had been complicit in getting the contraband into the jail were fired.

Complaints about overzealousness have dogged the office during Ackal's tenure. Shortly after he took over as sheriff in 2008, a man alleged that a deputy beat him so badly during an arrest that he coughed up blood — and then a muzzle was put over his mouth. The man later settled a suit with the Sheriff's Office for $50,000.

The following year, Michael Jones, a 43-year-old mentally ill man from Abbeville, died in the jail after an altercation with then-Warden Frank Ellis and Wesley Hayes, who was then a lieutenant.

This year, a judge ruled two Sheriff's Office employees — Hayes and a nurse — were responsible for Jones' death. The judgment in the case is $61,000.

Jones, who suffered from bipolar disorder and schizophrenia, bit Ellis shortly after arriving at the jail. Hayes told a state investigator that he put his arm against Jones' jaw and his hand over his mouth to restrain him.

At trial this spring, inmates testified that Hayes and his brother, Jesse, sat on Jones. At the time, the brothers, who moonlight as a tag-team wrestling outfit called the Bayou Boys, reportedly weighed a combined 700 pounds.

One inmate told State Police that he saw "tan-colored foam" coming out of Jones' mouth. After the brothers handcuffed him, they left Jones on his stomach with his hands behind his back, Hayes told an investigator.

When paramedics arrived 15 minutes later, Jones was dead. Although nurse Stephanie Celestine was on duty, she did not check on Jones. Autopsies found no drugs or alcohol in his system.

## Warden turned whistleblower

Though Ackal had promoted Hayes to warden not long after Jones died, he announced after the March ruling that he was requesting an FBI investigation of the case.

**By then, Hayes was long gone — and he and the sheriff were feuding. Hayes in the fall filed a whistleblower lawsuit against the Sheriff's Office that alleges Ackal and high-ranking deputies prevented him from investigating misconduct, including the theft of jail property and the abuse of inmates. He also says he was fired for attempting to report misconduct.**

Lafayette-based attorney Clayton Burgess, who represents Hayes and who has sued the Sheriff's Office numerous times, did not make Hayes available for an interview with The Advocate. But he said he thinks his client is being scapegoated.

"It's very curious that Sheriff Ackal calls for a federal investigation (into Jones' death) after Wesley Hayes filed his whistleblower suit and after Wesley Hayes verified in an affidavit of other abuses within the jail," Burgess said.

Two years after Jones' death, a 62-year-old inmate died from a traumatic brain injury after being struck by an untrained corrections deputy. Around the same time, in spring 2011, according to court filings and a sworn affidavit by Hayes, IPSO officers abused two inmates in the jail's chapel.

On April 29 of that year, according to Hayes' affidavit, officers with a new unit called IMPACT —

Increased Man Power Addressing Crime Trends — came with Ackal to the jail to assist in a contraband shakedown.

The new unit's mission was to deploy to high-crime areas and, much like a SWAT team, assist other units during critical situations, such as contraband sweeps in the jail or standoffs in the street.

Former inmate Curtis Ozenne's suit against the Sheriff's Office claims officers began the shakedown by forcing him to remain in the "Muslim praying position" for nearly three hours. Ozenne alleged he was kicked in the mouth multiple times, threatened with police dogs and then his head was shaved. In his complaint, Ozenne also alleged that Ackal threatened him with a dog and watched as an officer struck him with a baton for smiling.

Ackal said he could not comment on the suit because of pending litigation involving the incident.

In a sworn affidavit, Hayes testified that Ben Lasalle, a narcotics agent, asked him, as Ackal listened, which rooms in the jail were free of audio or video recording devices. The agent was apparently angry about a remark Ozenne had made. Hayes escorted Lasalle and Ozenne to the jail's chapel.

Vinyl drapes obscured the windows. There, Lasalle ordered Ozenne to lie facedown as he beat him with a baton, according to the affidavit. Ozenne cried and begged the officer to stop. He pegged another prisoner as the one who made the comments.

Officers brought the other inmate into the chapel, according to Hayes' affidavit, and Lasalle ordered the prisoner onto his knees. When he learned the inmate was serving time on a sex offense, Hayes testified, Lasalle slipped the baton between his legs and ordered him to simulate oral sex on it as three other officers watched. Hayes said he could hear the inmate choking.

Ozenne did not respond to multiple attempts to reach him. His case against the Sheriff's Office was later settled for $15,000.

The Advocate was unable to reach Lasalle for comment. The agent, according to Ackal, still works with the Sheriff's Office.

## Jail: Better but still troubled

As the doors to the Iberia Parish Jail swing open, one is struck by the smell — a combination of human sweat and stale air.

In a recent tour, Richard Hazelwood, Ackal's chief deputy, led The Advocate through the winding halls of the facility, past the curious and hardened faces of its inmates. It is a far cry from the jail shown in the photographs splayed across Ackal's desk. The walls are freshly painted; special pods keep nonviolent drug offenders and inmate trustees away from the general population.

The jail was not designed to hold so many inmates. The population swings anywhere between 480 and 540 inmates a day, Ackal said. In general population pods, inmates are double-bunked, and many sleep on plastic "boats" on the floor. The "lockdown" pod, a separate unit where inmates are placed in solitary confinement, is painted pink — an attempt by Ackal to further punish problem inmates. The sound of an inmate moaning was audible through the metal doors

of the solitary unit.

Although he has managed to bring the Sheriff's Office out of debt, Ackal said, running the jail remains a huge budgetary challenge. Prisoners from other parishes, for example, bring in only $3.50 a day, Ackal said. "You house, feed, clothe all these people for $3.50 a day, you have to be a magician," he said.

As in any jail, Sheriff's Office correctional officers are constantly at odds with inmates who are mentally ill or violent. One inmate shouted obscenities at Hazelwood as he passed by his cell. As deputies escorted the inmate to lockdown, he continued his harangue. "See what we have to deal with?" Hazelwood said.

Other inmates help keep the jail running. Their labor, Ackal said, keeps costs down — and allows others to learn valuable skills. In the auto shop, inmates fix vehicles for six different law enforcement agencies, including the Sheriff's Office. They build kennels for police dogs and make repairs to the jail using carpentry and welding tools. Behind the jail, inmates in stripes till the land, producing food for the jail and private companies.

That day, inmates were even fixing up a used armored personnel carrier that was obtained recently by the Sheriff's Office — a tanklike vehicle that might be seen on the streets of Baghdad.

"We've got this place back into the condition it's supposed to be in," Hazelwood said. "We're not going to let it slip down again."

Despite the volume of allegations against his office, Ackal said his jail is little different from any other lockup in the state or the country. The quantity of suits, he added, is partly the result of his honesty about what happens behind bars.

"A lot of these things that happen in other jails are not even publicized," Ackal said. "I don't hide anything. I would think that if you were to go to the other jails and ask the same questions, you'd be surprised at what you'd find."

Ackal touted changes he's managed to make to the agency and his commitment to professionalism. Sitting behind his desk, the sheriff leaned over and made a fist to show off his two-carat diamond ring and Rolex watch.

"I didn't take this job for the money," he said. "I don't need the money. I don't need the headache. I don't need the heartache. But I came in with a commitment, not a promise, to clean this place up and bring it to a level of law enforcement that it would be looked upon with respect."

Advocate staff writers Jim Mustian and Richard Burgess contributed to this report.

Copyright © 2015, Capital City Press LLC • 7290 Bluebonnet Blvd., Baton Rouge, LA 70810 • All Rights Reserved

May 20, 2015; 10:21 a.m.

# U.S. Rep. Richmond asks for U.S. Justice Department to investigate allegation of abuse by Iberia Parish deputies

## Sheriff's deputies accused of abuse

By RICHARD BURGESS
*rburgess@theadvocate.com*

A New Orleans congressman on Wednesday asked the Justice Department to launch a sweeping investigation of the Iberia Parish Sheriff's Office, citing recent articles in The Advocate detailing allegations of abuse by deputies there.



U.S. Rep. Cedric Richmond (AP Photo/Alex Brandon)

"We can no longer allow the abusive culture that has permeated IPSO to go unchecked," U.S. Rep. Cedric Richmond said in a written statement. "The accounts of discrimination, abuse and even deaths occurring as a result of the actions of deputies clearly illustrate a pattern and practice that systematically violates the basic rights of citizens. It is imperative that the Department of Justice step in and correct this conduct before there is any more loss of life."

Sheriff's Office spokesman Capt. Ryan Turner said Sheriff Louis Ackal declined comment on Richmond's call for an investigation.

In a three-page letter to U.S. Attorney General Loretta Lynch, Richmond asks for a "full investigation into the IPSO to uncover what, if any, civil rights violations of the citizens of Iberia Parish and the inmates at the Iberia Parish jail have been subject to over the course of the last decade."

Richmond's letter references several incidents of alleged inmate abuse detailed in recent reports by The Advocate and a video filed into court records that shows an Iberia Parish corrections officer attacking a prone inmate with the help of a dog.

The articles also detailed payouts of more than $1 million to settle lawsuits filed against the Sheriff's Office since Louis Ackal took the helm in 2008.

"When you see a number of instances and you see the amount of money that has been paid out, it raises an alarm," Richmond said in a telephone interview Wednesday.

Richmond spokesman Brandon Gassaway said the representative is asking for what's known as a "pattern and practice" investigation, similar to wide-ranging probes completed by the Justice Department in New Orleans and, more recently, Ferguson, Missouri, and launched earlier this month in Baltimore.

"We are looking at the total scope and culture," Gassaway said.

A spokeswoman with the U.S. Department of Justice in Washington did not respond to a request

for comment. U.S. Attorney Stephanie Finley, whose jurisdiction includes Iberia Parish, said she had "no comment."

The Sheriff's Office already has been under increased scrutiny since the death last year of 22-year-old Victor White III in the back of a Sheriff's Office cruiser, an incident that attracted national attention.

Iberia Parish Coroner Dr. Carl Ditch ruled that White died from a self-inflicted gunshot wound to the right side of his chest while handcuffed, a finding that White's family members and civil rights activists have questioned.

The Justice Department last fall launched a criminal investigation of the death.

In an unrelated case that prompted a separate federal criminal investigation, a former deputy pleaded guilty in March to a misdemeanor civil rights charge for using excessive force against a handcuffed man.

"Recent unrest in communities across the country have shed light on the fact that many people feel they have been unfairly targeted by police and forced to live their lives under the threat of an oppressive regime. The role our law enforcement officers fill is too important to the function of our society to allow this dynamic to go unchecked," Richmond wrote in his letter to the Justice Department. "It is incumbent upon us all to step in and intervene for the people we serve whenever it appears that their rights have been abridged in any way."

Unlike a criminal investigation, the "patterns and practice" investigations are civil, often resulting in court-supervised agreements that require specific changes in how law enforcement agencies operate. In Louisiana, the U.S. Justice Department's civil rights division has launched this kind of probe into both the New Orleans Police Department and the Orleans Parish Sheriff's Office, which runs the jail for the city.

Eventually, city leaders in New Orleans signed agreements with the feds that require massive overhauls. Since then, there have been tensions between the various agencies and the Justice Department about the costs associated with implementing the required changes.

Richmond said the consent agreements with federal officials, which came with technical assistance and other federal help, have improved conditions in New Orleans.

"I believe the consent decree is making that prison a better place," he said.

More recently, the Justice Department announced in April that the civil rights division would launch this type of investigation into whether the Ville Platte Police Department and Evangeline Parish Sheriff's Office were improperly detaining people on "investigative holds" without proper cause.

Richmond requested a response to his call for an investigation of the Iberia Parish Sheriff's Office by June 5.

The congressman said he hopes by then to see a "plan of action" for moving forward.

Richmond said he envisions two separate investigations, a continuing investigation into White's death and the start of a more comprehensive probe of the Iberia Parish jail.

http://www.theadvocate.com/acadiana/news/article_a71574d5-c321-5fbd-88f9-7e0b049678d3.html



PREVIOUS

Aerial attack on mosquitoes planned in Lafayette Parish
Lafayette city-parish government is planning an aerial assau...



NEXT UP

Photos: Anthony Davis, New Orleans Pelicans visit flood-displaced residents at River ...
Several New Orleans Pelicans players visited displaced resid...

# Iberia Parish Sheriff's Office under scrutiny for treatment of inmates, others in custody

Iberia sheriff bent on reform racks up $1M in settlements

BY Hannah Rappleye Special to The Advocate    **FEB 8, 2016 - 12:28 PM**





In a year that has seen mass protests over the treatment of African-American men by law enforcement — in Ferguson, Missouri; Staten Island, New York; and, most recently, Baltimor among other places — New Iberia still managed to grab an unwanted moment in the nationa spotlight.

The town's brief close-up stemmed from the March 2014 death of Victor White III, 22, from gunshot wound he suffered while handcuffed in the back of an Iberia Parish Sheriff's Office cruiser.

In August, amid the turmoil in Ferguson, the Iberia Parish Coroner's Office made public a re classifying White's death as a suicide, confirming an earlier finding by the State Police. It wa met with incredulity by White's relatives and others.

The outcry prompted the U.S. Attorney's Office for the Western District of Louisiana, which includes Iberia Parish, to take its own look at White's death. That probe is still pending.

But it's not the only federal inquiry into possible civil rights abuses by the Iberia Parish Sher Office. Last week, Sheriff Louis Ackal confirmed to The Advocate that federal authorities ha subpoenaed a shocking videotape showing an Iberia Parish corrections officer — since fired attacking a prone inmate with the help of a police dog in 2012.

Last month, meanwhile, a former deputy pleaded guilty to a misdemeanor federal civil right charge of using excessive force against a handcuffed man in an unrelated case. And a whistleblower suit filed by a former warden is pending.

Federal investigators also are scrutinizing at least one other incident of possible abuse at th

Iberia Parish Jail, according to sources with knowledge of the investigations, suggesting a broader probe of the Sheriff's Office. The U.S. Attorney's Office declined to comment for thi story. An FBI spokesman said the bureau investigates all deaths of inmates or detainees that include claims of police misconduct but declined further comment.

Every police agency, of course, faces allegations of use of excessive force and questions ove in-custody deaths. In New Orleans, for instance, both the Police Department and the Sherif Office are under federal consent decrees that require major, costly reforms after a slew of well-documented abuses.

The Iberia Parish Sheriff's Office has gotten far less scrutiny, perhaps partly because it's out any major media market. But a review by The Advocate of court filings, public records, auto reports and investigative files suggests it is a troubled agency and has been for years.

More than 30 civil lawsuits have been filed against the Sheriff's Office in federal and state c since Ackal, a former State Police captain, took office in 2008. At least six people, including inmates, have died in Sheriff's Office custody during that time. Documents examined by Thu Advocate – including complaints filed by inmates and settled civil lawsuits – allege a wide a of misconduct by Sheriff's Office employees, ranging from excessive force used in routine arrests to an inmate beating that was so savage that guards slipped and fell in the victim's b

Some of the complaints appear to have had merit. According to records provided by the Ibe Parish Sheriff's Office and the Louisiana Sheriffs' Association, which insures the Sheriff's Of the office has settled with at least 10 plaintiffs since 2008, with payments totaling nearly $1. million.

By comparison, Lafayette Parish has a population about three times that of Iberia Parish an Sheriff's Office employs almost three times as many people as Iberia's. But the Lafayette Pai Sheriff's Office's lawsuit settlement costs since 2008 are about half those for Iberia Parish.

The suits in both parishes include complaints of excessive force, improper medical care of inmates and inmate deaths, sexual assault and harassment, and wrongful termination.

"There does seem to be a pattern of violence perpetuated upon the public in general, whetl they are inmates or non-inmates, by the Iberia Parish Sheriff's Office," said Marjorie Esman, executive director of the ACLU's Louisiana chapter.

Over the years, the ACLU has received dozens of complaints from inmates and families alleg
abuse by Iberia Parish deputies, Esman said. The number of complaints stands out, she said
though she could not provide exact figures. "When we see things like that happening repea
then that suggests there's a problem within the organization," she said. "It's not just one rog
person."

## Inmate abuse, deaths

While some of the complaints against the Iberia Parish Sheriff's Office allege excessive forc
during arrests, perhaps the most disturbing of them concern the abuse – and in some cases
deaths – of inmates in the Iberia Parish Jail.

The jail, a series of gray blocks stacked next to fields of inmate-tended vegetables, had a
checkered history long before Ackal took office in 2008.

Built in 1990, the jail never had a permanent
funding source, forcing parish officials to cobble
together operating money from wherever they
could. Six years after it was built, the U.S. Justice
Department filed suit against then-Sheriff Errol
Romero — who is now parish president — and
Warden Danny David, charging that jail employee
regularly used excessive force against inmates,
including hog-tying prisoners and binding their
mouths with duct tape. The complaint also allege
that officials forced prisoners to sit in restraining
chairs for long periods, sometimes in their own
excrement.

The suit was the first use of a 1994 law that gave the Justice Department authority to prose
local law enforcement misconduct. The Sheriff's Office settled the suit that same year and
agreed to no longer use the restraining chair.

The tenure of Sheriff Sid Hebert, who replaced Romero around the time the Justice Department's suit was filed, also was marked by disturbing allegations.

In 2005, a former inmate alleged that deputies beat him so badly when he was booked into that he had to spend two weeks in a hospital. In 2006, Hebert made headlines when his dep used tear gas on residents celebrating the annual Sugar Cane Festival on Hopkins Street, a mostly black section of New Iberia. Residents said they felt the crackdown had a racial anim

Hebert pushed through an agreement in which the parish would pay the Sheriff's Office to maintain and operate the jail. He also opened one of the first work-release programs in the charging inmates $24 a day for housing and transportation, while collecting nearly $18 a day inmate from the state.

By the end of Hebert's tenure, the power and reach of the Sheriff's Office had grown. At the the New Iberia Police Department's fortunes were waning. Facing budget shortfalls and a sp in crime, city officials in 2004 merged their Police Department with the Sheriff's Office, mal New Iberia, population 30,000, the largest city in Louisiana without its own police force.

# Ackal promised reform

Ackal, with his State Police ré sumé , decided to take on Hebert, presenting himself as a candidate who would professionalize the Sheriff's Office. In 2008, two weeks after he was s in, Ackal held a news conference to show off the dilapidated jail he had inherited: Cameras broken; control panels for door locks didn't work.

In a recent interview with The Advocate, Ackal dusted off some old photographs of rusted v and doors and cracked windows. He said the jail's former warden, Roberta Boudreaux, had i the facility into the ground.

The first thing he did was scrub the place clean. "It was filthy," he said. "Nasty. People were getting sick from inside the jail. They had staph. They had mold and all that. We cleaned it u

Boudreaux is running against Ackal for sheriff this fall.

Not only was the jail in bad shape, it was crowded. Originally intended to house about 260 inmates, in 2007 the jail held nearly twice that many. Ackal estimated it could cost up to $2 million to fix, but he pledged to do it.

Ackal did make some reforms. He relaunched the jail farm — about 40 acres of okra, potatoes, peppers and other fruits and vegetables. And in a cost-cutting move, he turned over the management of the work-release center to a private company.

But he also cracked down. Taking a cue from Arizona's notorious Sheriff Joe Arpaio, Ackal ordered pink bedding and uniforms for inmates who broke rules. He banned smoking, implemented a curfew, gave inmates haircuts and required that they remain clean-shaven.

Contraband had been rife throughout the jail, and Ackal ran shakedowns that uncovered weapons, crack pipes, drugs and other items. Several employees who had been complicit in getting the contraband into the jail were fired.

Complaints about overzealousness have dogged the office during Ackal's tenure. Shortly after he took over as sheriff in 2008, a man alleged that a deputy beat him so badly during an arrest that he coughed up blood — and then a muzzle was put over his mouth. The man later settled a suit with the Sheriff's Office for $50,000.

The following year, Michael Jones, a 43-year-old mentally ill man from Abbeville, died in the after an altercation with then-Warden Frank Ellis and Wesley Hayes, who was then a lieuter

This year, a judge ruled two Sheriff's Office employees – Hayes and a nurse – were respons for Jones' death. The judgment in the case is $61,000.

Jones, who suffered from bipolar disorder and schizophrenia, bit Ellis shortly after arriving jail. Hayes told a state investigator that he put his arm against Jones' jaw and his hand over l mouth to restrain him.

At trial this spring, inmates testified that Hayes and his brother, Jesse, sat on Jones. At the t

the brothers, who moonlight as a tag-team wrestling outfit called the Bayou Boys, reported weighed a combined 700 pounds.

One inmate told State Police that he saw "tan-colored foam" coming out of Jones' mouth. Af the brothers handcuffed him, they left Jones on his stomach with his hands behind his back Hayes told an investigator.

When paramedics arrived 15 minutes later, Jones was dead. Although nurse Stephanie Cele: was on duty, she did not check on Jones. Autopsies found no drugs or alcohol in his system.

# Warden turned whistleblower

Though Ackal had promoted Hayes to warden not long after Jones died, he announced after March ruling that he was requesting an FBI investigation of the case.

By then, Hayes was long gone — and he and the sheriff were feuding. Hayes in the fall filed a whistleblower lawsuit against the Sheriff's Office that alleges Ackal and high-ranking deputies prevented him from investigating misconduct, including the theft of jail property and the abuse inmates. He also says he was fired for attempting to report misconduct.

Lafayette-based attorney Clayton Burgess, who represents Hayes and who has sued the Sh Office numerous times, did not make Hayes available for an interview with The Advocate. B said he thinks his client is being scapegoated.

"It's very curious that Sheriff Ackal calls for a federal investigation (into Jones' death) after Wesley Hayes filed his whistleblower suit and after Wesley Hayes verified in an affidavit of abuses within the jail," Burgess said.

Two years after Jones' death, a 62-year-old inmate died from a traumatic brain injury after struck by an untrained corrections deputy. Around the same time, in spring 2011, according court filings and a sworn affidavit by Hayes, IPSO officers abused two inmates in the jail's c

On April 29 of that year, according to Hayes' affidavit, officers with a new unit called IMPAC Increased Man Power Addressing Crime Trends — came with Ackal to the jail to assist in a contraband shakedown.

The new unit's mission was to deploy to high-crime areas and, much like a SWAT team, assi other units during critical situations, such as contraband sweeps in the jail or standoffs in t. street.

Former inmate Curtis Ozenne's suit against the Sheriff's Office claims officers began the shakedown by forcing him to remain in the "Muslim praying position" for nearly three hour; Ozenne alleged he was kicked in the mouth multiple times, threatened with police dogs and his head was shaved. In his complaint, Ozenne also alleged that Ackal threatened him with a and watched as an officer struck him with a baton for smiling.

Ackal said he could not comment on the suit because of pending litigation involving the inc:

In a sworn affidavit, Hayes testified that Ben Lasalle, a narcotics agent, asked him, as Ackal listened, which rooms in the jail were free of audio or video recording devices. The agent w apparently angry about a remark Ozenne had made. Hayes escorted Lasalle and Ozenne to jail's chapel.

Vinyl drapes obscured the windows. There, Lasalle ordered Ozenne to lie facedown as he b him with a baton, according to the affidavit. Ozenne cried and begged the officer to stop. H pegged another prisoner as the one who made the comments.

Officers brought the other inmate into the chapel, according to Hayes' affidavit, and Lasalle ordered the prisoner onto his knees. When he learned the inmate was serving time on a se> offense, Hayes testified, Lasalle slipped the baton between his legs and ordered him to simu oral sex on it as three other officers watched. Hayes said he could hear the inmate choking.

Ozenne did not respond to multiple attempts to reach him. His case against the Sheriff's Of was later settled for $15,000.

The Advocate was unable to reach Lasalle for comment. The agent, according to Ackal, still works with the Sheriff's Office.

# Jail: Better but still troubled

As the doors to the Iberia Parish Jail swing open, one is struck by the smell – a combination human sweat and stale air.

In a recent tour, Richard Hazelwood, Ackal's chief deputy, led The Advocate through the win halls of the facility, past the curious and hardened faces of its inmates. It is a far cry from th shown in the photographs splayed across Ackal's desk. The walls are freshly painted; specia keep nonviolent drug offenders and inmate trustees away from the general population.

The jail was not designed to hold so many inmates. The population swings anywhere betwe 480 and 540 inmates a day, Ackal said. In general population pods, inmates are double-bunk and many sleep on plastic "boats" on the floor. The "lockdown" pod, a separate unit where inmates are placed in solitary confinement, is painted pink – an attempt by Ackal to further punish problem inmates. The sound of an inmate moaning was audible through the metal d of the solitary unit.

Although he has managed to bring the Sheriff's Office out of debt, Ackal said, running the ja remains a huge budgetary challenge. Prisoners from other parishes, for example, bring in o $3.50 a day, Ackal said. "You house, feed, clothe all these people for $3.50 a day, you have to magician," he said.

As in any jail, Sheriff's Office correctional officers are constantly at odds with inmates who mentally ill or violent. One inmate shouted obscenities at Hazelwood as he passed by his ce deputies escorted the inmate to lockdown, he continued his harangue. "See what we have t deal with?" Hazelwood said.

Other inmates help keep the jail running. Their labor, Ackal said, keeps costs down – and al others to learn valuable skills. In the auto shop, inmates fix vehicles for six different law enforcement agencies, including the Sheriff's Office. They build kennels for police dogs and make repairs to the jail using carpentry and welding tools. Behind the jail, inmates in stripe the land, producing food for the jail and private companies.

That day, inmates were even fixing up a used armored personnel carrier that was obtained recently by the Sheriff's Office – a tanklike vehicle that might be seen on the streets of Bagl

"We've got this place back into the condition it's supposed to be in," Hazelwood said. "We're

Ieria Parish Sheriff's Office ... http://www.4d5-c321-5..

going to let it slip down again."

Despite the volume of allegations against his office, Ackal said his jail is little different from other lockup in the state or the country. The quantity of suits, he added, is partly the result his honesty about what happens behind bars.

"A lot of these things that happen in other jails are not even publicized," Ackal said. "I don't l anything. I would think that if you were to go to the other jails and ask the same questions, be surprised at what you'd find."

Ackal touted changes he's managed to make to the agency and his commitment to professionalism. Sitting behind his desk, the sheriff leaned over and made a fist to show off two-carat diamond ring and Rolex watch.

"I didn't take this job for the money," he said. "I don't need the money. I don't need the head; I don't need the heartache. But I came in with a commitment, not a promise, to clean this pl up and bring it to a level of law enforcement that it would be looked upon with respect."

Advocate staff writers Jim Mustian and Richard Burgess contributed to this report.

Print preview   http://theadvocate.com/csp/mediapool/sites/dt.common.streams.StreamServer.cls?STREAMOID...templates/Fu...
Feb. 25, 2016; 3:14 p.m.

# Former Iberia Sheriff's Office employee joins five others in guilty pleas related to inmate beatings in jail chapel



Advocate staff file photo by BRYAN TUCK -- The Iberia Parish Jail in New Iberia.

**by Lanie Lee Cook**
*lcook@theadvocate.com*

The only place in the Iberia Parish jail without a surveillance camera was its chapel, where five men have now admitted a number of inmates were beaten, with the accused admitting to either using their batons or watching other deputies engage in the assaults.

The admissions came to light Thursday when plea documents were filed into the public court record two days after a closed-door hearing in U.S. District Court in Lafayette.

At least four of the five current and former Iberia Parish Sheriff's Office employees who pleaded guilty to their roles in the beatings agreed to cooperate with future investigations in exchange for their immunity from additional charges, according to the plea agreements.

One of the men, Byron Lassalle, also admitted to conspiring with other Sheriff's Office employees to lie during sworn testimony given in the civil rights lawsuits that followed. The admission brings into question the scope of that dishonesty in the nearly $1.1 million in settlements handed out to at least 10 plaintiffs since Sheriff Louis Ackal took office in 2008.

Ackal has not responded to The Advocate's multiple requests for comment since the pleadings were made public on Tuesday, and he's declined to speak with the publication since a reporter first published an account of the April 29, 2011, assault at the heart of this week's guilty pleas.

Attorneys for those who pleaded were not immediately available Thursday evening.

Bills of information filed in their cases show Lassalle, Wade Bergeron, Bret Broussard, Wesley Hayes and Robert Burns all pleaded guilty to a count of civil rights deprivation during the April 2011 contraband sweep in which at least three inmates were assaulted with batons inside the chapel.

Bergeron, 40, who was a narcotics deputy at the time but is no longer a Sheriff's Office employee, pleaded guilty to using his baton to beat one of the three inmates, but additional information on his involvement is unclear. His plea agreement is under seal.

Broussard, 35, who's worked at the Sheriff's Office since 2004 and serves as narcotics lieutenant, admitted to hearing other officers ask where they could take inmates out of the sight of a surveillance camera and admitted to looking on when the chapel beatings happened.

Burns, 46, who worked for the Sheriff's Office from 2002 to 2013 and was a canine officer at the time of the chapel beatings, admitted to looking on, too, and commanding his dog to bark at an inmate "to further harass and intimidate them," the plea agreement says.

Lassalle and Hayes also pleaded guilty to a count of civil rights conspiracy.

Lassalle, 34, "conspired to provide false testimony regarding the beatings during the depositions in order to conceal the prior assaults and in order to prevent any further investigation into the unlawful actions," his plea agreement says. He also admitted to watching the beatings in the chapel. A page detailing his action against an inmate that made the man "gag" is missing from the court record.

Hayes, 36, who worked as the jail warden from 2009 to 2013, pleaded guilty to failing to intervene in the April 2011 incidents, including one in which an officer forced his baton into an inmate's mouth while simulating fellatio. Hayes also admitted his guilt in a Sept. 27, 2011, incident in which he punched an inmate who had just assaulted an officer and looked on while a supervisor used his baton to strike the man in the testicles.

Records for Hayes' brother, Jesse Hayes, 36, who pleaded guilty in Lake Charles on Thursday to one count of deprivation of civil rights for his role in an inmate beating, were not yet available for public inspection.

Sentencing is set May 24 for the five men who pleaded guilty Tuesday. It's unclear when Jesse Hayes will be sentenced.

Each of the defendants who pleaded on Tuesday, except Burns, face up to 10 years in prison and a $250,000 fine on each count. Burns faces one year in prison and a $100,000 fine. They all face three years of supervised release.

All six men entered pleas before U.S. District Judge Patricia Minaldi, who's based in Lake Charles.

Follow Lanie Lee Cook on Twitter, @lanieleecook, or contact her by phone at (337) 534-0825.

Copyright © 2015, Capital City Press LLC • 7290 Bluebonnet Blvd., Baton Rouge, LA 70810 • All Rights Reserved

LOGIN/SIGNUP    OBITUARIES    CLASSIFIEDS    PUBLIC NOTICES    JOBS    HOMES    CELEBRATIONS    WHEELS    SHOP    PETS    NIE    STORE


Sadly, stealing IDs with tax info is easier than filling out forms with it.


LifeLock
IDENTITY THEFT PROTECTION
START MEMBERSHIP

BATON ROUGE    NEW ORLEANS    ACADIANA                              WEEKLY CIRCULARS

                                                    MOSTLY CLOUDY — 71°

**BREAKING:** GET LIVE UPDATES FROM THE LEGISLATURE, STARTING AT NOON, AND GOV. JOHN BEL EDWARDS' SPEECH AT 1 P.M.

# Iberia Parish Sheriff Louis Ackal charged in federal court with civil rights violations



*Iberia Parish Sheriff Louis Ackal*

BY LANIE LEE COOK AND
RICHARD BURGESS |

A federal grand jury on Wednesday indicted Iberia Parish Sheriff Louis Ackal and one of his top officials on conspiracy and civil rights violations for their alleged involvement in beatings inside the parish jail's chapel, incidents **that already have** *March 9,* **netted guilty** *2016; 5:50* **pleas** from

LCOOK@THEADVOCATE.COM,
RBURGESS@THEADVOCATE.COM

   

4 Comments

*p.m.* eight other employees who admitted to their roles in the abuse.

Ackal faces one count of conspiracy against rights and two counts of deprivation of rights under the color of law, and Lt. Col. Gerald Savoy faces one count of civil rights conspiracy and one count of deprivation of rights, according to a news release from the U.S. Department of Justice.

Each man faces up to 10 years in prison and a fine up to $250,000 on each count.

It was unclear late Wednesday who will serve as either man's attorney.

Investigators with the FBI's Lafayette Resident Agency accuse Ackal and Savoy of conspiring with other deputies to assault five pretrial detainees during an April 29, 2011, shakedown. Deputies who have pleaded guilty attested in court that supervisors instructed them to take the men to the jail chapel, where there were no security cameras, to be punished by force.

According to the indictment, Ackal directed the beatings – telling deputies to "take care" of certain men – while Savoy and other deputies were present.

The indictment also places Ackal and Savoy inside the chapel for the beatings of Anthony Daye – who's involved in a pending civil lawsuit in his case – and another detainee identified as H.G., whom Ackal had ordered punished in the chapel after learning the man had written letters complaining of conditions at the jail.

Savoy also is accused of ordering a canine handler to make his dog bark to intimidate the two men.

Ackal and Savoy each face a deprivation of civil rights count in Daye's beating.

Ackal also told then-narcotics agent Ben Lassalle – who pleaded guilty last month to his role in the beatings – to "take care" of a detainee accused of making a lewd comment, according to the indictment. In Ackal and Savoy's presence, Lassalle and then-warden Wesley Hayes conspired to bring the man to the chapel.

Lassalle used his baton in the chapel to beat that detainee, Curtis Ozenne, and two others blamed for the comment, identified as S.S. and A.T., according to the indictment.

The men the Iberia deputies admitted abusing are identified in the federal court filings only by their initials, but The Advocate matched those initials with the names of prisoners who filed lawsuits alleging

**MORE ON THIS TOPIC**



The question after the guilty pleas of six Iberia Parish Sheriff deputies: Will the federal civil rights investigation get any bigger?

- Iberia Parish Sheriff Louis Ackal charged in federal court with civil rights violations
- Iberia Parish Sheriff Louis Ackal says he won't step down, pledges vindication after federal indictment
- New Iberia man died in early morning shooting on Friday, Iberia Parish Sheriff's Office reports
- Former Iberia Sheriff's Office employee joins five others in guilty pleas related to inmate beatings in jail chapel
- Three former, two current Iberia Parish Sheriff's employees plead guilty in inmate beatings at the parish jail

the same details and dates of the beatings outlined in the criminal case.

Ackal's other deprivation of civil rights count stems from Ozenne's beating.

Eight deputies in total have pleaded guilty in recent weeks, some admitting to other beatings both at the jail and in the community while others admitting to lying during depositions in the civil lawsuits that followed.

While most of the guilty pleas have been related to the April 2011 assaults, which occurred as part of a larger contraband sweep at the jail, some guards also were implicated in a beating of an inmate in September of that year.

**A plea entered Monday** came from a deputy who said a person identified only as a "high-ranking" sheriff's official sent him to an apartment in New Iberia to exact revenge.

Deputy David Hines said he was directed to find and assault a man identified as "R.T." because a high-ranking Sheriff's Office official believed the man had attacked one of his relatives, according to his plea agreement.

Hines said he struck the man with his knee and his baton, then wrote a false police report to justify the use of force, the plea agreement states.

The official accused of ordering the attack has not been identified.

The extent of the ongoing Iberia probe is unknown, but federal authorities also have an interest in at least two other incidents of alleged abuse at the jail.

Sheriff's Office attorney Steve Elledge said in court documents filed last month that the U.S. Department of Justice, which also handled the guilty plea cases, is investigating the case of inmate Whitney Paul Lee Jr., who has filed a lawsuit over alleged abuse at the jail in October 2014.

Elledge, in an attempt to have the lawsuit paused pending the federal investigation, wrote in court documents that a federal grand jury has subpoenaed all records related to the incident.

A federal grand jury already had subpoenaed **a jail surveillance video** from December 2012 that shows an inmate being attacked by a dog and then a deputy joining in to stomp and kick the man.

The Sheriff's Office acknowledged in an interview last year that federal authorities were investigating the incident, which was one of several detailed in **a report by The Advocate** on inmate deaths and claims of abuse since Ackal took office in 2008.

Ackal has not responded to repeated requests for comment since the first guilty pleas in the case last month, nor has his office responded to The Advocate's questions about the employment status of the officers who have entered guilty pleas.

✉ GET **THE ADVOCATE** IN YOUR INBOX

SUBSCRIBE

March 13, 2016

# Iberia Parish Sheriff Louis Ackal says he won't step down, pledges vindication after federal indictment

## 'I have always stood on the side of the good,' says Ackal

**By Richard Burgess**
*rburgess@theadvocate.com*

Iberia Parish Sheriff Louis Ackal said he is confident he will escape unscathed from a federal investigation of inmate abuse and alleged cover-ups that so far has netted eight guilty pleas and the indictment this week of the sheriff and one of his top lieutenants.



Iberia Parish Sheriff Louis Ackal

But it remains unclear whether the full extent of the probe is known, and Ackal is already at a bit of a disadvantage: Seven of his former deputies have made plea deals to cooperate with federal authorities, and the plea agreement of an eighth is still sealed from public view.

The U.S. Attorney's Office has been unusually quiet given the stature of the case, issuing only one terse response to media inquiries since the first round of deputies pleaded guilty in late February.

"This is an ongoing investigation. We have no comment," U.S. Attorney Stephanie Finley said in an emailed statement this week.

Ackal, a State Police veteran re-elected to a third term last year, has made limited public comments, but in a statement released late Thursday, the sheriff said he has no plans to step down.

"In spite of recent allegations made against me, I am confident I will be vindicated," Ackal wrote in the prepared statement e mailed to KATC TV-3. "I also speak on the behalf of my current employees when saying I am positive they are dedicated to protecting the citizens of Iberia Parish. For my entire professional career I have had faith in our judicial system. I continue to believe in our system and that history will show I have always stood on the side of good."

The federal <u>indictment</u> of Ackal and Lt. Col. Gerald Savoy on Wednesday on civil rights violations covers allegations related to an April 29, 2011, contraband sweep at the Iberia Parish Jail where five inmates were allegedly taken one by one for beatings in the jail's chapel, a location federal prosecutors say was chosen because there were no video surveillance cameras to capture the abuse.

Prosecutors allege Ackal directed deputies to assault the inmates — three in connection with a lewd comment to a deputy, one for writing letters complaining about jail conditions and a fifth for no stated reason — and was present in the chapel for at least one of the beatings.

Most of the other guilty pleas in the case are related to the same April sweep, and the timing of the charges could be tied to a five-year statute of limitations on criminal prosecution for some civil rights violations. That deadline would be up next month for allegations related to the contraband sweep.

Federal prosecutors have acknowledged the time constraint in court filings, and all the deputies who have pleaded guilty in the 2011 beatings have signed waivers giving up their right to an appeal based on the statute of limitations.

But federal prosecutors have the luxury of time to consider any other possible charges against Ackal or Sheriff's Office employees for more recent incidents.

One former deputy, David Hines, has already pleaded guilty to a March 14, 2014, incident in which he said an unnamed "high-ranking" Sheriff's Office official told him and another unidentified deputy to "take care" of a man accused of assaulting one of the official's relatives.

Hines, based on his prior experience at the Sheriff's Office, knew the official wanted him to go find, beat up and arrest the man, according to his guilty plea.

Hines also admitted falsifying a police report to justify his use of excessive force in the arrest.

The "high-ranking" official in Hines' case has yet to be accounted for in the federal charges filed so far.

Also unaccounted for is a person identified in court filings only as a senior employee of the Sheriff's Office who allegedly told deputies to lie about abuse at the jail in depositions given in a lawsuit filed by one of the inmates who was beaten.

The senior employee was present during the depositions, according to prosecutors.

Federal authorities have also subpoenaed records for two other incidents of alleged abuse at the jail for which no one has been charged.

"I suspect there will be more casualties before the investigations are complete," said Roberta Boudreaux, who served as jail warden under Ackal's predecessor, Sid Hebert, and ran unsuccessfully against Ackal last year.

But Boudreaux said she did not want to pre-judge the outcome of the criminal case and, despite the recent allegations, feels there are still many good employees at the Sheriff's Office.

"Because this is an ongoing investigation, I don't want to interject personal opinions or cast judgment, because as a community we need to heal. It's important that we focus on stabilizing the relationship between the community and the officers and vice-versa," she said.

In some respects, Ackal has already laid the groundwork for what could be a legal defense.

In prior interviews and in court filings responding to lawsuits against the Sheriff's Office, Ackal pointed the finger at former jail Warden Wesley Hayes, arguing that if there were problems at the jail, Hayes never made them known to him.

Hayes is among those who have pleaded guilty in the investigation in a deal calling for his cooperation.

The former warden filed a whistleblower lawsuit against Ackal in 2014 alleging he was fired for complaining about inmate abuse, including the beatings in April 2011, but Hayes did not disclose in the lawsuit an incident a few months later in which he struck a handcuffed inmate in the secrecy of the jail chapel.

Hayes pleaded guilty to that assault last month, along with pleading guilty to watching but not intervening as inmates were beaten during the April 2011 sweep.

The current investigation is not the first time federal authorities have taken an interest in the Iberia Parish jail.

The U.S. Justice Department filed a lawsuit against the Sheriff's Office in 1996, years before Ackal was sheriff, over the practice of disciplining inmates by restraining them in a chair with straps and handcuffs and gagging them with duct tape, sometimes leaving inmates there so long they would be forced to urinate or defecate on themselves.

The Sheriff's Office settled the lawsuit shortly after it was filed with an agreement to submit to monitoring of jail practices and to institute new policies on the use of restraints and force.

Copyright © 2015, Capital City Press LLC • 7290 Bluebonnet Blvd., Baton Rouge, LA 70810 • All Rights Reserved

# Attorney for Iberia sheriff says more indictments a 'very real possibility' in jail brutality probes



Advocate staff file photo by BRYAN TUCK — The Iberia Parish Jail in New Iberia.

## Federal probe ongoing in beatings of inmates at Iberia Parish Jail

**By Richard Burgess**

rburgess@theadvocate.com

More indictments are a "very real possibility" in the apparently widening probe into abuse at the hands of Iberia Parish sheriff's deputies, according to court filings Tuesday by Sheriff's Office attorneys.

Eight deputies have pleaded guilty since February in the investigation, and a federal grand jury this month indicted Sheriff Louis Ackal and one of his top supervisors, Lt. Col. Gerald Savoy.

Most of the federal charges involve allegations of the beating of inmates during an April 2011 contraband sweep at the jail and a subsequent cover-up.

But federal authorities have a keen interest in a separate jail sweep on Oct. 10, 2014, according to court documents the Sheriff's Office filed Tuesday in an attempt to put on hold a lawsuit filed against Ackal and deputies Lucas Plauche and Lester Hebert over alleged abuse during the sweep.

Sheriff's Office attorney Fred Schroeder wrote that a federal grand jury last year subpoenaed several records related to the incident and FBI agents are interviewing witnesses.

The attorney wrote the potential for additional indictments "is a very real possibility."

"The DOJ (Department of Justice) investigation of all defendants remains ongoing. It is possible that additional charges may be brought against the sheriff and also that defendants Plauche and Hebert may be indicted as well," Schroeder wrote.

The Sheriff's Office wants to suspend action in the lawsuit filed over the 2014 sweep while the criminal investigation plays out.

No ruling has been made on the request.

A magistrate judge denied a similar request earlier this year, but that decision was made before the guilty pleas of eight deputies and the indictment of Ackal and Savoy.

The federal lawsuit was filed by Whitney Paul Lee Jr., who alleged he was offering no resistance when Plauche hit him six times in the leg with a baton and then Hebert shot him in the leg with a "bean bag round," a nonlethal shotgun round similar to a rubber bullet.

Lee also alleged he saw deputies hit another inmate who was compliant and offering no resistance.

Lee does not allege Ackal was at the jail but accuses him of failing to address a long pattern of abuse the facility.

Ackal has not responded directly to requests from The Advocate for comment on the federal investigation, but he recently issued a statement to other media outlets maintaining his innocence.

"In spite of recent allegations made against me, I am confident I will be vindicated," Ackal wrote.

In the recent indictment against Ackal, prosecutors allege he directed deputies to assault five inmates — three in connection with a lewd comment to a deputy, one for writing letters complaining about jail conditions and a fifth for no stated reason — during the April 2011 sweep at jail and was present for at least one of the beatings.

Copyright © 2015, Capital City Press LLC • 7290 Bluebonnet Blvd., Baton Rouge, LA 70810 • All Rights Reserved

April 30, 2016

# Trial postponed for Iberia Sheriff Ackal and top lieutenant, other charges in probe possible



Advocate staff file photo by LESLIE WESTBROOK -- Iberia Parish Sheriff Louis Ackal participates in a sheriff candidate forum on Oct. 7, 2015.

## Other charges eyed in Iberia jail probe

**By Richard Burgess**
*rburgess@theadvocate.com*

A federal judge has postponed the June 6 trial for Iberia Parish Sheriff Louis Ackal and one of his top lieutenants in an apparently widening investigation into inmate beatings and cover-ups.

In a court order filed Monday granting the delay, U.S. District Judge Donald E. Walter cited "the ongoing nature of the investigation and the possibility of other charges."

Federal prosecutors wrote of their intent to pursue more charges in a Friday court motion

seeking the delay. Attorneys for Ackal and Lt. Col. Gerald Savoy did not oppose pushing back the trial.

No new trial date has been set.

A federal grand jury earlier this year indicted Ackal and Savoy on civil rights violations in an April 29, 2011, contraband sweep at the Iberia Parish Jail where five inmates were allegedly taken one by one for beatings in the jail's chapel, a location federal prosecutors say was chosen because there were no video surveillance cameras to capture the abuse.

According to the indictment, Ackal directed the beatings — telling deputies to "take care" of certain men — while Savoy and other deputies were present.

Some of the men were accused of making improper comments toward deputies, and one of the inmates had allegedly written letters complaining of the jail's conditions.

Ackal and Savoy have both denied wrongdoing.

Eight former deputies have already pleaded guilty in the federal probe of abuse at the jail and subsequent cover-ups.

A ninth deputy pleaded guilty to an incident in which he said an unnamed "high-ranking" Sheriff's Office official told him and another unidentified deputy to "take care" of a man accused of assaulting one of the official's relatives.

Most of the guilty pleas in the case are related to the same April 2011 sweep in which Ackal and Savoy have been indicted.

Prosecutors may have moved first on charges related to that sweep because of the five-year statute of limitations on the criminal prosecution of some civil rights violations.

Prosecutors would have more time to consider charges for more recent incidents.

The trial delay comes as Iberia Parish residents on Wednesday plan to demand Ackal's resignation at a rally from 4 p.m. to 6 p.m. outside the Iberia Parish courthouse.

Copyright © 2016, Capital City Press LLC • 7290 Bluebonnet Blvd., Baton Rouge, LA 70810 • All Rights Reserved

LOGIN/SIGNUP

OBITUARIES    CLASSIFIEDS    PUBLIC NOTICES    JOBS    HOMES    CELEBRATIONS    WHEELS    SHOP    PETS    NIE    STORE

| BATON ROUGE | NEW ORLEANS | ACADIANA | | WEEKLY CIRCULARS ✂ |

☼ PARTLY CLOUDY — 93°

# Iberia Parish sheriff kept staffer whose 'retirement' supposedly opened spot for controversial hire



*Advocate staff file photo by LESLIE WESTBROOK -- Former Iberia Parish Sheriff candidate David Baudoin in an Oct. 7, 2015 forum has now been hired by the Sheriff's Office after throwing his support to incumbent Louis Ackal.*

NEW IBERIA — When Iberia Parish Sheriff Louis Ackal hired his third-place opponent ahead of the November runoff election, the sheriff defended his action by saying the

BY LANIE LEE COOK|
LCOOK@THEADVOCATE.COM

*June 11, 2016; 4:27*

... ........ .......... ....... ........... ................. .......    http://theadvocate.com/news/16044644-31/iberia-parish-sheriff-kept-

*p.m.*

🐦 g⁺ f ✉ 🖨

0
Comments

defeated candidate, David "Spike" Boudoin, would be replacing an employee set to retire the following month.

But almost seven months after the election, both Boudoin and the man he was supposed to replace in December, Capt. Anthony Green, are still on the payroll.

Employee records provided by the Iberia Parish Sheriff's Office this week show both men are receiving identical salaries of about $50,600, with Green employed as fleet captain under the special operations section and Boudoin on the payroll in an administrative role as community relations coordinator.

Ackal hired Boudoin for the new position ahead of the Nov. 21 runoff election and at the same time announced that Boudoin had endorsed the incumbent sheriff in his campaign for re-election.

Boudoin had won third place in the primary with 18 percent of the vote.

Roberta Boudreaux, who lost to Ackal in the general election with 44 percent of the vote, has since filed a still-pending ethics complaint against the sheriff, citing a Louisiana statute prohibiting candidates from offering anything of value to an eliminated candidate in exchange for political support.

The law Boudreaux references – **R.S. 18:1461.5** – also prohibits an eliminated candidate from accepting anything of value under the same scenario. A conviction under the statute could lead to fines up to $2,000 and a prison sentence up to two years on the first offense.

"There is a blatant disregard for ethics laws in the endorsing and subsequent hiring of Spike (Boudoin). In my opinion, it qualifies as vote-buying and meets the requirements laid out in the (statute)," Boudreaux said Friday.

Along with the state ethics board, Boudreaux submitted the March complaint to 16th Judicial District Attorney Bo Duhe, Attorney General Jeff Landry and U.S. Attorney Stephanie Finley.

**MORE ON THIS TOPIC**



**Iberia Parish Sheriff Louis Ackal pleads not guilty to new criminal charges**

- **Iberia Parish sheriff kept staffer whose 'retirement' supposedly opened spot for controversial hire**
- **Sheriff's Office services under scrutiny**
- **New Iberia appoints liaison to Iberia Sheriff's Office, extends law enforcement contract for one year**
- **Trial postponed for Iberia Sheriff Ackal and top lieutenant, other charges in probe possible**

When Ackal announced he created a new job for his defeated opponent, **he refused to answer The Advocate's questions** about the man's responsibilities and salary until the newspaper filed a public records request for the information.

6/16/2016 4:50 PM

Iberia Parish Sheriff kept staffer whose 'retirement' supposedly opene...    http://theadvocate.com/news/16044644-17/iberia-parish-sheriff-kept

Although the requested documents were not provided until after Ackal had won the election, Green and Ackal's public information officer at the time, Maj. Ryan Turner, **said Boudoin would be replacing Green** upon his planned December retirement.

None of the men responded to requests for comment on the matter. Turner has since parted ways with the sheriff, and his position remains unfilled.

Boudoin's hiring is not the first time Ackal hired a defeated opponent.

Bobby Jackson, who lost the primary election during Ackal's first campaign for sheriff in 2007, endorsed him and received a position as an intelligence analyst once Ackal took office. Jackson — who again ran a losing campaign for sheriff last year — claims he was denied working space, equipment and clear direction on his responsibilities for about two months before he decided to resign.

Records show Jackson was employed from July to August 2008 and was paid about $21 an hour.

Boudoin's hiring isn't the only controversy confronting Ackal. He faces four criminal civil rights charges related to a series of inmate beatings in the jail, including one instance in which he's accused of conspiring with his employees to arrest and assault a man in an act of revenge on behalf of his relative.

Ackal's chief of staff, Lt. Col. Gerald Savoy, and a former captain, Mark Frederick, also face criminal charges in the case that's already netted nine guilty pleas from former deputies who have admitted to the beatings and agreed to cooperate in the ongoing investigation.

In the months since Ackal's indictment, citizen complaints have increased against his office's lack of proactive presence and enforcement, **according to New Iberia's mayor** and council.

The Sheriff's Office has provided law enforcement services for the city of New Iberia since 2004, when city officials dissolved the New Iberia Police Department because of budget constraints.

Residents also complain about a lack of traffic enforcement, Mayor Hilda Curry said last week.

Records provided by New Iberia's city court show the number of traffic citations issued since 2008 have decreased each year since Ackal took office, from about 5,100 in 2008 to about 2,700 in 2015.

Records provided by the Sheriff's Office also show the number of crimes investigated has been decreasing each year since Ackal's office, bringing the number down to about 2,100 last year, or about half of what it was in 2008.

New Iberia's council voted Tuesday to hire former St. Mary Parish Sheriff David Naquin as a liaison between the city and sheriff to ensure the office is providing comprehensive police services for the city.

The council also voted to renew the contract for one year, pending renegotiations to include now-absent accountability measures to ensure the sheriff's services pass muster.

# THE ACADIANA
# ADVOCATE

http://www.theadvocate.com/acadiana/news/courts/article_015acd7a-3e40-11e6-b37a-1bf97a6a6963.html?sr_source=lift_amplify

# Justice Dept: Iberia Sheriff spews hate speech about Jews at prosecutor

- **BY RICHARD BURGESS | THE ADVOCATE**
- JUN 29, 2016 - 5:20 PM



Leslie Westbrook
Advocate staff photo by LESLIE WESTBROOK – Iberia Parish Sheriff Louis Ackal arrives at the John M. Shaw
Federal Building for an arraignment Wednesday, June 15, 2016, in Lafayette, La.

Iberia Parish Sheriff Louis Ackal allegedly called one of the federal prosecutors in his pending civil rights case a "sorry son-of-a-bitch Jew bastard" and made comments about shooting him between his "g*******d Jewish eyes," according to court documents filed Wednesday.

The comments, which prosecutors said were made during secretly recorded conversations, were included in a request to tighten the rules Ackal must follow pending his trial in a sweeping federal probe of inmate abuse and cover-ups at the Sheriff's Office.

The comments are believed to have been directed at Mark Blumberg, a Washington D.C.-based Justice Department lawyer who met with Ackal prior to his indictment on criminal civil rights violations, according to prosecutors.

According to a transcript of portions of the recording filed into the court record, Ackal made reference to "this sorry son-of-a-bitch Jew bastard in Washington, saying he is going to send me to a federal pen."

Ackal also talks about how a prosecutor told him "I'm gonna put you in prison" and discussed a possible deal with the sheriff.

"You know about these people. You can give them to us," Ackal said, recalling what federal prosecutors told him. "I said the only thing I'm gonna give you — f*****g shoot you right between your g*******d Jewish-eyes-look-like-opossum bastard."

Ackal's defense attorney, John McClindon, said Wednesday he could not comment without first hearing the recording and knowing more about it.

"Neither the sheriff nor I have been provided a copy of the recording in which these statements were allegedly made. Until we listen to them it is hard to comment. We would like to know , if such recording is legitimate, who made the recording and who asked this person to make this surreptitious recording," McClindon said in an e-mail.

In the court filing, prosecutors said the comments were made in a series of recordings by an "unsolicited informant" earlier this year and recently provided to federal authorities.

Prosecutors characterized Ackal's alleged comments as threats and cited them in a request to add a long list of new conditions on the sheriff remaining out of jail pending trial.

Among the restrictions proposed by the federal prosecutors: require Ackal to report on a regular basis to a pre-trial supervision officer; be subject to unannounced inspections of his home, vehicle and office to ensure he does not possess any weapons; avoid locations where he would have ready access to a weapon; avoid all contact with the alleged victims in the federal case; and refrain from the excessive use of alcohol.

The only condition of release Ackal currently has is that he not possess a firearm.

No court hearing has been set on the request for the new conditions.

Ackal, one of his top supervisors and a captain face criminal charges in a federal investigation that has already netted guilty pleas this year from nine deputies.

The investigation has focused on a series of 2011 beatings inside the jail's chapel, a location prosecutors say was chosen because there were no surveillance cameras.

According to the indictment, Ackal directed the beatings — telling deputies to "take care" of certain men. Some of the inmates were accused of making improper comments toward deputies, and one of the inmates had allegedly written letters complaining of the jail's conditions.

Ackal faces two counts of conspiracy against rights and two counts of deprivation of rights.

THE ACADIANA
ADVOCATE

http://www.theadvocate.com/acadiana/news/crime_police/article_ad93a086-3fe3-11e6-aeec-4f9766939dac.html?sr_source=lift_amplify

# Recall petition drive started in attempt to oust embattled Iberia Parish Sheriff Louis Ackal

- KATC-TV report
- Jul 1, 2016 - 6:45 pm



Leslie Westbrook
Advocate staff photo by LESLIE WESTBROOK -- Iberia Parish Sheriff Louis Ackal arrives at the John M. Shaw Federal Building for an arraignment Wednesday, June 15, 2016, in Lafayette, La.

A group of Iberia Parish residents has launched an effort to recall Sheriff Louis Ackal.

The sheriff, reached Friday afternoon after he had been working all night on what he called a "senseless murder," said he "couldn't care less" about the recall.

Donald Broussard, vice-chair of the recall effort, said his group wants the sheriff, who is facing federal civil rights charges alleging mistreatment of prisoners in the parish jail, to step down.

## THE ACADIANA
# ADVOCATE

http://www.theadvocate.com/acadiana/news/crime_police/article_3cffc1be-4557-11e6-882e-33af80b4a82f.html?sr_source=lift_amplify

# Iberia organizers face steep climb to oust sheriff as bar high in Louisiana for recall efforts

- **BY LANIE LEE COOK | THE ADVOCATE**
- JUL 9, 2016 - 5:00 PM



Advocate staff photo by LESLIE WESTBROOK — Victor White Sr., the father of Victor White III, speaks during a press conference and rally to call for the resignation of Iberia Parish Sheriff Louis Ackal Wednesday, April 27, 2016, in New Iberia, La. According to police reports, White III shot himself in the chest while handcuffed in the back of a police car in 2014, but White's family argues that they haven't gotten the full story.

Organizers of a petition drive to recall Iberia Parish Sheriff Louis Ackal say they've already acquired signatures of more than 1,000 registered voters, but another 15,000 are needed before the measure can be put before voters.

And, as they've no doubt begun to discover, recalling an elected official in Louisiana is no easy task.

Since the 1960s, Louisiana voters have unseated 72 local officials through 115 recall efforts, with the roster including mostly police chiefs, council members and school board members from the state's smaller municipalities.

Iberia Parish voters have only successfully petitioned for a recall election one time, when "Mrs. Roy LaBauve" was removed in 1969 from her post as a Ward 9 police juror, according to the Secretary of State's Office.

More recently, Port Allen Mayor Deedy Slaughter was recalled in 2013 in West Baton Rouge Parish. Also recalled that year was Heflin Mayor Judy Tillman in Webster Parish. With a population of a little more than 1,000, the St. Landry Parish town of Washington in April recalled its two-term police chief.

Statewide, a handful of efforts to unseat former Gov. Bobby Jindal failed each time, with more than 950,000 signatures needed to put the measure on the ballot.

Joshua Spivak, who's studied recall processes in the U.S. since the mid-1990s, said acquiring enough signatures is "usually the biggest challenge," especially without adequate funding to get people around to collect the signatures.

Spivak tracks recall efforts on The Recall Elections Blog and is senior fellow at the Hugh L. Carey Institute for Government Reform at Wagner College in New York. He points out that Louisiana is one of 11 states that allow what amounts to a "political" recall.

While some states set specific grounds for recalls — like malfeasance, drunkenness or felony convictions "involving moral turpitude," as in Florida — the Louisiana Constitution allows the voters to recall an elected official for any reason.

But Spivak said Louisiana's law is still "particularly harsh," requiring more than the average number of signatures required in other states.

Louisiana requires signatures from 33 1/3 percent of the registered voters in the official's district before the governor puts the measure up for vote. Most states that provide for a recall process require about 25 percent.

"Louisiana has such a high requirement that it's very hard to get on the ballot, except for in small, local jurisdictions," Spivak said.

Procuring more than 10,000 signatures usually becomes "prohibitive" for a recall effort, he said.

Ackal, the Iberia sheriff, found himself in the cross hairs of the recall effort after a series of high-profile excessive force incidents, in-custody deaths and inmate beatings that led to nine deputy convictions and the federal indictments of the sheriff and two of his employees.

Ackal has pleaded not guilty and maintains he will be vindicated through the judicial process.

Donald Broussard, who's helping lead the effort to oust Ackal, said supporters hope to get enough signatures to get the measure on the Dec. 10 ballot. Regardless, they have 180 days from the date they officially filed the recall effort to collect the signatures. If they miss the deadline, the effort dies.

And the recall organizers might face a counter campaign by the sheriff's supporters, who could possibly challenge the validity of some of the signatures.

If the required number of valid signatures are obtained and if the voters approve the recall proposition at the ballot, the third-term sheriff would have to vacate office by 4:30 p.m. on the ninth date after the election.

If the ballot measure fails, no recall election could be held again for 18 months.

# THE ACADIANA ADVOCATE

http://www.theadvocate.com/acadiana/news/article_20694670-4948-11e6-8dbd-9b3fcfd26d08.html?sr_source=lift_amplify

# Iberia Parish Sheriff Louis Ackal says comments about Jewish prosecutor were made in 'fit of anger'

- BY RICHARD BURGESS | RBURGESS@THEADVOCATE.COM

- JUL 13, 2016 - 7:00 PM

Iberia Parish Sheriff Louis Ackal poses no threat of violence and was in a "fit of anger" when he referred to a federal prosecutor as a "Jew bastard" and made comments about shooting him between his "Jewish eyes," the sheriff's defense attorney said in court documents filed Wednesday.

The offensive comments, which prosecutors said were made during secretly recorded conversations, were cited in court filings last month in a request to add new conditions for Ackal pending his trial in a federal probe of inmate abuse, including unannounced inspections of his home, vehicle and office to ensure he does not possess any weapons.

Ackal's attorney, John McLindon, wrote in court filings Wednesday that any perceived threat of violence by Ackal is not reasonable and new pre-trial conditions are not warranted.

McLindon wrote that the sheriff "made a few inappropriate remarks while he was clearly upset after being told by the United States Attorney's Office that they were going to put him in prison."

The attorney also wrote that Ackal had made the statements in private and "never imagined his remarks would be broadcast to the public."

The comments are believed to have been directed at Mark Blumberg, a Washington D.C.-based Justice Department lawyer who met with Ackal before his indictment on criminal civil rights violations, according to court filings by prosecutors last month.

Prosecutors did not reveal the identity of the person who made the recordings.

The comments were not made in the presence of federal authorities but were in a conversation between Ackal and others sometime after he met with Blumberg, prosecutors said.

According to a transcript of portions of the recording filed into the court record, Ackal made reference to "this sorry son-of-a-bitch Jew bastard in Washington, saying he is going to send me to a federal pen."

Ackal also talks about how prosecutors discussed a possible deal with the sheriff.

"You know about these people. You can give them to us," Ackal said, recalling what federal prosecutors told him. "I said the only thing I'm gonna give you — f*****g shoot you right between your g*******d Jewish-eyes-look-like-opossum bastard."

McLindon wrote that Ackal was angry and upset following his meeting with prosecutors but his words should not be considered a real threat.

"Mr. Ackal's remarks about shooting a U.S. Attorney are not credible nor believable and were said in a fit of anger," McLindon wrote.

No court hearing has been set on the request for the new pre-trial conditions for Ackal, who now faces the sole condition that he not possess a firearm.

Ackal, one of his top supervisors and a captain face criminal charges in a federal investigation that has already netted guilty pleas this year from nine deputies.

The investigation has focused on a series of 2011 beatings inside the jail's chapel, a location prosecutors say was chosen because there were no surveillance cameras.

Ackal faces two counts of conspiracy against rights and two counts of deprivation of rights.

THE ACADIANA
# ADVOCATE

http://www.theadvocate.com/baton_rouge/news/baton_rouge_officer_shooting/article_f4eebdc2-4dcf-11e6-b09c-2f00d1531012.html?sr_source=lift_amplify

# Citing police killings, Iberia Parish Sheriff Ackal wants his gun back

- BY BILLY GUNN | BGUNN@THEADVOCATE.COM

JUL 19, 2016 - 6:30 PM
(4)



Advocate staff file photo by LESLIE WESTBROOK -- Iberia Parish Sheriff Louis Ackal participates in a sheriff candidate forum on Oct. 7, 2015.

Citing recent police killings in Dallas and Baton Rouge, Iberia Parish Sheriff Louis Ackal is asking a federal judge to let him carry a firearm, a privilege he lost last month after his profane comments about a prosecutor were characterized as threats.

In a court document filed this week, an attorney for the sheriff also claimed there was a threat made recently against a deputy. Though the threat against the deputy was not carried out, "the atmosphere in this country, especially in south Louisiana, makes this a very realistic possibility," attorney John McLindon wrote.

Police across the country are on heightened alert after officers in Dallas and Baton Rouge were targeted and killed by lone gunmen.

Ackal said in the motion and in a phone interview that he continues to be Iberia Parish's sheriff even though he no longer is able to holster a weapon or have guns in his home.

"In view of what's happening across the country, ... I think it's wrong that I, as a police officer, am told that I can't carry a gun even though I've not been convicted of anything," Ackal said Tuesday.

Ackal and two of his high-ranking subordinates face criminal charges in a federal investigation alleged beatings in 2011 of inmates in the jail chapel. Nine former deputies have pleaded guilty in the probe.

Federal prosecutors last month were able to get pretrial restrictions on Ackal expanded, including an order that he give up his firearms, after he was secretly recorded in a rant about a prosecutor.

According to documents provided by the U.S. Attorney's Office, Ackal said he would shoot a federal prosecutor between his "Jewish eyes."

McLindon, Ackal's attorney, has said the longtime lawman made the statements in anger "after being told by the United States Attorney's Office that they were going to put him in prison."

In the most recent filing, McLindon wrote that the government's actions have placed Ackal in danger.

"It is especially disingenuous for the United States Attorney's Office to release statements made by Sheriff Ackal in the privacy of his own home, which may contain inflammatory language, and at the same time seek to deny him the right to carry a firearm for protection," McLindon wrote.

Ackal said in the phone interview that there has been other threats made against him and deputies, including one that came in Tuesday morning against a deputy.

Ackal's attorney said that the threats combined with the everyday dangers of being a cop demand that he carry a weapon.

"It is not practical for Sheriff Ackal to be 'protected' by having a deputy ride with him at all times," McLindon wrote. "The Iberia Parish Sheriff's Office is stretched to the limit as it is. There is no guarantee the sheriff can be accompanied at all times."

THE ACADIANA
# ADVOCATE

http://www.theadvocate.com/acadiana/news/crime_police/article_8d8ec470-5413-11e6-9863-53ca65da4a35.html

# Judge to hear dueling motions to modify Iberia Parish Sheriff Louis Ackal's release conditions

BY LANIE LEE COOK | LCOOK@THEADVOCATE.COM

JUL 27, 2016 - 5:55 PM



Advocate staff photo by LESLIE WESTBROOK -- Iberia Parish Sheriff Louis Ackal arrives at the John M. Shaw Federal Building for an arraignment Wednesday, June 15, 2016, in Lafayette, La.

A federal judge on Friday will take up competing motions to modify release conditions for Iberia Parish Sheriff Louis Ackal, who's been working without a gun while facing criminal charges in a federal investigation related to alleged beatings of inmates at his jail.

The U.S. Department of Justice wants a judge to beef up the restrictions imposed on Ackal, who was captured in surreptitious recordings by an unnamed person making comments about shooting a federal prosecutor between his "Jewish eyes."

The comments are allegedly directed toward Mark Blumberg, a Washington-based Justice Department attorney who met with Ackal before his indictment on civil rights and conspiracy charges.

Prosecutors responded by requesting new restrictions on his bail conditions, including the supervision of a pretrial services officer and unannounced weapons inspections of his house, vehicle and workplace.

Meanwhile, Ackal is seeking to reinstate his firearm privileges, which have been revoked since he first pleaded not guilty to criminal charges in March.

Ackal's attorney argued in court filings last week that recent attacks on police officers in Dallas and Baton Rouge, along with a recent threat made against an Iberia deputy, warrant his need to carry a gun for protection.

Prosecutors alleged in an opposing motion last week that Ackal has made additional threatening comments, noting they intend to raise the issue at Friday's 1:30 p.m. hearing.

The Justice Department did not elaborate in court filings on the alleged comments and has not revealed the identity of the person who made the recordings.

Ackal's attorney, John McLindon, defended the sheriff in court filings, saying the comments were made while he was "angry and upset" at prosecutors' threat of prison time.

Ackal's attorney is also seeking to have his trial moved from Shreveport to Lafayette. Both cities are included in the U.S. District Court's Western District.

Trial is set for Oct. 31 before Judge Donald E. Walter, who is based in Shreveport. A hearing date has not been set on the requested venue change.

Ackal, one of his top supervisors, Gerald Savoy, and a former captain, Mark Frederick, face criminal charges in an investigation that's already net guilty pleas from nine deputies who have agreed to cooperate in the investigation and have yet to be sentenced.

Ackal, who has denied wrongdoing, faces two counts of conspiracy against rights and two counts of deprivation against rights in an investigation that's centered around accusations that deputies beat inmates at the jail at his direction.

# THE ACADIANA
# ADVOCATE

http://www.theadvocate.com/acadiana/news/courts/article_93b057c6-55c4-11e6-92cb-3b1aa3bc5813.html?sr_source=lift_amplify

# Sheriff Louis Ackal denied firearm privileges, put under court supervision

- BY LANIE LEE COOK | lcook@theadvocate.com
- Jul 29, 2016 - 4:45 pm
- (2)



Advocate photo by BRAD KEMP

Iberia Parish Sheriff Louis Ackal talks to the media after his hearing at the John Shaw Federal Court House Friday July 29, 2016 in Lafayette, La. Ackal is seeking to reinstate his firearm privileges, which have been revoked since he first pleaded not guilty to criminal charges in March.

Iberia Parish Sheriff Louis Ackal will continue working without a gun and must remain under the court's supervision as he awaits trial on accusations that inmate beatings occurred in his jail and at his direction, a federal judge decided Friday.

Prosecutors sought the supervision restriction after an informant provided surreptitious recordings of Ackal making threatening and anti-Semitic comments about a Washington-based attorney in the case.

Ackal, who faces two counts of conspiracy against rights and two counts of deprivation against rights, made a brief statement to reporters after the hearing.

"It would be much better to abide by the court than to be locked up in jail after 50 years with law enforcement," he said.

Ackal will now report to a pretrial services officer, who will report to U.S. Magistrate Judge Patrick Hanna whether the sheriff is maintaining the terms of his bail.

In court Friday, Hanna implored the sheriff to remain on his best behavior.

"If you don't want to end up in the St. Martin Parish jail, then you will follow my conditions," Hanna said.

Ackal cannot possess a firearm or commit any crimes, including tampering with, retaliating against or intimidating any witness or informant.

Prosecutors sought additional restrictions — including that he not possess any other weapons, that he refrain from excessive alcohol use and that he be subject to unannounced weapon inspections — that Hanna denied.

Ackal had been recorded in a rant after meeting with U.S. Justice Department attorney Mark Blumberg, saying he would shoot him between his "Jewish eyes."

A few weeks after the recordings came to light, Ackal's attorney, John McLindon, sought the firearm reinstatement a day after the recent and high-profile killings of police officers in Baton Rouge.

Ackal had been working without a gun since March, when he first faced arraignment in the case.

Hanna denied the request on Friday, admitting the "viable possibility" of a threat to a gun-free Ackal while also noting the seriousness of the sheriff's remarks.

"This court cannot just turn a blind eye to these kinds of statements," Hanna said.

The government has not publicly identified who made the recordings.

McLindon said after the hearing the statements were made in the privacy of Ackal's home and among friends, although he declined to identify who may be responsible.

He had subpoenaed Deborah Lourd, an Iberia Parish Sheriff's Office employee, to the Friday hearing, but he released her after a private meeting with prosecutors ahead of court proceedings.

McLindon did not say why Lourd was subpoenaed.

Ackal, one of his top supervisors, Gerald Savoy, and former Capt. Mark Frederick, face criminal charges in a federal investigation that has already netted guilty pleas this year from nine deputies.

The investigation has focused on a series of 2011 beatings inside the jail's chapel, a location prosecutors say was chosen because there were no surveillance cameras.

# Ackal: It'll be a 'cold day in hell' before he resigns



Seth Dickerson, sdickerson@theadvertiser.com    *10:30 a.m. CDT May 13, 2015*

*(Photo: Advertiser file photo)*

**UPDATE:** Iberia Parish Sheriff Louis Ackal responded to criticism by civil rights activists, saying it'll be a "cold day in Hell" before he steps down as sheriff, IPSO Public Information Officer Maj. Ryan Turner told The Advertiser.

"He has no intention of resigning," Turner said. "He's going to do the job he was elected to do."

Turner said Ackal questioned the legitimacy of The Rev. Raymond Brown, the man leading the charge to get Ackal out of office.

"He knows that the people of Iberia Parish can see through Raymond Brown's antics," Turner said. "He listens to his constituents, not so much (Brown) trying to stir up the emotions of the community."

THE ADVERTISER

Sharpton: Any black youth could be next Victor White
(http://www.theadvertiser.com/story/news/2014/09/04/sharpton-black-youth-next-victor-
white/15106151/)

**ORGINAL STORY:**

Civil-rights activists from around the state will take part in a press conference Wednesday at the Zion Christian Fellowship in New Iberia to call for the resignation of Iberia Parish Sheriff Louis Ackal.

The conference will take place at 11:30 a.m., and will feature several ministers, including the Rev. Raymond Brown, President of the New Orleans-based civil-rights group National Action Now, along with the Rev. Victor White Sr. and community activists from around Louisiana.

The leaders' demand that Ackal step down is in response to alleged corruption in the sheriff's office, Brown said.

"I feel that Sheriff Ackal has not been a competent sheriff at all," Brown said. "I think that he has been covering up his corruption in the jail system and now it's being revealed."

Brown was referring to a video that surfaced in late April of an Iberia Parish Jail inmate being beaten by deputies and then bitten by a police dog. On April 30, the department confirmed it had received a subpoena from a federal grand jury.

"We want him to step down," Brown said. "You have a situation down there where things are just out of hand. We are sick and tired of police abuse in New Iberia."

Brown said his coalition of community leaders will do whatever it takes to get Ackal out of office, as long as their actions are peaceful.

"I think this will force Ackal to come forward and state his position on the jail system," Brown said. "Hopefully, Ackal will acknowledge his failed leadership and do the right thing for the people of New Iberia and Iberia Parish, and that's step out of the way and allow new leadership to come in."

In November, Brown appeared in New Iberia with Victor White Sr. and community leaders to call on the U.S. Attorney's Office to prosecute the Iberia Parish Sheriff's deputies they believe fatally shot 22-year-old Victor White III on March 2, 2014.



THE ADVERTISER

Justice demanded in Victor White III case

(http://www.theadvertiser.com/story/news/local/acadiana/2014/11/06/justice-demanded-victor-white-iii-case/18627651/)

During the conference, the group will be helping Iberia Parish residents get registered to vote.



# Iberia sheriff indicted on civil rights violations

Seth Dickerson, sdickerson@theadvertiser.com 10:14 a.m. CST March 10, 2016
Buy Photo

(Photo: Advertiser file photo)

Iberia Parish Sheriff Louis Ackal and Lt. Col. Gerald Savoy have been formally accused of violating the civil rights of a group of inmates at the Iberia Parish Jail.

The charges, handed down after a joint investigation by the Department of Justice's Civil Rights Division and United States Attorney Stephanie A. Finley, stem from the alleged beating of five pre-trial inmates at the jail on April, 29, 2011.

Ackal is charged with one count of conspiracy against rights and two counts of deprivation of rights under color of law, and Savoy is charged with one count of conspiracy against rights and one count of deprivation of rights under color of law.

The indictment alleges that Ackal and Savoy conspired with each other and with other officers to assault the inmates and that members of the conspiracy failed to intervene and stop the assaults.

**ACKAL:** Sheriff says it'll be a 'cold day in hell' before he resigns

Ackal and Savoy's indictments follow a string of guilty pleas from eight former IPSO employees.

Former jail warden Wesley Hayes, former assistant warden Jesse Hayes, former narcotics Lt. Bret Broussard, former narcotics agents Wade Bergeron, Jason Comeaux, David Hines and Byron Benjamin Lassalle and former K9 handler Robert Burns recently pleaded guilty in connection to these violations and in other cases.

According to the indictment of Ackal and Savoy, released by the U.S. Attorney's Office, Ackal ordered Lassalle to "take care of" one of the detainees after that detainee made a lewd comment. Lassalle and Hayes, accompanied by other officers then brought the detainee to the jail's chapel, where he was beat multiple times with a baton.

After the detainee blamed another inmate for making the comment, that inmate was taken to the chapel by Lassalle and beaten, the indictment says. After learning the second inmate was a sex offender, Lassalle allegedly forced him to simulate oral sex on his baton while the other officers watched.

The blame for the initial lewd comment was passed onto another inmate by the second alleged beating recipient, to which Lassalle then escorted the third inmate, who was allegedly assaulted by baton.

In a separate incident, Ackal allegedly ordered officers to "take care of" another pair of inmates, one of which had been discovered to have been writing about poor conditions in the jail. The two were also allegedly brought to the chapel and beaten.

If convicted, Ackal and Savoy each face a maximum sentence of 10 years in prison for each of the civil rights violations, as well as a potential $250,000 fine for each count.

Ackal won a third term as sheriff in November in a runoff against former jail warden Roberta Boudreaux.

# Iberia Sheriff accused of civil rights violation pleads not guilty



Seth Dickerson, sdickerson@theadvertiser.com   *12:27 p.m. CDT April 12, 2016*



Buy Photo

*(Photo: SCOTT CLAUSE/THE ADVERTISER)*

Iberia Parish Sheriff Louis Ackal on Thursday pleaded not guilty to charges claiming he violated the civil rights (/story/news/crime/2016/03/09/iberia-sheriff-charged-civil-rights-violations-2011-inmate-beating/81555494/) of inmates at Iberia Parish Jail.

Ackal, along with his Lt. Col. Gerald Savoy, appeared before Magistrate Judge Patrick J. Hanna for the arraignment Thursday morning at the U.S. Federal Courthouse. Savoy also pleaded not guilty.

Both were released on their own recognizance after they were read their charges.

Ackal is charged with one count of conspiracy against rights and two counts of deprivation of rights under color of law, and Savoy is charged with one count of conspiracy against rights and one count of deprivation of rights under color of law.

Ackal declined to comment. He is being represented by attorney Michael Skinner.

Nine Iberia Parish deputies have taken plea deals (/story/news/crime/2016/03/29/9th-deputy-charged-lying-fbi-agent-iberia-inmate-beating/82403008/) in connection to these violations and in other cases.

Former jail warden Wesley Hayes, former assistant warden Jesse Hayes, former narcotics Lt. Bret Broussard, former narcotics agents Wade Bergeron, Jason Comeaux, David Hines and Byron Benjamin Lassalle and former K9 handler Robert Burns recently pleaded guilty.

ACKAL: It'll be a 'cold day in hell' before Iberia sheriff resigns (/story/news/2015/05/13/sick-and-tired-activists-call--iberia-parish-sheriffs-resignation-wednesday/27199733/)

Most recently, K9 Sgt. Jeremy Hatley pleaded guilty to lying to an FBI agent (/story/news/crime/2016/03/29/9th-deputy-charged-lying-fbi-agent-iberia-inmate-beating/82403008/) during an investigation into the beatings.

According to the indictment of Ackal and Savoy, released by the U.S. Attorney's Office, Ackal ordered Lassalle to "take care of" one of the detainees after that detainee made a lewd comment.

Lassalle and Hayes, accompanied by other officers then brought the detainee to the jail's chapel, where he was beat multiple times with a baton.

About a dozen protesters, including The Rev. Victor White, whose son died in the back of an Iberia Parish Sheriff's vehicle in 2014, attended the arraignment and once more called for Ackal's resignation.

White said although seeing Ackal in front of a judge after the Department of Justice declined charging the sheriff or his deputies in his son's death, he was angry that Ackal and Savoy were allowed to leave.

"I know if that was me in there, I wouldn't have been allowed to walk out," he said. "It shows that Ackal still has power."

White, a pastor in Opelousas, said it was alarming to hear that the deputies admitted in their pleas that they would take the inmates, allegedly under Ackal's orders, and beat them in the Iberia Parish Jail's chapel.

"They took them to the place where we're supposed to find solace and peace," he said. "I'm not speaking on his Christianity, but he is evil."



Victor White III died in the back of a police car from a gunshot wound in his upper torso after Iberia deputies arrested him March 3, 2014. His father said he hopes this inmate-beating case will open the door to an independent investigation into his son's death.

"I hope they connect the dots," White said. "We're going to push for it."

Ackal won a third term as sheriff in November in a runoff against former jail warden Roberta Boudreaux.

Read or Share this story: http://www.theadvertiser.com/story/news/crime/2016/03/31/iberia-sheriff-accused-civil-rights-violation-pleads-not-guilty/82386182/

# Trial date for Iberia sheriff postponed, more charges may follow

 Seth Dickerson, sdickerson@theadvertiser.com    3:59 p.m. CDT April 22, 2016



*(Photo: SCOTT CLAUSE/THE ADVERTISER)*

A federal judge granted a motion today to postpone the June 6 inmate beating trial of Iberia Parish Sheriff Louis Ackal and Lt. Col. Gerald Savoy after the prosecution requested more time to pursue the possibility of more charges.

The order signed by federal Judge Donald Walter follows a status conference on April 20 in which U.S. Attorney Stephanie Finley expressed a desire for more time based on the possibility of further charges and a need to process further discovery, in this case interviews by FBI agents, according to court documents.

Neither Ackal's nor Savoy's attorneys objected to postponing the case.

IPSO: Iberia Parish criminal cases in jeopardy (/story/news/2016/03/15/iberia-parish-criminal-cases-jeopardy/81825200/)

Ackal is charged with one count of conspiracy against rights and two counts of deprivation of rights under color of law. Savoy is charged with one count of conspiracy against rights and one count of deprivation of rights under color of law. Both pleaded not guilty March 31. (/story/news/crime/2016/03/31/iberia-sheriff-accused-civil-rights-violation-pleads-not-guilty/82386182/)

Nine Iberia Parish deputies have taken plea deals (/story/news/crime/2016/03/29/9th-deputy-charged-lying-fbi-agent-iberia-inmate-beating/82403008/) in connection to these violations and in other cases.

Former jail warden Wesley Hayes, former assistant warden Jesse Hayes, former narcotics Lt. Bret Broussard, former narcotics agents Wade Bergeron, Jason Comeaux, David Hines and Byron Benjamin Lassalle, and former K9 handler Robert Burns recently pleaded guilty.

ACKAL: It'll be a 'cold day in hell' before Iberia sheriff resigns (/story/news/2015/05/13/sick-and-tired-activists-call--iberia-parish-sheriffs-resignation-wednesday/27199733/)

Most recently, K9 Sgt. Jeremy Hatley pleaded guilty to lying to an FBI agent (/story/news/crime/2016/03/29/9th-deputy-charged-lying-fbi-agent-iberia-inmate-beating/82403008/) during an investigation into the beatings.

According to the indictment of Ackal and Savoy, released by the U.S. Attorney's Office, Ackal ordered Lassalle to "take care of" one of the detainees after that detainee made a lewd comment.

Lassalle and Hayes, accompanied by other officers, brought the detainee to the jail's chapel, where he was beat multiple times with a baton.

A new trial date will be decided May 31.

# Iberia Parish sheriff speaks about federal case against him, leading lieutenant

**The Daily Advertiser**  *11:17 a.m. CDT June 1, 2016*



*(Photo: Advertiser file photo)*

Iberia Parish Sheriff Louis Ackal, who is facing conspiracy and deprecation of rights charges, has spoken out about the case.

"What they have, cannot be substantiated. It's bull as far as I'm concerned. I'm very disgusted and aggravated that this is continuing and continuing," Ackal told KLFY in an interview (http://klfy.com/2016/05/31/sheriff-ackal-breaks-silence-on-federal-against-him-and-his-leading-lieutenant/) Tuesday. "They're still running grand jury, which is costing the taxpayers quite a bit of money. But, let's see if they can come up with anything else."

**RELATED:** Crowd gathers to call for Iberia sheriff's resignation (/story/news/crime/2016/04/27/crowd-gathers-call-iberia-sheriffs-resignation/83239352/)

Ackal's trial was supposed to begin next Monday; however, the case was postponed until next year (/story/news/crime/2016/04/22/trial-date-iberia-sheriff-postponed-more-charges-likely-follow/83395788/).

As the investigation into the sheriff and his department continues, the sheriff says "he's very ready to fight."

In March, a federal grand jury indicted Ackal and his Lt. Col. Gerald Savoy (/story/news/crime/2016/03/09/iberia-sheriff-charged-civil-rights-violations-2011-inmate-beating/81555494/) on allegations of inmate abuse. Ackal was charged with with one count of conspiracy against rights and two counts of deprecation of rights under the color of the law. Savoy was charged with one count of conspiracy against rights and one count of deprivation of rights under color of law.

**READ MORE:** Ackal says it'll be a 'cold day in hell' before he resigns (/story/news/2015/05/13/sick-and-tired-activists-call--iberia-parish-sheriffs-resignation-wednesday/27199733/)

Both men pleaded not guilty to the charges in April (/story/news/crime/2016/03/31/iberia-sheriff-accused-civil-rights-violation-pleads-not-guilty/82386182/).

Nine deputies have already pleaded guilty in the case for their roles in the beatings.

# Iberia Sheriff Louis Ackal faces additional inmate beating charges



Seth Dickerson, sdickerson@theadvertiser.com    7 p.m. CDT June 9, 2016



*(Photo: SCOTT CLAUSE/THE ADVERTISER)*

Iberia Parish Sheriff Louis Ackal is facing additional federal charges stemming from more beatings that took place in the Iberia Parish Jail, allegedly ordered by the sheriff and two of his top deputies.

U.S. Attorney Stephanie Finley announced Thursday Ackal, Lt. Col. Gerald Savoy and former Capt. Mark Frederick would face additional charges in a superseding indictment from the beatings of two more men.

Ackal was indicted Thursday on an additional count of conspiracy against rights for allegedly conspiring in April 2014 to assault a man who had been arrested on battery charges for allegedly assaulting one of the sheriff's relatives. Savoy and Frederick were charged with one count of deprivation of civil rights for taking part in a beating inside the jail's chapel in September 2011.

According to court records, Ackal called a meeting between himself, the relative, Savoy and narcotics agents Benjamin Lassalle and David Hines.

**ACKAL:** Iberia Sheriff accused of civil rights violation pleads not guilty (/story/news/crime/2016/03/31/iberia-sheriff-accused-civil-rights-violation-pleads-not-guilty/82386182/)

Ackal ordered Hines and Lassalle to arrest the person for assaulting the sheriff's relative. Hines and Lassalle found and arrested that person, allegedly pinned them to the floor and beat them with a baton.

During the inmate's first week in the jail, Ackal allegedly ordered the inmate brought to him.

Once in Ackal's office, Savoy allegedly grabbed the inmate's arm, twisting it behind his back.

Ackal allegedly yelled, "You want to (expletive) with my family?"

**MORE:** 9th deputy charged, for lying to FBI agent, in Iberia inmate beating (/story/news/crime/2016/03/29/9th-deputy-charged-lying-fbi-agent-iberia-inmate-beating/82403008/)

Ackal and Savoy had previously been charged in reference to the April 2011 beatings of three pre-trial inmates at the jail. According to the indictment of Ackal and Savoy released by the U.S. Attorney's Office, Ackal ordered Lassalle to "take care of" one of the detainees after that detainee made a lewd comment.

Lassalle and Hayes, accompanied by other officers, then brought the detainee to the jail's chapel, where he was beat multiple times with a baton.

Nine former IPSO employees previously entered guilty pleas in related cases. Most recently, K9 Sgt. Jeremy Hatley pleaded guilty to lying to an FBI agent (/story/news/crime/2016/03/29/9th-deputy-charged-lying-fbi-agent-iberia-inmate-beating/82403008/) during an investigation into the beatings.

Ackal, Savoy and Frederick could face 10 years in prison and a $250,000 fine for each count.

# Ackal pleads not guilty to new charges

The Associated Press   *1:55 p.m. CDT June 16, 2016*



*(Photo: SCOTT CLAUSE/THE ADVERTISER)*

A Louisiana sheriff and two of his employees have pleaded not guilty to new criminal charges in the federal investigation (/story/news/crime/2016/06/09/iberia-sheriff-louis-ackal-indicted-additional-inmate-beating-charges/85665440/) into inmate beatings at the parish jail.

Iberia Parish Sheriff Louis Ackal and his chief of staff, Gerald Savoy, had already been charged in a series of 2011 beatings inside the jail's chapel, a location prosecutors say was chosen because there were no surveillance cameras.

A superseding indictment released last week lodges new charges against the two men and former sheriff's Capt. Mark Frederick, whose name had yet to publicly surface in the investigation.

Ackal appeared in uniform Wednesday before U.S. Magistrate Judge Patrick Hanna in Lafayette. One of Ackal's three attorneys, Richard Haik, appeared with the sheriff and entered the not guilty plea on his behalf.

RELATED: Ackal speaks about federal case against him (/story/news/local/acadiana/2016/06/01/iberia-parish-sheriff-speaks-federal-case-against-him-leading-lieutenant/85235788/)

Hanna made a statement in court that Ackal's attorneys' associations — as former employees of the U.S. Western District court of Louisiana — will not affect trial proceedings.

"There is no favoritism being shown here," Hanna said.

Haik, a former federal judge, retired in January from the same court in which Ackal faces prosecution. Former U.S. Attorney Michael Skinner, who also represents Ackal, worked in the district.

Ackal has also hired Baton Rouge criminal defense attorney Lewis Unglesby to lead his defense.

Lafayette attorney Randal McCann and court-appointed attorney Frank Granger entered respective not guilty pleas on behalf of Savoy and Frederick.

The superseding indictment alleges Ackal ordered a March 2014 beating of a man accused of hurting one of the sheriff's relatives. Prosecutors accuse Ackal of sending former narcotics agents David Hines and Ben Lassalle — who have already entered guilty pleas for their roles in the beatings — to arrest and assault the man in revenge.

Savoy and Frederick are also accused in a September 2011 inmate beating in the jail's chapel. Former warden Wesley Hayes and his brother, Jesse Hayes, who both worked under Ackal, have already pleaded guilty in that incident.

The nine former deputies, including the Hayes brothers, who pleaded guilty in plea agreements, attested that supervisors instructed them to take the men to the jail chapel to be punished by force and without cameras capturing the beatings.

Sentencing dates for the deputies have not been set.

Ackal faces two counts of conspiracy against rights and two counts of deprivation of rights, Savoy is indicted on two counts of deprivation of rights and one count of conspiracy against rights, and Frederick on one count of deprivation of rights.



http://www.theadvertiser.com/story/news/local/2016/06/30/iberia-sheriff-accused-anti-semitic-threats-against-prosecutor/86563752/

# Iberia Sheriff accused of anti-Semitic threats against prosecutor

MICHAEL KUNZELMAN, Associated Press 2:27 p.m. CDT June 30, 2016

**BATON ROUGE, La. (AP)** — A south Louisiana sheriff was taped making anti-Semitic threats that he apparently directed at a federal prosecutor assigned to a civil rights case against him, according to a court filing.

Prosecutors said in Wednesday's court filing that an "unsolicited informant" recently provided them with a series of recorded conversations between Iberia Parish Sheriff Louis Ackal and others. A transcript of one conversation includes Ackal recounting a meeting with a prosecutor in which the sheriff claims he threatened to shoot the prosecutor right between his "Jewish eyes" after the prosecutor vowed to send him to prison.

Ackal's meeting with the prosecutor and other federal authorities occurred before Ackal's original March 9 indictment on charges over the alleged beatings of five jail inmates, prosecutors said.

**WATCH:** Sheriff Louis Ackal speaks about charges against him

"Although the conversation was frank, it was cordial and professional and is mischaracterized by Mr. Ackal in this recording," prosecutors from U.S. Attorney Stephanie Finley's office wrote.

Prosecutors say that they believe Ackal made those taped remarks on March 14, but that they didn't learn of them until after his March 31 arraignment.

Prosecutors argue that Ackal's remarks are grounds for tightening the conditions of his pre-trial release. A federal magistrate in Lafayette didn't immediately rule on their request to bar Ackal from possessing any weapons and require him to submit to unannounced inspections of his home, vehicle and office.

**READ MORE:** Ackal pleads not guilty to new inmate beating charges

"The Government believes that the proposed conditions are reasonable and are the least restrictive to ensure the safety of others," prosecutors wrote.

Ackal's attorney, John McLindon, said he hasn't heard the tapes.

"Before I can comment, I'd like to hear the tapes to see if they're legitimate," he said. "I want to find out who did the recording and who sent them in there to do that."

Ackal didn't immediately respond to a message left at the sheriff's office.

Ackal's trial is scheduled to start Oct. 31. His original indictment claims he directed officers to assault inmates in the parish jail's chapel, where no video surveillance cameras would record the April 2011 beatings.

Earlier this month, Ackal was indicted on a new charge that he conspired in 2014 to assault a man who was accused of assaulting one of Ackal's relatives.

Nine former employees of the Iberia Parish Sheriff's Office already have pleaded guilty to related charges.



# Sheriff Ackal: 'Sitting duck' without gun

Seth Dickerson, sdickerson@theadvertiser.com 10:08 a.m. CDT July 20, 2016

Iberia Parish Sheriff Louis Ackal is asking Federal District Judge Donald Walter to allow him to carry a firearm in light of the recent killings of police in Baton Rouge and Dallas.

Ackal, who was indicted earlier this year in U.S. federal court for allegedly ordering the beatings of multiple pre-trial inmates, filed an appeal Monday to allow him to carry a gun, and argued that as the parish's chief law enforcement officer and a 50-year veteran, he feels like a "sitting duck" without one.

Ackal and his second-in-command, Lt. Col. Gerald "Bubba" Savoy, in March pleaded not guilty in federal court. After recordings were released of Ackal threatening to shoot a federal prosecutor right between his "Jewish eyes" after the prosecutor vowed to send him to prison,  he was prohibited from carrying a weapon.

That prohibition, Ackal said, was supposed to be merely an understanding and not to be announced in open court.

"It's a right that a police officer has," he said. "I've only been indicted. I'm supposed to be 'innocent until proven guilty.' In federal court, it feels like I'm guilty until proven innocent."

**MORE:** Sheriff Louis Ackal speaks about charges against him

Ackal has since contended that he wasn't being serious when he threatened the prosecutor.

"I have no intention of doing something dumb like attacking a prosecutor," he said. "I've been working closely with prosecutors in the courts for years."

Ackal's lawyers argued in court papers filed Monday that he needs a gun because "police are under attack." He said Tuesday he's gotten threats, as well.

"Threats have gone through the roof," he said.

The recently re-elected sheriff said his being denied the right to carry is also a violation of due process, and that going to crime scenes and calls unarmed can put his life in danger. Prosecutors asked a federal district judge to forbid Ackal from possessing any weapons while he awaits trial on charges accusing him of telling guards to assault jail inmates.

"I'm going fight like hell to prove my innocence," he said.

Ackal said he's expecting a ruling on the motion from Walter any day now. The motion also requests approval of unannounced inspections of Ackal's home, vehicle and office. Ackal said he's had his weapons, as well as his brother's weapons, cataloged by court order.

**ACKAL:** Iberia Sheriff Louis Ackal faces additional inmate beating charges

The Associated Press reported that Ackal's lawyers called it "disingenuous" for prosecutors to release private statements "which may contain inflammatory language, and at the same time, seek to deny him the right to carry a firearm for protection."



http://www.theadvertiser.com/story/news/2016/07/29/judge-denies-ackal-request-carry-firearm/87662166/

# Judge denies Ackal request to carry firearm

 Jessica Goff, jgoff@theadvertiser.com *5:54 p.m. CDT July 29, 2016*

Federally indicted Iberia Parish Sheriff Louis Ackal's request to carry a firearm was denied by a U.S. District Court judge Friday afternoon.

U.S. District Court magistrate Judge Patrick Hanna held a hearing to determine whether changes should be made to Ackal's pretrial sentence release.

Ackal was indicted earlier this year for allegedly ordering the beatings of multiple pre-trial inmates. He has denied the charges.

On July 25, he filed an appeal to allow him to carry a gun as Iberia Parish's chief law enforcement officer.

Hanna denied that request citing recorded comments made during a private conservation where Ackal threatened to shoot a U.S. lawyer.

"This court cannot turn a blind eye to these kinds of statements," Hanna said during the hearing.

Starting Monday, Ackal must meet with a court-ordered supervisor but is not required to be under constant surveillance. Pretrial supervision orders Ackal to provide DNA samples and avoid contact with witnesses to the federal investigation.

While leaving the courthouse shortly before his attorney, John S. McLindon, Ackal said he was not surprised with the outcome of the hearing.

"I'm going to abide by the rules," the sheriff said. "I'd be much better to abide by the rules than to be locked up in jail after 50 years of law enforcement."

INDREPORTER (HTTP://THEIND.COM/ARTICLES.SEC-75-1-INDREPORTER.HTML)
March 9, 2016 05:50 PM

# Iberia sheriff, top lieutenant indicted by feds (http://theind.com/articles.sec-75-1-INDReporter.html)

BY INDEPENDENT STAFF (BY-AUTHOR-169-1.HTML)

The U.S. Attorney's Office in Lafayette announced late Tuesday afternoon that Iberia Parish Sheriff Louis Ackal was indicted and charged with federal civil rights violations stemming from a 2011 incident at the Iberia Parish Jail in which five inmates were beaten by deputies. Also indicted Tuesday is the Gerald Savoy, the department's lieutenant colonel.



Ackal

According the feds, Ackal is facing "one count of conspiracy against rights and two counts of deprivation of rights under color of law, and Savoy is charged with one count of conspiracy against rights and one count of deprivation of rights under color of law."

The Associated Press is reporting that Ackal is accused of directing deputies to assault the inmates in the jail's chapel where there are no video surveillance cameras, and that Ackal and Savoy watched as the assaults took place.

Eight former Iberia Sheriff's Office employees have already pleaded guilty to charges related to the case including the jail's warden and assistant warden.



(http://clicking.wehaaserver.com /?keyplane=Vub0bAAKYZ4HZcWaWAshC3mxHI8eBfU0CIKA%2BDNIe6I3yYkX6dBcI7%2Fwllteb5rIdOR30tHdRXkSr4%2Bf2D2L5FoP57HkuVZrEnIjOBM2fxE%3D)



(http://clicking.wehaaserve /?keyplane=Vub0bAAK6EW4bwd0aFm8XgI6IR

## LA LA LAND (HTTP://TH /ARTICLES.SEC-135-1-L LAND.HTML)



(http://theind.com/article-22842-Monday's-B Bog.html)
LA LA LAND (HTTP://THEINE

### Monday's Blogs fron (http://theind.com/a
Assault with a delicious weapon .

IN CASE YOU MIS!

AP WIRE (HTTP://THEIND.COM/ARTICLES.SEC-133-1-AP-WIRE.HTML) April 26, 2016 11:05 AM

# Trial delayed for Iberia Sheriff Ackal (http://theind.com/articles.sec-133-1-AP-Wire.html)

BY THE ASSOCIATED PRESS (BY-AUTHOR-61-1.HTML)

LAFAYETTE, La. (AP) – A federal judge has postponed a trial for a Louisiana sheriff charged with ordering inmates to be beaten in retaliation for a lewd comment and complaints about jail conditions.

Trial for Iberia Parish Sheriff Louis Ackal and Gerald Savoy, a top lieutenant, was scheduled to start June 6. U.S. District Judge Donald Walter agreed Monday to postpone it indefinitely.

Prosecutors asked for the delay, saying they are weighing additional charges in the case.
Ackal and Savoy were indicted in March on charges of conspiracy and deprivation of rights under color of law.

The indictment claims Ackal directed officers to assault inmates in the parish jail's chapel, where no surveillance cameras would record the April 2011 beatings.

Nine former employees of the sheriff's office already have pleaded guilty to related charges.



ALSO FROM THE ASSOCIATED PRESS (BY-AUTHOR-61-1.HTML) »


Fast-track concealed carry for domestic abuse victims signed


Bill would lessen tax breaks for manufacturers


Edwards agrees to boost max fines for texting while driving

Edwards signs REAL ID bill; new law offers option to

Edwards signs cursive writing mandate


Students will be able to use college ID to vote

SPONSORED: TCB 2016 (HTTP://THEIND.COM/ARTICLES.SEC-138-1-PROMOTIONAL-FEATURES.HTML?UTM_SOURCE=THEIND.COM&UTM_MEDIUM=SKYSCRAPER&UTM »


Lee Michaels Fine Jewelry (http://theind.com/article-23317-Lee-Michael




Between a Rock and a (http://theind.com/art giving-teen-ase.html) killers-chance-at-parole-advances-in-Senate.html)

INDREPORTER (HTTP://THEIND.COM/ARTICLES.SEC-75-1-INDREPORTER.HTML) June 7, 2016 04:24 PM

# Sheriff Ackal indicted on new inmate beating charges (http://theind.com/articles.sec-75-1-INDReporter.html)

**Superseding indictment claims Iberia Parish sheriff and other officials violated inmates' civil rights.**

BY IND STAFF (BY-AUTHOR-35-1.HTML)



**Iberia Parish Sheriff Louis Ackal**

Iberia Parish Sheriff Louis Ackal, Lt. Col. Gerald Savoy and former Capt. Mark Frederick were charged in a superseding indictment with civil rights violations in the alleged beatings of two men.

Announced Thursday by Principal Deputy Assistant Attorney General Vanita Gupta, head of the Department of Justice's Civil Rights Division, and U.S. Attorney Stephanie A. Finley, the superseding indictment charges Ackal with one count of conspiracy against rights for conspiring in the spring of 2014 to assault a man who had been arrested on battery charges for allegedly assaulting one of Ackal's relatives. The superseding indictment also charges Savoy and Frederick with one count of deprivation of rights under color of law for allegedly assaulting another man, a pre-trial detainee at the Iberia Parish Jail (IPJ) in September of 2011. Ackal and Savoy had previously been charged related to beatings of pre-trial detainees at the IPJ on April 29, 2011.

Nine former Iberia Parish Sheriff's Office employees previously entered guilty pleas in related cases before U.S. District Judge Patricia Minaldi of the Western District of Louisiana. The nine officers are former IPJ Warden Wesley Hayes, former IPJ Assistant Warden Jesse Hayes, former Lt. Bret Broussard of the Narcotics Unit, former narcotics agent Wade Bergeron, former narcotics agent Jason Comeaux, former narcotics agent David Hines, former narcotics agent Byron Benjamin Lassalle and former K-9 handlers Robert Burns and Jeremy Hatley.

If convicted, Ackal, Savoy and Frederick each face a maximum sentence of 10 years in prison for each of the civil rights violations, as well as a potential $250,000 fine for each count.

Read more in Friday's Advocate (http://theadvocate.com/news/acadiana/16057551-123/federal-prosecutors-broaden-criminal-charges-against-iberia-sheriff-louis-ackal-in-probe-of-inmate-b).

SPONSORED: TCB 2016 (HTTP://THEIND.COM/ARTICLES.SEC-138-1-PROMOTIONAL-FEATURES.HTML?UTM_SOURCE=THEIND.COM&UTM_MEDIUM=SKYSCRAPER&UTM



prev    next

(http://theind.com/article-23315-The-McGehee's-A-Real-Estate-Family.html)
**The McGehee's, A Real Estate Family**
(http://theind.com/article-23315-The-



(http://theind.com/article-23154-In-Love-and-Respect-for-My-Mother.html)
**In Love and Respect, for My Mother**
(http://theind.com/article-23154-In-Love-and-side.html)

WANT TO STAY INFORMED? CLICK HERE TO SUBSCRIBE  SIDER
(http://clickme.webaaserver.com//keyplane=V2MrsQ4KH%2B%2FMeOGONOG%42BXiJTGSNTwni8AhTVN3J7JWUKF2jnFgeemEh82iiLoG19SFFrv4nM2BvSdY2PeknI87NCki7A6GBwm3hDBHDjk%2B3F8%3Di)

INDREPORTER (HTTP://THEIND.COM/ARTICLES.SEC-75-1-INDREPORTER.HTML)
June 30, 2016 02:08 PM

# A tale of two sheriffs (http://theind.com /articles.sec-75-1-INDReporter.html)

BY PATRICK FLANAGAN (BY-AUTHOR-33-1.HTML)

For the last 16 years, we've been fortunate here in Lafayette Parish to have a forward-thinking sheriff like Mike Neustrom.

Just look south to Iberia Parish for an idea of what Neustrom's polar opposite would have brought, namely a growing sense of embarrassment as seen playing out in recent months with the federal civil rights scandal currently faced by longtime Iberia Sheriff Louis Ackal for his role in a series of alleged inmate abuse cases. Ackal's story, in fact, just got even juicier with the recent revelation of



**Outgoing Lafayette Parish Sheriff Mike Neustrom**
Photo by Robin May

secret recordings in which he's heard making anti-Semitic comments and threats like this one: "I said the only thing I'm gonna give you – f**king shoot you right between your goddamned Jewish-eyes-look-like-opossum bastard."

Ackal's comments, according to this report from The Advocate (http://theadvocate.com/news/acadiana/16257343-123/justice-dept-iberia-sheriff-spews-anti-semitic-remarks-at-prosecutor-threatens-to-shoot-him-between), are believed to have been regarding a U.S. Justice Department attorney who'd met with the Iberia sheriff in the lead-up to his federal indictment on criminal civil rights violations. (For more on the craziness that led to Ackal's troubles, check out The Advocate's coverage of the issue here (http://theadvocate.com/news/acadiana /15138891-123/iberia-parish-sheriff-louis-ackal-charged-in-federal-court-with-civil-rights-violations) and here (http://theadvocate.com/news/acadiana/15081315-123 /the-question-after-the-guilty-pleas-of-six-iberia-parish-sheriff-deputies-will-the-federal-civil-rig).)

SPONSORED



(http://theind.com/article Fun.html)

PROMOTIONAL

A to Z guide (http://thei
Looking for a break



(http://c /?keyplane=V746KAAMcx

IN CASE





(http://theind.com/article
Ends.html)

**Eat a Pea**
(http://theind.

#DontCrack

TCS NE

PA

J   E

*Acadiana*

**600 Silverst**
*Interest Fr*
**www.pa**

(http://c
/?keyplane=V746KQABIU

READ TH

Back to Neustrom, who's set to step-down as Lafayette Parish's top law enforcement official after 16 years. Today, in fact, marks his last official day as our sheriff. And it's been a good run, one that will hopefully leave a lasting impression on the way we approach law enforcement in this parish.

As we've reported since his retirement announcement last year and during the ensuing election that ended in November with the election of Mark Garber as our next sheriff, the legacy Neustrom will leave is one of a progressive-minded law enforcement official willing to take the path less traveled when compared with the majority of other agencies in Louisiana. His administration will mostly be remembered for the leaps taken in redefining our approach to corrections, replacing the punishment-driven models of old with new ideas, namely rehabilitation and diversion. This required bringing on the right people for the job and getting to the bottom of why a person has been incarcerated: Was it drugs, mental illness, or did they end up in jail because they just didn't have the money to pay off a ticket or fine resulting from some minor offense? Neustrom, as many of his peers will attest, has helped change the conversation about crime and punishment not just here in Lafayette Parish, but among agencies throughout the state.

While Neustrom spoke with us briefly this morning, he was caught up dealing with everything that goes on in the last day of a 16-year administration and therefore unable to dedicate the time required for a thorough interview. So we instead reached out to Rob Reardon, Neustrom's longtime director of corrections who's also leaving office at day's end (read more about that here (http://theind.com/article-23465-Rob-Reardon-says-'so-long'-to-LPSO.html)).

In talking with Reardon, we wanted to know what he'll take away from his 16 years working alongside Neustrom, and his thoughts on the legacy Neustrom will ultimately leave behind once he's gone.

"Here's what I'll tell you: Sheriff Neustrom was an apolitical sheriff, he didn't play the politics game," says Reardon. "Over the course of dealing with all the sheriffs I've dealt with in my 27 years, I always ask 'Why do you want to be sheriff?' He told me 'because I want to make it better.' And from him that's genuine. He wants to make society better. And I told him, 'Well, you're a terrible politician,' and he just laughed in that way he does."

For Reardon, one of the major reasons he stuck behind Neustrom till the end has centered on his open-mindedness to new ideas.

"He was always pushing the envelope to be open to different possibilities. He was always talking to me and the other division heads, saying, 'Hey, can we do this or why can't we do this, or can we try this?'" says Reardon. "He's somebody who really changed the culture and environment of what law enforcement and corrections can be. And just a good example of that is all the people since my resignation coming from all over the state and even other states saying 'Y'all have a model here,' and then asking me to come work there. He's the one that allowed all that to happen. He's someone that really facilitated teamwork, and it's going to be interesting to see what happens next."

So if the Garber administration should take anything from Neustrom's example, Reardon recommends maintaining that open-minded approach to new ideas.

"That lock 'em up ideology has been demonstrated not to work for the last 200 years, and that's not Rob Reardon director of corrections talking, that's Rob Reardon professor of UL talking to you," he says. "Mark [Garber] in a lot of ways will change the organization, but I'm sure there will be similar paths and a similar vision as well. It has to be similar. Number one: taxpayers aren't willing to afford just locking up people just simply because of the strain that puts on the community, and socially. I don't think the community would be willing to do that. It costs a lot of money to lock people up, and there's better ways to do it. We've been demonstrating that for the last 15, 16 years."

And as far as Neustrom's legacy goes?

**Rob Reardon (left) and Neustrom**
Photo by Robin May

Reardon: "Sheriff Neustrom has really just been so far ahead of other systems – I'm not saying people – but just in his vision about how a system could operate better, that there are better ways to manage mental illness, drug abuse, low level misdemeanors."

So when we remember Neustrom's 16 years as sheriff, we should consider ourselves fortunate, not because he proved to be so vastly different from that guy down in Iberia Parish, but because he's set such a high bar for anyone following in his footsteps from here on out.

For more on Neustrom's successes as sheriff, check out some of our past coverage here

(http://npaper-wehaa.com

(http://c
/?keyplane=V746KAAN3b

INDREPORTER (HTTP://THEIND.COM/ARTICLES.SEC-75-1-INDREPORTER.HTML)

July 15, 2016 11:51 AM

# Oh, that's rich, Sheriff Ackal (http://theind.com/articles.sec-75-1-INDReporter.html)

BY WALTER PIERCE (BY-AUTHOR-15-1.HTML)

An Iberia Sheriff's Office employee is on administrative leave and his Facebook account de-activated after posting an inflammatory, grammatically lazy comment asking the social media world if it was "up for target practice." The comment accompanied a link Brodie Duhon shared about the New Black Panthers arriving in Baton Rouge in the wake of the police killing of Alton Sterling, who was buried today.



SPONSORED




(http://theind.com/article Fun.html)
PROMOTIONAL

A to Z guide (http://thei
Looking for a breal



LA FOSSE

(http://c
/?keyplane=V745qAAO2z

IN CASI



According to The Daily Iberian, which broke the story, Iberia Sheriff Louis Ackal says his department has zero tolerance for racism and hate speech, quoting the mercurial lawman: "I apologize to the people of the community who had to see that. This is not going to be tolerated."

We suspect Ackal's hackles weren't genuinely raised by this incident in light of the recent revelation that in a clandestine recording he referred to U.S. Justice Department civil rights prosecutor Mark Blumberg as a "son-of-

a-bitch Jew bastard" and threatened to shoot Blumberg between his "goddamned Jewish eyes."

Louis Ackal

Ackal was indicted earlier this year on federal civil rights charges accusing him of directing underlings in 2011 to assault inmates in the parish jail's chapel where no video surveillance could capture the abuse. Nine former jail employees have already pleaded guilty to charges related to the case.

Duhon, he of the New Black Panthers target practice post on Facebook, is a transportation officer with the parish jail. Ackal, who allegedly knows a thing or two about inmate abuse, told The Iberian that "if I ignore this and he gets in a fight with an inmate while transporting him and injures him, and he happens to be black, this will come up."

Duhon later apologized for the remark before de-activating his Facebook page. We predict Ackal won't have to worry too much longer about a culture of racism within the Iberia Parish Sheriff's Office that evidently trickled down from the top.

Read more about the Brodie Duhon Facebook fracas by clicking here (http://www.iberianet.com/breaking_news/ipso-employee-on-leave-after-racial-facebook-post/article_3b068348-49fd-11e6-89d1-e7574e21b56f.html).

(http://theind.com/article
Of Poems and F
/article

co
BayouR
SERVICE
(http://c
/?keyplane=V745qQAAVX

READ TH

(http://clicking.wehaaserver.com
/?keyplane=V745qAAD%2FPWm2FlY%2Bz8mljhm9l4ir7ZYngM%2B4TBgwZthUvM8BbClxqyKNCrOUNUvW8rvOahCZy0q65aDHuqioDw0%2F0Tbqp%2FiCATUboDOEhQ%3D)

http://www.iberianet.com/breaking_news/iberia-parish-sheriff-louis-ackal-indicted/article_b9fb7bc2-e65c-11e5-8dd9-373a3aab4cd9.html

FEATURED  TOP STORY

# Iberia Parish Sheriff Louis Ackal indicted

Updated Mar 10, 2016



Iberia Parish Sheriff Louisi Ackal and Lt. Col. Gerald Savoy have been charged with federal civi rights violations in connection with the beatings of five inmates at the Iberia Parish Jail, according to a prepared statement from the U.S. Justice Department.

Over the past few weeks, eight former deputies have pleaded guilty to federal conspiracy charges in plea agreements that promise no prosecution for other federal charges in exchange for their testimony at a future trial.



*Tying the knot soon:*

Click Here for the local wedding information from area businesses

The Daily Iberian

Former IPJ Warden Wesley Hayes, former IPJ Assistant Warden Jesse Hayes, former Lieutenant Bret Broussard of the Narcotics Unit, former narcotics agent Wade Bergeron, former narcotics agent Jason Comeaux, former narcotics agent David Hines, former narcotics agent Byron Benjamin Lassalle and former K-9 handler Robert Burns pleaded guilty between Feb. 23 and Monday in closed federal court proceedings.

Ackal is charged with one count of conspiracy against rights and two counts of deprivation of rights under color of law, according to the prepared statement from the U.S. Attorney's Office. Savoy is charged with one count of conspiracy against rights and one count of deprivation of rights under the color of law.

According to the federal indictment, "Ackal and Savoy conspired with each other and with other officers to assault five inmates, identified by the initials C.O., S.S., A.T., A.D. and H.G., and that members of the conspiracy failed to intervene and stop the assaults."

Ackal and Savoy each face 10 years in prison and $250,000 in fines for each out of civil rights violations.

The case is being investigated by the FBI's Lafayette Resident Agency. The case is being prosecuted by Assistant U.S. Attorney Joseph G. Jarzabek of the Western District of Louisiana Special Litigation Counsel Mark Blumberg and Trial Attorney Tona Boyd of the Civil Rights Division's Criminal Section.

http://www.iberianet.com/news/ackal-i-will-be-vindicated/article_32decbc6-e7a6-11e5-9e17-af5ac5405ff6.html

FEATURED | TOP STORY

# Ackal: 'I will be vindicated'

After indictment, Iberia sheriff says he won't resign

BY DWAYNE FATHERREE AND ASHLEY HINSON THE DAILY IBERIAN   Mar 11, 2016



Iberia Parish Sheriff Louis Ackal said in an email sent late Thursday he has no plans to leave office despite being indicted Wednesday for his alleged involvement in several beatings in the Iberia Parish Jail's chapel.

"In spite of recent allegations made against me, I am confident I will be vindicated," Ackal said in the emailed statement. "I also speak on the behalf of my current employees when saying I am positive they are dedicated to protecting the citizens of Iberia Parish. For my entire professional career I have had faith in our judicial system. I continue to believe in our system and that history will show I have always stood on the side of good."

Ackal is charged with one count of conspiracy against rights and two counts of deprivation of rights under color of law for an alleged April 29, 2011, series of assaults in the parish jail's chapel. Ackal and Lt. Col. Gerald Savoy, who is listed on the Sheriff's Office website as being in charge of all enforcement operations, are accused of conspiring with each other and other deputies and supervisors to beat five pre-trial detainees in the chapel, where there are no surveillance cameras, according to a statement from the U.S. Department of Justice Western District of Louisiana Attorney Stephanie Finley and Principal Deputy Assistant Attorney General

Vanita Gupta. Maj. Ryan Turner, spokesman for the Sheriff's Office said Savoy is on administrative leave.



Click Here for the local wedding information from area businesses

According to the indictment, Ackal and Savoy face a maximum sentence of 10 years in prison and a $250,000 fine for each count.

The inmate allegations, some documented in an array of civil lawsuits, are reinforced by accounts of the beatings made public in a series of plea agreements entered into the federal court record over the past three weeks. So far eight former IPSO officers and deputies have pleaded guilty to charges ranging from obstruction of justice to conspiracy and violating civil rights.

The indictment comes after eight former Sheriff's Office employees — former Iberia Parish Jail Warden Wesley Hayes, former jail assistant Jesse Hayes, former Maj. Jason Comeaux and former Lt. Bret Broussard of the Narcotics Unit, former narcotics agents Wade Bergeron, David Hines and Byron Lassalle, and former K-9 handler Robert Burns — pleaded guilty in related cases before Judge Patricia Minaldi of the Western District of Louisiana. As charged, the former employees and Ackal and Savoy conspired "to injure, oppress, threaten and intimidate inmates and pre-trial detainees," according to the indictment.

Burns, Hines, Comeaux, Wesley Hayes, Jesse Hayes, Bergeron, Lassalle and Broussard pleaded guilty on Feb. 23 to one count each of deprivation of civil rights related to the April 2011 incident. On Feb. 25, Wesley Hayes pleaded guilty to hitting an inmate in the face with his fist in an incident on Sept. 27, 2011. Jesse Hayes pleaded guilty Feb. 25 to beating the inmate in the same incident in which his brother Wesley pleaded guilty.

Hines and Comeaux pleaded guilty to one count each of deprivation of civil rights on March 7.

Comeaux, Wesley Hayes and Lassalle additionally pleaded guilty to one count of conspiracy. Comeaux also pleaded guilty to one count of obstruction of justice.

According to the plea arrangements available to the public, the justice department will not prosecute the seven defendants for any other actions uncovered as part of the ongoing investigation. Bergeron's plea is currently under seal and not available for review.

Also in the statement emailed Thursday, Turner said Sheriff's Office deputies are "sworn law enforcement officers who have rendered an oath to provide a service for their community."

"The Iberia Parish Sheriff's Office currently has over 300 employees who are hard-working and dedicated to their profession," Turner said in a prepared statement.

**Welcome to the discussion.**

**Please Note:**

- Comments are not verified for accuracy, nor are the identities of users verified, so consider this as you weigh statements or opinions offered.
- Comments will not be posted if they don't show a reasonable attempt to follow basic rules of grammar and punctuation. Text message type abbreviations should be avoided.
- Comments should be civil. You can say someone's ideas are stupid but not say another poster is stupid.
- Comments are reviewed prior to posting by the editors of The Daily Iberian. If you have questions, email news@daily-iberian.com.
- Set up a user name and permanent commenting screen name or post a comment using the guest feature For either you will be asked to provide an email address but note, there is no verification.

http://www.iberianet.com/news/sheriff-indicted/article_887ef1f0-e6d9-11e5-aaad-e3492b8735ac.html

FEATURED | TOP STORY

# Sheriff indicted

Ackal, Savoy facing charges in jail incident

BY DWAYNE FATHERREE AND ASHLEY HINSON | THE DAILY IBERIAN   Updated Mar 11, 2016



The Daily Iberian files

Iberia Parish Sheriff Louis Ackal, shown in 2008 while giving a tour inside the Iberia Parish Jail, and Lt. Col. Gerald Savoy have been indicted in federal court following an investigation of civil rights violations.

LAFAYETTE — Iberia Parish Sheriff Louis Ackal and one of his most senior officers were indicted in federal court Wednesday, the latest members of the Sheriff's Office to become ensnared in an ongoing investigation of civil rights violations perpetrated inside the IPSO, according to court documents.

Ackal is charged with one count of conspiracy against rights and two counts of deprivation of rights under color of law stemming from the beatings of five pre-trial detainees in a surveillance

camera-free chapel at the Iberia Parish Jail in 2011. Lt. Col. Gerald Savoy, listed on the Sheriff's Office website as being in charge of all enforcement operations, is charged with one count of conspiracy against rights and one count of deprivation of rights under color of law, according to a statement from the U.S. Department of Justice Western District of Louisiana Attorney Stephanie Finley and Principal Deputy Assistant Attorney General Vanita Gupta.

According to the indictment, Ackal and Savoy face a maximum sentence of 10 years in prison and a $250,000 fine for each count.



All of the charges stem from the April 29, 2011, contraband inspection at the Iberia Parish Jail, during which several inmates were taken to the jail's chapel and beaten, according to the indictment. The conspiracy counts encompass several beatings, including those of inmates Curtis Ozenne, Anthony Daye, as well as three other inmates identified as S.S., H.G. and I.T. in the indictment.

Savoy served as supervisor at the jail at the time of the beatings. The indictment alleges Ackal, Savoy and other deputies and supervisors planned to "punish and retaliate against inmates and pre-trial detainees … to unlawfully assault them."

The indictment places both Ackal and Savoy in the jail's chapel while beatings were taking place. It also paints Ackal as directing the beatings, instructing other law enforcement officers to "take care of" inmates, which according to the indictment meant they were to take them to the chapel and beat them.

One of the deprivation of rights charges, involving the beating of Anthony Daye, is leveled against both Ackal and Savoy. According to the indictment, both men watched the beating take place and took no action to stop it, while Ackal is additionally cited for "encouraging and directing" the beating.

The second deprivation of rights charge against Ackal stems from the beating of Ozenne —

identified as C.O. in the indictment — which the indictment says Ackal encouraged and directed the beating. The indictment states that C.O. blamed a detainee identified as S.S. for making a lewd comment about the recreation yard at the jail. Deputies watched as Lt. Byron Benjamin Lassalle beat S.S. with a baton in the chapel. When Lassalle learned S.S. was jailed for a sex offense, he held the baton between his legs as if it were a penis and shoved the baton into S.S.'s throat, causing him to choke, the federal court document states. S.S. blamed inmate A.T. for the comment, who also was taken into the chapel and beaten with a baton.

Ackal is said to have learned the inmate identified in the indictment as H.G. had written letters complaining about the conditions of the jail and had him taken to the chapel as well.

Monday's pleas in federal court — from David Hines and Jason Comeaux — mark the first time that the terms "high-ranking IPSO official" and "senior IPSO employee" had been used to describe individuals in the plea documents. In Hines' plea, the official is the person who ordered him and another narcotics agent to beat a victim identified as R.T. for having assaulted one of the official's relatives.

In Comeaux's statement, he says the high-ranking official is the person who was in the chapel and ordered him to beat inmate Anthony Daye — and who is now identified in the indictment as Ackal.

IPSO spokesman Maj. Ryan Turner said this morning Savoy is on administrative leave. Hines resigned March 4 from the IPSO and Comeaux was terminated Tuesday, the day after he pleaded guilty.

In an email, last week, Ackal said he stands by his 2015 statement that he would not resign his office under any circumstance. An email requesting comment or reaction from Ackal to the indictments was not answered by press time.

Sixteenth Judicial District Attorney Bo Duhé said this morning that if a sheriff resigns office, the office's chief deputy would step up.

"By law, if there becomes a vacancy by the sheriff, his chief deputy assumes the role of sheriff until a special election is called, or if it's within 18 months of a general election, it would be until the general election," Duhé said. "If there is no named chief deputy in the position, then parish council would have 20 days from the time the position becomes vacant to name a successor to be the interim sheriff."

Duhé said if parish council failed to name a successor within 20 days, the governor would choose someone.

Sheriff indicted | News | iberianet.com   http://www.iberianet.com/news/sheriff-indicted/article_882ef1f0-e6d9-1...

The indictment comes in light of six former Sheriff's Office employees in addition to Comeaux and Hines — former Iberia Parish Jail Warden Wesley Hayes, former jail assistant Jesse Hayes, former Lt. Bret Broussard of the Narcotics Unit, former narcotics agents Wade Bergeron and Lassalle and former K-9 handler Robert Burns — pleading guilty in February in related cases before Judge Patricia Minaldi of the Western District of Louisiana. As charged, the former employees and Ackal and Savoy conspired "to injure, oppress, threaten and intimidate inmates and pre-trial detainees," according to the indictment.

Burns, Hines, Comeaux, Wesley Hayes, Jesse Hayes, Bergeron, Lassalle and Broussard pleaded guilty on Feb. 23 to one count each of deprivation of civil rights related to the April 2011 incident. On Feb. 25, Wesley Hayes pleaded guilty to hitting an inmate in the face with his fist in an incident on Sept. 27, 2011. Jesse Hayes pleaded guilty Feb. 25 to beating the inmate in the same incident in which his brother Wesley pleaded guilty.

Comeaux, Wesley Hayes and Lassalle additionally pleaded guilty to one count of conspiracy. Comeaux also pleaded guilty to one count of obstruction of justice.

According to the plea arrangements available to the public, the DOJ will not prosecute the seven defendants for any other actions uncovered as part of the ongoing investigation. Bergeron's plea is currently under seal and not available for review.

The FBI's Lafayette Resident Agency is continuing the investigating, according to Wednesday's statement.

**Welcome to the discussion.**

**Please Note:**

- Comments are not verified for accuracy, nor are the identities of users verified, so consider this as you weigh statements or opinions offered.
- Comments will not be posted if they don't show a reasonable attempt to follow basic rules of grammar and punctuation. Text message type abbreviations should be avoided.
- Comments should be civil. You can say someone's ideas are stupid but not say another poster is stupid.
- Comments are reviewed prior to posting by the editors of The Daily Iberian. If you have questions, email news@daily-iberian.com.
- Set up a user name and permanent commenting screen name or post a comment using the guest feature For either you will be asked to provide an email address but note, there is no verification.

http://www.iberianet.com/news/white-family-attends-arraignment-holds-rally/article_2ff9a9e6-f820-11e5-ba7c-87734627ea79.html

# White family attends arraignment, holds rally

BY DWAYNE FATHERREE | THE DAILY IBERIAN   Apr 1, 2016



Dwayne Fatherree / The Daily Iberian

Vanessa White, Victor White Jr. and Denise Gobert speak to media representatives during a rally held Thursday mornir arraignment of Iberia Parish Sheriff Louis Ackal in Lafayette.

LAFAYETTE — The family and supporters of the late Victor White III were out in force Thursday, holding a rally after the arraignment of Iberia Parish Sheriff Louis Ackal to bring attention to their efforts to reopen the investigation into White's death.

"Let's take a look and let it be independent," said Victor White Jr. of Alexandria, the victim's father. "Bring someone else from outside this area to take a look at it and let's see what happens."

Victor White III, who lived in New Iberia, died at age 22 in the back of a Sheriff's Office car from a gunshot wound after Iberia Parish Sheriff's Office deputies arrested him on March 3, 2014. He was handcuffed with his hands behind his back at the time of the shooting.

White Jr., along with his wife, Vanessa, and a dozen supporters, were in the U.S. Federal Courthouse, where Ackal and Iberia Parish Sheriff's Office Lt. Col. Gerald Savoy both entered not guilty pleas to civil rights charges in incidents reported at the Iberia Parish Jail.

Following the proceedings, the White family and supporters walked across the street from the courthouse to hold a prayer circle at a park on Lafayette Street in Lafayette.

After the prayer circle broke up, White was very vocal in his criticism of Ackal.

"I am displeased. Angry. Very upset," White said. "And I am not afraid to come forward."

A Louisiana State Police investigation, along with a U.S. Department of Justice inquiry, both agreed that the gunshot that killed Victor White III was self-inflicted, but White Jr. says, in light of the revelations that have come forth during the Department of Justice investigation into the IPSO, those investigators were not told the truth.

"I want the case to be reopened based on the fact you see there's a pattern," White said. "I know my son's criteria fits that pattern."

White also was critical of the justice system as a whole, pointing to Ackal's arrival and departure as signs of the inequality in the process.

"I know if that was me in there, I wouldn't have been allowed to walk out," White said.

"It shows that Ackal still has power. I believe they should have held him and given him a taste of what he was dealing out. All of the day-to-day activities in the Sheriff's Office are leading back to Louis Ackal."

He also pointed out the hypocrisy of Ackal's move to place "In God We Trust" on all of the IPSO vehicles after the Iberia Parish Jail chapel had been used as a torture chamber to beat and dehumanize inmates.

"If truly he trusted in God, if he did he would not have desecrated the temple," White said.

"Where they were when they were doing these matters of evilness to those individuals in there. He took them to the very place where you could find solitude, or you could find peace of mind."

**Welcome to the discussion.**

**Please Note:**

- Comments are not verified for accuracy, nor are the identities of users verified, so consider this as you weigh statements or opinions offered.
- Comments will not be posted if they don't show a reasonable attempt to follow basic rules of grammar and punctuation. Text message type abbreviations should be avoided.
- Comments should be civil. You can say someone's ideas are stupid but not say another poster is stupid.
- Comments are reviewed prior to posting by the editors of The Daily Iberian. If you have questions, email news@daily-iberian.com.
- Set up a user name and permanent commenting screen name or post a comment using the guest feature For either you will be asked to provide an email address but note, there is no verification.

http://www.iberianet.com/news/ackal-savoy-plead-not-guilty/article_d2340a8c-f81e-11e5-ab12-
8f18b43bfaad.html

FEATURED    TOP STORY

# Ackal, Savoy plead not guilty

Answer to federal charges in court

BY DWAYNE FATHERREE and ASHLEY HINSON | THE DAILY IBERIAN    Apr 1, 2016



Dwayne Fatherree / The Daily Iberian

Iberia Parish Sheriff Louis Ackal, right, leaves the federal courthouse in Lafayette, where he pleaded not guilty to civil r
Thursday.

LAFAYETTE — Iberia Parish Sheriff Louis Ackal and Iberia Parish Sheriff's Office Lt. Col. Gerald Savoy pleaded not guilty early Thursday to charges of conspiracy and deprivation of civil rights stemming from multiple alleged inmate beatings in the Iberia Parish Jail.

The two men appeared before Magistrate Judge Patrick J. Hanna in the U.S. Federal Courthouse. Thursday's hearing marked the first open hearing in the Department of Justice Civil Rights Division's prosecution of individuals within the Iberia Parish Sheriff's Office for violations of civil rights as part of an expanding investigation of the organization.

After some initial procedural issues, Hanna read off each count of the indictment against Ackal and Savoy. Both men were charged with a count of conspiracy against rights and a count of deprivation of civil rights. Ackal also faces a second count of deprivation of civil rights.

U.S. trial attorney Tona Boyd and Assistant U.S. Attorney Joseph G. Jarzabek were in court on behalf of the prosecution. Ackal was represented by former U.S. Attorney Michael Skinner and former U.S. District Judge Richard "Theodore" Haik, who also is a first cousin to Ackal. Savoy was represented by Lafayette attorney Randal McCann.

When asked for their pleas, Skinner answered, "Not guilty," for Ackal. McCann did the same for Savoy.

Each of the men faces a potential sentence of 10 years in prison and $250,000 fine on each count.

Ackal and Savoy were each released on personal recognizance bonds, with the condition they were not to talk to any of the other members of the Iberia Parish Sheriff's Office involved in the case, any victims or potential federal witnesses.

A trial date has been set for June 6 in a yet to be determined location. A pre-trial telephone conference is set for May 6.

Also present were members of the Victor White III family and members of the Justice for Victor White Committee.

Ackal and Savoy were indicted March 9 on one count of conspiracy and one count of deprivation of civil rights as part of an ongoing U.S. Department of Justice Civil Rights Division investigation into the Sheriff's Office's treatment of inmates. Ackal was charged with an additional count of deprivation to civil rights. Ackal and Savoy were charged in connection with the beatings of five inmates in the parish jail's chapel.

Nine former deputies with the Sheriff's Office have entered guilty pleas to various charges, including deprivation of rights to conspiracy and obstruction of justice.

Sgt. Jeremy Hatley, formerly of the K-9 Unit, former parish jail Warden Wesley Hayes, former parish jail Assistant Warden Jesse Hayes, former Lt. Bret Broussard of the Narcotics Unit, former narcotics agent Wade Bergeron, former narcotics agent Maj. Jason Comeaux, former narcotics agent David Hines, former narcotics agent Byron Benjamin Lassalle and former K-9 handler Robert Burns pleaded guilty between Feb. 23 and March 7 in closed federal court proceedings.

Ackal refrained from comment Thursday.

"The sheriff has pled not guilty," Skinner said as the entourage entered the courthouse parking lot. "He has denied all charges and looks forward to his day in court."

**Welcome to the discussion.**

**Please Note:**
- Comments are not verified for accuracy, nor are the identities of users verified, so consider this as you weigh statements or opinions offered.
- Comments will not be posted if they don't show a reasonable attempt to follow basic rules of grammar and punctuation. Text message type abbreviations should be avoided.
- Comments should be civil. You can say someone's ideas are stupid but not say another poster is stupid.
- Comments are reviewed prior to posting by the editors of The Daily Iberian. If you have questions, email news@daily-iberian.com.
- Set up a user name and permanent commenting screen name or post a comment using the

http://www.iberianet.com/news/new-turn-in-ackal-savoy-case/article_ac3be3be-089e-11e6-920d-535e00c637a3.html

FEATURED    TOP STORY

# New turn in Ackal, Savoy case

Trial date could be moved back, another indictment is possible

BY DWAYNE FATHERREE | THE DAILY IBERIAN    Apr 22, 2016



The Daily Iberian files

Iberia Parish Sheriff Louis Ackal leaves the U.S. District Courthouse in Lafayette on March 9 flanked by his attorneys, I left, and Michael Skinner, right. Federal prosecutors said in court documents they are going to ask to have the June 6 t Ackal and Lt. Col. Gerald Savoy reset.

6/16/16 Case 6:16-cr-00048-DEW-PJH Document 88-1 Filed 09/14/16 Page 95 of 189 PageID #:
New turn in Ackal-Savoy case | News | iberianet.com
426

Minutes from a telephone status conference entered into the court record this week show the June 6 trial date for Iberia Parish Sheriff Louis Ackal likely will be moved back — and that another indictment is coming in the ongoing Department of Justice Civil Rights Division investigation of the Iberia Parish Sheriff's Office.

According to the minutes, U.S. Attorney Joseph Jarzabek of the DOJ's Civil Rights Division explained that, " from the Government's viewpoint, the current trial date is unrealistic, particularly because the Government is seeking to have the Grand Jury issue a superseding indictment before it is adjourned in June."

In federal court, a superceding indictment is one issued to correct problems in an original indictment, add charges against a plaintiff in a case or add charges against additional plaintiffs in a case.

Participating in the phone conference with U.S. District Court Magistrate Patrick Hanna, held Wednesday afternoon, were Jarzabek, Mark Blumberg, and Tona Boyd of the U.S. Department of Justice; Randal P. McCann, counsel for IPSO Lt. Col. Gerald Savoy; and Michael Skinner, Richard Haik and Lewis Unglesby, counsel for Ackal.

Unglesby, a respected Baton Rouge trial defense lawyer, is the latest addition to Ackal's legal "dream team." According to the court records,Unglesby was added to the team on April 7.

At this point, the DOJ attorneys will file a motion requesting that the current trial date and the deadlines on the current scheduling be upset, and another status conference be set for May 31 to determine a viable trial date if a superceding indictment is returned by then.

Ackal and Savoy were indicted March 9 on one count of conspiracy and one count of deprivation of civil rights. Ackal was charged with an additional count of deprivation to civil rights. Ackal and Savoy were charged in connection with the beatings of five inmates in the parish jail's chapel.

Nine former deputies with the Sheriff's Office have entered guilty pleas to various charges, including deprivation of rights to conspiracy and obstruction of justice.

Sgt. Jeremy Hatley, formerly of the K-9 Unit, former parish jail Warden Wesley Hayes, former parish jail Assistant Warden Jesse Hayes, former Lt. Bret Broussard of the Narcotics Unit, former narcotics agent Wade Bergeron, former narcotics agent Maj. Jason Comeaux, former narcotics agent David Hines, former narcotics agent Byron Benjamin Lassalle and former K-9 handler Robert Burns pleaded guilty between Feb. 23 and March 7 in closed federal court proceedings.

The nine men will receive immunity from prosecution on any other charges that arise during the course of the investigation as well as consideration during sentencing.

If convicted, Ackal and Savoy each face a maximum sentence of 10 years in prison for each of the civil rights violations in addition to a potential $250,000 fine for each count.

**Welcome to the discussion.**

**Please Note:**

- Comments are not verified for accuracy, nor are the identities of users verified, so consider this as you weigh statements or opinions offered.
- Comments will not be posted if they don't show a reasonable attempt to follow basic rules of grammar and punctuation. Text message type abbreviations should be avoided.
- Comments should be civil. You can say someone's ideas are stupid but not say another poster is stupid.
- Comments are reviewed prior to posting by the editors of The Daily Iberian. If you have questions, email news@daily-iberian.com.
- Set up a user name and permanent commenting screen name or post a comment using the guest feature For either you will be asked to provide an email address but note, there is no verification.

http://www.iberianet.com/news/ipso-case-more-to-file/article_8b0e2a4c-09c7-11e6-830d-732596137d38.html

FEATURED   TOP STORY

# IPSO case: More to file

Proposed motion indicates prosecutors intend to file more charges against Iberia Parish Sheriff Louis Ackal and IPSO Lt. Col. Gerald Savoy.

BY DWAYNE FATHERREE | THE DAILY IBERIAN   Apr 24, 2016



A proposed motion filed in U.S. District Court indicates prosecutors intend to file more charges against Iberia Parish Sheriff Louis Ackal and Lt. Col. Gerald Savoy as part of an ongoing U.S. Justice Department investigation into charges of civil rights violations,

conspiracy and obstruction of justice within the IPSO.

The investigation has resulted in guilty pleas from nine former employees so far and indictments against both Ackal and Savoy.

"During a telephone status conference held on April 20, 2016, the Government discussed the ongoing nature of the investigation and the Government's intent to pursue additional charges," the opening to the motion reads.

The motion, filed by U.S. Attorney Stephanie Finley, requests the current June 6 trial date be reset for a later date because in addition to "numerous documents already produced in discovery, extensive further discovery is forthcoming in the form of (Federal Bureau of Investigation) 302's (sic). Furthermore, the discovery outlined above would be expanded should further charges be brought," according to the motion.

The FD-302 form is used by FBI agents to "report or summarize the interviews that they conduct." Rather than recording interviews, FBI agents interview in pairs, with one agent conducting the interview and the other taking notes, from which the 302 is later created.

The existence of "extensive" additional interview notes would indicate that the DOJ's Civil Rights Division probe has included many more interviews and witnesses than the ones already noted in the 11 indictments and nine plea deals filed so far in U.S. District Court.

According to the motion, defense attorneys for Ackal and Savoy, head of enforcement operations for the Sheriff's Office, agree with the request. A pretrial teleconference on May 31 is requested to set a new trial date.

An order from U.S. District Judge Donald E. Walter confirms the motion also was filed Friday, although neither of the documents has yet been signed.

Ackal and Savoy were indicted March 9 on one count of conspiracy and one count of deprivation of civil rights. Ackal was charged with an additional count of deprivation to civil rights. Ackal and Savoy were charged in connection with the beatings of five

Case 6:16-cr-00048-DEW-PJH   Document 88-1   Filed 09/14/16   Page 99 of 189 PageID #: 430

inmates in the parish jail's chapel.

Nine former deputies with the Sheriff's Office have entered guilty pleas to various charges, including deprivation of rights to conspiracy and obstruction of justice.

Sgt. Jeremy Hatley, formerly of the K-9 Unit, former parish jail Warden Wesley Hayes, former parish jail Assistant Warden Jesse Hayes, former Lt. Bret Broussard of the Narcotics Unit, former narcotics agent Wade Bergeron, former narcotics agent Maj. Jason Comeaux, former narcotics agent David Hines, former narcotics agent Byron Benjamin Lassalle and former K-9 handler Robert Burns pleaded guilty between Feb. 23 and March 7 in closed federal court proceedings.

In a sworn affidavit recounting incidents at the Iberia Parish Jail on April 29, 2011, included in a whistleblower lawsuit, Wesley Hayes said fellow defendant Lassalle asked him, while Ackal was present, which rooms in the jail were free of audio or video recording devices. Hayes said in the affidavit he escorted Lassalle and an inmate, who Hayes said Lassalle thought had made disparaging comments toward Lassalle, to the jail's chapel.

According to the affidavit, once in the chapel Lassalle ordered the inmate to lie face down then beat him with a baton. The inmate claimed another prisoner, not he, made the comments.

When the other inmate was brought to the chapel, Lassalle ordered the prisoner onto his knees. When he learned the inmate was serving time on a sex offense, Hayes testified, Lassalle slipped the baton between his legs and ordered him to simulate oral sex on it as three other officers watched, according to the affidavit.

All but one of the pleas entered so far center on incidents at the Iberia Parish Jail. The exception is Hines' plea, in which he stated that a "high-ranking IPSO official" ordered him and another narcotics agent to beat a man who had assaulted a relative of the official. According to court records, Hines' arrest of Richard Trosclair, a former roommate of IPSO Sheriff Louis Ackal's cousin Ronnie Ackal, match the details in his plea agreement.

6/16/16    Case 6:16-cr-00048-DEW-PJH   Document 88-1   Filed 09/14/16   Page 100 of 189 PageID #:
IPSO case: More to file | News | iberianet.com
431

The nine men who accepted plea deals will receive immunity from prosecution on any other charges that arise during the course of the investigation as well as consideration during sentencing. Each of them, except Hatley and Burns, faces 10 years in prison and a $250,000 fine for each count. Burns faces one year in prison and a $100,000 fine.

Hatley faces up to five years in prison and a fine of up to $250,000 on a charge of making a false statement and up to one year in prison and $100,000 in fines on charge of deprivation of rights.

They all face three years of supervised release.

If convicted, Ackal and Savoy each face a maximum sentence of 10 years in prison for each of the civil rights violations in addition to a potential $250,000 fine for each count.

**Welcome to the discussion.**

**Please Note:**
- Comments are not verified for accuracy, nor are the identities of users verified, so consider this as you weigh statements or opinions offered.
- Comments will not be posted if they don't show a reasonable attempt to follow basic rules of grammar and punctuation. Text message type abbreviations should be avoided.
- Comments should be civil. You can say someone's ideas are stupid but not say another poster is stupid.
- Comments are reviewed prior to posting by the editors of The Daily Iberian. If you have questions, email news@daily-iberian.com.
- Set up a user name and permanent commenting screen name or post a comment using the guest feature For either you will be asked to provide an email address but note, there is no verification.

http://www.iberianet.com/news/rally-to-oust-ackal/article_388a412c-0d58-11e6-9386-836dcbdaab13.html

FEATURED    TOP STORY

# Rally to oust Ackal

BY DWAYNE FATHERREE | THE DAILY IBERIAN    Apr 28, 2016



Dwayne Fatherree / The Daily Iberian

Organizer Donald Broussard gets the crowd involved in organized chants during the rally Wednesday afternoon deman removal from office of Iberia Parish Sheriff Louis Ackal. The crowd grew to about 150 people during the two-hour ever

About 150 people met on the lawn and steps of the Iberia Parish Courthouse Wednesday afternoon to demand that Iberia Parish Sheriff Louis Ackal be removed from office over a series of beatings and deaths that have occurred under his watch.

The event was scheduled as a combination rally and voter registration drive, but the two-hour event was primarily a tag-team diatribe against Ackal, with multiple speakers taking the podium to demand that Ackal leave office.

The organizers fired up the crowd with a call-and-response chant of "Louis Ackal — Must go — When? Now!" before civil rights activists from around the region took turns at the microphone.

"He should not be allowed to resign," Kadijah Rashad of Iberia Parish, one of the featured speakers, said during the program. "He should be removed from office."

Victor White Sr.. of Alexandria, father of a New Iberia man who allegedly shot himself in the chest while handcuffed in the rear seat of an IPSO vehicle, was more strident in his call for action. He cited the events revealed in an ongoing Department of Justice investigation of the IPSO as justification for putting Ackal not only out of office but behind bars.

"We are asking for him to be removed from office, but we need him to go to jail," White said. "We need him to feel the pain he has inflicted on others. He took men who were incarcerated, took them to the chapel, the one place in that prison where they could find solitude, and he desecrated that place."

Ackal and one of his senior officers, Lt. Col. Gerald Savoy, were indicted March 9 on one count of conspiracy and one count of deprivation of civil rights. Ackal was charged with an additional count of deprivation to civil rights. Ackal and Savoy were charged in connection with the beatings of five inmates in the parish jail's chapel.

Court documents released in the various plea deals and indictments from the DOJ Civil Rights Division's probe of the IPSO, as well as records from other civil suits filed in events on which that investigation is based, have placed Ackal at the center of various beatings, intimidations and other activities at the Iberia Parish Jail and beyond, to include ordering two narcotics officers to "take care of" a man who allegedly beat one of his cousins.

Nine former deputies with the Sheriff's Office have entered guilty pleas to various charges, including deprivation of rights to conspiracy and obstruction of justice.

Sgt. Jeremy Hatley, formerly of the K-9 Unit, former parish jail Warden Wesley Hayes, former parish jail Assistant Warden Jesse Hayes, former Lt. Bret Broussard of the Narcotics Unit, former narcotics agent Wade Bergeron, former narcotics agent Maj. Jason Comeaux, former narcotics agent David Hines, former narcotics agent Byron Benjamin Lassalle and former K-9 handler Robert Burns pleaded guilty between Feb. 23 and March 7 in closed federal court proceedings.

If convicted, Ackal and Savoy each face a maximum sentence of 10 years in prison for each of the civil rights violations in addition to a potential $250,000 fine for each count.

"A year ago I was here and Sheriff Ackal called me an idiot," said Rev. Raymond Brown, a New Orleans-based civil rights activist who has led several rallies and events decrying Ackal's regime. "Well, you are the idiot. You are the criminal. Thief. Liar. Deceiver."

Organizer Donald Broussard also noted the change since last year's rally, recounting Ackal's declaration that it would be "a cold day in hell" before he would resign his office.

"I got a call from the devil, and he says it is 20 below and dropping!" Broussard said to scattered applause.

Broussard said he will actively pursue a recall against Ackal if the sheriff is still in office when his new term begins in July.

"My math is a little fuzzy, but I am shooting for 20,000 signatures on that petition," Broussard said.

Not all of the people attending the protest were focused on the recent jail beatings. Iberia Parish resident Rocky Haas said he is waiting for justice for his brother, who was shot and killed in 2010 after IPSO deputies responded to a call at his home. He said that

6/16/16    Case 6:16-cr-00048-DEW-PJH   Document 88-1   Filed 09/14/16   Page 104 of 189 PageID #:
Rally to oust Ackal | News | iberianet.com
435

his brother was on disability and had drugs and alcohol in his system, but should not have been killed, even though deputies said he fired a shotgun several times before a standoff ensued.

"They could have arrested him," Haas said. "There were five, six of them. All he had was a piece of pipe."

Several of the speakers said the power was shut off when they set up the public address system for the event, forcing them to bring in a generator to power the system. Iberia Parish President Larry Richard, however, said that the power was on as of 5 p.m., midway through the event.

As the rally was winding down, several participants entered the courthouse and attended the Iberia Parish Council meeting, which began at 6 p.m. The recent addition of a metal detector sweep for people attending the meetings, instituted at the beginning of April, rankled some, but they were allowed to find seats and attend the regularly scheduled meeting.

**Welcome to the discussion.**

**Please Note:**
- Comments are not verified for accuracy, nor are the identities of users verified, so consider this as you weigh statements or opinions offered.
- Comments will not be posted if they don't show a reasonable attempt to follow basic rules of grammar and punctuation. Text message type abbreviations should be avoided.
- Comments should be civil. You can say someone's ideas are stupid but not say another poster is stupid.
- Comments are reviewed prior to posting by the editors of The Daily Iberian. If you have questions, email news@daily-iberian.com.
- Set up a user name and permanent commenting screen name or post a comment using the guest feature For either you will be asked to provide an email address but note, there is no verification.

http://www.iberianet.com/news/update-may-be-no-trial-this-year-for-ackal/article_0beda8a6-28d4-11e6-b9c2-2f86166a9a05.html

# Update: May be no trial this year for Ackal

BY DWAYNE FATHERREE | THE DAILY IBERIAN Jun 2, 2016



It appears unlikely that Iberia Parish Sheriff Louis Ackal will face trial this year, according to minutes of a status teleconference held Tuesday morning.

Court records updated Wednesday show that Ackal's lead attorney, Baton Rouge lawyer Lewis O. Unglesby, will not be available to try the case if it is scheduled for 2016.

The minutes also indicate the discovery process in the federal charges against Ackal and Iberia Parish Sheriff's Office Lt. Col. Gerald Savoy "is progressing."

The trial date for Ackal and Savoy had been set for June 6, but was reset after a status conference on April 20 when U.S. Department of Justice attorneys said they would need more time to go through interviews and documents in the discovery process. They also said during that teleconference that a superceding indictment may be forthcoming in the case.

Participating in Tuesday's conference with U.S. District Court Magistrate Patrick Hanna were Assistant U.S. Attorney Joseph G. Jarzabek of the Western District of Louisiana; Trial Attorney Tona Boyd of the DOJ Civil Rights Division's Criminal Section; Randal P. McCann, counsel for Savoy; and Michael Skinner and Unglesby, representing Ackal.

Breaking his silence on the case, Ackal told a local television station Tuesday the charges against him would not stand up in court.

"What they have, cannot be substantiated," Ackal told KLFY of Lafayette. "It's bull as far as I'm concerned. I'm very disgusted and aggravated that this is continuing and continuing.

"They're still running a grand jury, which is costing the taxpayers quite a bit of money. But, let's see if they can come up with anything else," he said in the video excerpt.

When contacted Wednesday, Ackal said those comments were not made on the record and that he would be contacting the television station.

Ackal and Savoy were indicted March 9 on one count of conspiracy and one count of deprivation of civil rights. Ackal was charged with an additional count of deprivation to civil rights. Ackal and Savoy were charged in connection with the beatings of five inmates in the parish jail's chapel.

Nine former deputies with the Sheriff's Office have entered guilty pleas to various charges, including deprivation of rights to conspiracy and obstruction of justice.

Sgt. Jeremy Hatley, formerly of the K-9 Unit, former parish jail Warden Wesley Hayes, former parish jail Assistant Warden Jesse Hayes, former Lt. Bret Broussard of the narcotics unit, former narcotics agent Wade Bergeron, former narcotics agent Maj. Jason Comeaux, former narcotics agent David Hines, former narcotics agent Byron Benjamin Lassalle and former K-9 handler Robert Burns pleaded guilty between Feb. 23 and March 7 in closed federal court proceedings.

The nine men will receive immunity from prosecution on any other charges that arise during the course of the investigation as well as consideration during sentencing.

If convicted, Ackal and Savoy each face a maximum sentence of 10 years in prison for each of the civil rights violations in addition to a potential $250,000 fine for each count.

The next status teleconference is set for June 13 at 10:30 a.m.

**Welcome to the discussion.**

**Please Note:**

- Comments are not verified for accuracy, nor are the identities of users verified, so consider this as you weigh statements or opinions offered.
- Comments will not be posted if they don't show a reasonable attempt to follow basic rules of grammar and punctuation. Text message type abbreviations should be avoided.
- Comments should be civil. You can say someone's ideas are stupid but not say another poster is stupid.
- Comments are reviewed prior to posting by the editors of The Daily Iberian. If you have questions, email news@daily-iberian.com.
- Set up a user name and permanent commenting screen name or post a comment using the guest feature For either you will be asked to provide an email address but note, there is no verification.

http://www.iberianet.com/breaking_news/superceding-indictment-filed-against-ackal-savoy-and-frederick/article_c56518c8-2e8d-11e6-a455-fb1c602011f8.html

BREAKING | URGENT

# Superceding indictment filed against Ackal, Savoy and Frederick

Updated Jun 9, 2016

Iberia Parish Sheriff Louis Ackal has been charged on a superceding indictment on one count of conspiracy against rights in a 2014 incident in which a man reportedly was assaulted after he assaulted one of Ackal's relatives, according to a news release Thursday afternoon.

"The superceding indictment charges Ackal with one count of conspiracy against rights for conspiring in the spring of 2014 to assault a man who had been arrested on battery charges for allegedly assaulting one of Ackal's relatives," according to a prepared statement released today from Principal Deputy Assistant Attorney General Vanita Gupta.

The indictment also charges Lt. Gerald Savoy and Capt. Mark Frederick on the same count, as well as one count of deprivation of rights under color of law for allegedly assaulting another man, a pre-trial detainee at the Iberia Parish Jail in September of 2011, according to the statement.

Ackal and Savoy previously were indicted March 8 and charged with one count of conspiracy against rights and two counts of deprivation of rights under color of law with federal civil rights violations in connection with the beatings of five inmates at

the Iberia Parish Jail.

Nine former officers have pleaded guilty to federal conspiracy charges in plea agreements that promise no prosecution for other federal charges in exchange for their testimony at a future trial.

The nine officers are former narcotics agent David Hines, former IPJ Warden Wesley Hayes, former IPJ Assistant Warden Jesse Hayes, former Lieutenant Bret Broussard of the Narcotics Unit, former narcotics agent Wade Bergeron, former narcotics agent Jason Comeaux, former narcotics agent Byron Benjamin Lassalle and former K-9 handlers Robert Burns and Jeremy Hatley.

Hines' plea was the only one not centered at the Iberia Parish Jail. According to the plea, Hines was ordered by a "high-ranking IPSO" official who ordered him and another narcotics agent to beat a man identified in court documents as "R.T.," who had assaulted a relative of the official.

The Daily Iberian previously reported district court records show Hines' arrest of Ray Trosclair, a former roommate of Ackal's cousin Ronnie Ackal, matched the details in his plea agreement.

Gupta's statement emphasized that an indictment is an allegation, and all parties are presumed innocent until proven guilty.

If convicted, Ackal, Savoy and Frederick each face a maximum sentence of 10 years in prison for each of the civil rights violations, as well as a potential $250,000 fine for each count.

The case is being prosecuted by the FBI's Lafayette Resident Agency and prosecuted by Senior Litigation Counsel Joseph G. Jarzabek of the Western District of Louisiana and Special Litigation Counsel Mark Blumberg and Trial Attorney Tona Boyd of the Civil Rights Division's Criminal Section.

6/16/16 Case 6:16-cr-00048-DEW-PJH   Document 88-1   Filed 09/14/16   Page 110 of 189 PageID #:
Superceding indictment | News | iberianet.com
441

http://www.iberianet.com/news/superceding-indictment/article_f6f040ea-2eb8-11e6-88dd-2799cad5e30c.html

FEATURED  TOP STORY

# Superceding indictment

BY DWAYNE FATHERREE | THE DAILY IBERIAN   Jun 10, 2016



6/16/16
Case 6:16-cr-00048-DEW-PJH   Document 88-1   Filed 09/14/16   Page 111 of 189 PageID #:
1412
Superceding indictment | News | iberianet.com

Iberia Parish Sheriff Louis Ackal has been charged in a superceding indictment on one
count of conspiracy against rights in a 2014 incident in which a man reportedly was
assaulted after he assaulted one of Ackal's relatives, according to a federal indictment
released Thursday afternoon.

"The superceding indictment charges Ackal with one count of conspiracy against rights
for conspiring in the spring of 2014 to assault a man who had been arrested on battery
charges for allegedly assaulting one of Ackal's relatives," according to a prepared
statement released from Principal Deputy Assistant Attorney General Vanita Gupta.

"It's not anything that wasn't expected," Ackal said Thursday evening. "I'm just ready to
fight it. Damn, I'm ready to fight."

The Daily Iberian previously has reported 16th Judicial District Court records show the
documentation of former IPSO Narcotics Unit Deputy David Hines' arrest of Ray
Trosclair, a former roommate of Ackal's cousin Ronnie Ackal, matched the details in
Hines' plea agreement. They also match the details in Thursday's superceding
indictment.

Hines began work with the IPSO in 2010 and served in the Narcotics Unit from 2011 to
2015. In closed court, Hines pleaded guilty to one count of denial of civil rights, saying
that he was following orders from a "high-ranking official" in the Sheriff's Office on
March 14, 2014, when he found a man identified as "R.T." hiding in the bathroom of an
apartment. According to Hines' statement as part of his plea deal, the official wanted
R.T. punished because he assaulted one of the official's relatives.

Hines admitted in federal court records to using unnecessary force, kneeing R.T. in the
side and back before using his baton to beat the suspect across the backs of his legs
while he was subdued on the floor. Hines also admitted under oath that he falsified
records to justify his use of excessive force.

District court records show confirm that Hines arrested Ray Trosclair, then 40, at 5:20
p.m. March 14, 2014, at the apartment he shared with Ronnie Ackal, 79. Ronnie Ackal
had filed a complaint claiming Trosclair had assaulted him twice in previous days, one

6/16/16    Case 6:16-cr-00048-DEW-PJH    Document 88-1    Filed 09/14/16    Page 112 of 189 PageID #:
443
Superceding Indictment | News | iberianet.com

assault which required emergency treatment at Dauterive Hospital.

In his application for a temporary restraining order on the day Trosclair was arrested, Ronnie Ackal indicated that Trosclair was a friend and roommate.

In booking documents from the incident, Hines alleges Trosclair was arrested as part of a narcotics investigation. However, Trosclair was not charged on drug counts, but instead with two counts of second-degree battery, battery on a police officer, resisting an officer by force and remaining where forbidden. He was held in the Iberia Parish Jail on $43,500 bond until Feb. 13, 2015, when he pleaded guilty to one count of second-degree battery and was sentenced to time served — 11 months.

Hines' plea was the first document showing that the DOJ investigation of the IPSO had expanded beyond the Iberia Parish Jail.

Thursday's indictment also charges Lt. Gerald Savoy and Capt. Mark Frederick on the same conspiracy count, as well as one count of deprivation of rights under color of law for allegedly assaulting another man, a pre-trial detainee at the Iberia Parish Jail in September of 2011.

Ackal and Savoy were initially indicted March 8 and charged with one count of conspiracy against rights and two counts of deprivation of rights under color of law with federal civil rights violations in connection with the beatings of five inmates at the Iberia Parish Jail.

Nine former officers have pleaded guilty to federal conspiracy charges in plea agreements that promise no prosecution for other federal charges in exchange for their testimony at a future trial.

The nine officers are Hines, former IPJ Warden Wesley Hayes, former IPJ Assistant Warden Jesse Hayes, former Lieutenant Bret Broussard of the Narcotics Unit, former narcotics agent Wade Bergeron, former narcotics agent Jason Comeaux, former narcotics agent Byron Benjamin Lassalle and former K-9 handlers Robert Burns and Jeremy Hatley.

Gupta's statement emphasized that an indictment is an allegation, and all parties are presumed innocent until proven guilty.

If convicted, Ackal, Savoy and Frederick each face a maximum sentence of 10 years in prison for each of the civil rights violations, as well as a potential $250,000 fine for each count.

The case is being prosecuted by the FBI's Lafayette Resident Agency and prosecuted by Senior Litigation Counsel Joseph G. Jarzabek of the Western District of Louisiana and Special Litigation Counsel Mark Blumberg and Trial Attorney Tona Boyd of the Civil Rights Division's Criminal Section.

**Welcome to the discussion.**

**Please Note:**

- Comments are not verified for accuracy, nor are the identities of users verified, so consider this as you weigh statements or opinions offered.
- Comments will not be posted if they don't show a reasonable attempt to follow basic rules of grammar and punctuation. Text message type abbreviations should be avoided.
- Comments should be civil. You can say someone's ideas are stupid but not say another poster is stupid.
- Comments are reviewed prior to posting by the editors of The Daily Iberian. If you have questions, email news@daily-iberian.com.
- Set up a user name and permanent commenting screen name or post a comment using the guest feature For either you will be asked to provide an email address but note, there is no verification.

June 16, 2016

http://www.iberianet.com/breaking_news/trial-date-set-for-ackal-savoy-frederick/article_c8577750-33ed-11e6-b320-3378aac8e539.html

BREAKING

# Trial date set for Ackal, Savoy, Frederick

BY DWAYNE FATHERREE | THE DAILY IBERIAN   Updated 3 hrs ago



The Daily Iberian files

In this file photo, Iberia Parish Sheriff Louis Ackal leaves the U.S. District Courthouse in Lafayette on March 9 flanked attorneys, Richard Haik, left, and Michael Skinner, right. U.S. District Court Magistrate Judge Patrick Hanna signed an c Ackal, Lt. Col. Gerald Savoy and Capt. Mark Frederick's trial date on federal civil rights charges for Oct. 31.

A court date has been set for the trial of Iberia Parish Sheriff Louis Ackal and two of his subordinates on federal conspiracy and deprivation of rights charges.

According to documents made public today, U.S. District Magistrate Judge Patrick Hanna has set Halloween -- Oct. 31 -- as the trial date.

The trial was initially set to start on June 6, but was reset when prosecutors with the U.S. Department of Justice requested more time to prepare a superceding indictment, which was issued last week. It levelled another charge of conspiracy against Ackal, and an additional charge of deprivation of civil rights against Sheriff's Lt. Col. Gerald Savoy. It also added a charge of deprivation of civil rights against Sheriff's Capt. Mark Frederick.

So far, Ackal faces two counts of conspiracy and two counts of deprivation of rights. Savoy faces two counts of deprivation of rights and one count of conspiracy. Frederick faces one count of deprivation of rights.

A hearing on motions is scheduled for July 11.

Nine former deputies have pleaded guilty to federal conspiracy charges in plea agreements that promise no prosecution for other federal charges in exchange for their testimony at a future trial.

The nine officers are former Deputy David Hines, former IPJ Warden Wesley Hayes, former IPJ Assistant Warden Jesse Hayes, former Lieutenant Bret Broussard of the Narcotics Unit, former narcotics agent Wade Bergeron, former narcotics agent Jason Comeaux, former narcotics Capt. Byron Benjamin Lassalle and former K-9 handlers Robert Burns and Jeremy Hatley.

If convicted, Ackal, Savoy and Frederick each face a maximum sentence of 10 years in prison for each of the civil rights violations, as well as a potential $250,000 fine for each count.

*June 16, 2016*

http://www.iberianet.com/news/not-guilty-ackal-pleads/article_deaa8bb0-336a-11e6-a794-2326007bfe39.html

FEATURED    TOP STORY

# Not guilty, Ackal pleads

BY DWAYNE FATHERREE | THE DAILY IBERIAN    11 hrs ago



Iberia Parish Sheriff Louis Ackal and two of his subordinates pleaded not guilty to the latest round of conspiracy and civil rights charges in U.S. District Court in Lafayette Wednesday afternoon as the latest step in an ongoing federal investigation of the Iberia Parish Sheriff's Office.

Ackal was indicted June 9 in a superseding indictment on an additional conspiracy charge. Sheriff's Lt. Col. Gerald Savoy and former Sheriff's Capt. Mark Fredericks also faced charges of deprivation of civil rights in the same indictment for allegedly assaulting another man at the Iberia Parish Jail in September, 2011.

Ackal and Savoy were initially indicted March 8 and charged with one count of conspiracy against rights and two counts of deprivation of rights under color of law with federal civil rights violations in connection with the beatings of five inmates at the Iberia Parish Jail. Both Ackal and Savoy pleaded not guilty to those charges.

Attorneys for all three men — former U.S. District Judge Richard Haik for Ackal, Lafayette lawyer Randal McCann for Savoy and Lake Charles attorney Frank Granger for Fredericks — entered not guilty pleas on their clients' behalf to the latest charges.

All three were released on their own recognizance on the condition that they not be allowed to carry guns.

"I'm ready to go to court," Ackal said after leaving court Wednesday afternoon. "I'm just ready for the fight."

When reached Wednesday afternoon, Haik said he did not have any comment on the cases.

The latest charges in the ongoing probe of the IPSO center on events the Daily Iberian reported from 16th Judicial District Court records back in March. Those records include documentation of former IPSO Narcotics Unit Deputy David Hines' arrest of Ray Trosclair, a former roommate of Ackal's cousin Ronnie Ackal. Details of that arrest match the details both in Hines' plea agreement and in Thursday's superseding indictment. The indictment also states that former IPSO narcotics officer Byron Benjamin Lassalle, who has also entered a plea agreement as part of the DOJ investigation, worked the arrest with Hines.

Hines' plea, which he entered in exchange for sentencing consideration and amnesty from prosecution on any subsequent federal charges, was the first document showing that the DOJ investigation of the IPSO had expanded beyond the Iberia Parish Jail.

In closed court, Hines pleaded guilty to one count of denial of civil rights, saying that he was following orders from a "high-ranking official" in the Sheriff's Office on March 14, 2014, when he found a man identified as "R.T." hiding in the bathroom of an apartment. According to Hines' statement as part of his plea deal, the official wanted R.T. punished because he assaulted one of the official's relatives.

Hines admitted in federal court records to using unnecessary force, kneeing R.T. in the side and back before using his baton to beat the suspect across the backs of his legs while he was subdued on the floor. Hines also admitted under oath that he falsified records to justify his use of excessive force.

District court records confirm that Hines arrested Ray Trosclair, then 40, at 5:20 p.m. March 14, 2014, at the apartment he shared with Ronnie Ackal, 79. Ronnie Ackal had filed a complaint claiming Trosclair had assaulted him twice in previous days, and that emergency treatment was required at Dauterive Hospital following one assault.

In his application for a temporary restraining order on the day Trosclair was arrested, Ronnie Ackal indicated that Trosclair was a friend and roommate.

According to the latest indictment, Ackal and Savoy visited the Iberia Parish Jail during the first week Trosclair was incarcerated and had the jail staff bring him to the administrative area of the jail. According to the indictment, Savoy then told the jail staff to "get lost."

The June 9 indictment continues, stating that Savoy, in Ackal's presence, twisted R.T.'s arm and told him, "I ought to break your f---ing arm like you did (Ackal's relative)." The indictment also says Ackal, while Savoy was in the room, yelled "You want to f--- with my family?" at R.T.

Unlike previous incidents, this did not occur in the parish jail's chapel, which according to previous testimony was the only area of the jail without video surveillance.

In booking documents from the incident, Hines alleges Trosclair was arrested as part of a narcotics investigation. However, Trosclair was not charged on drug counts, but instead with two counts of second-degree battery, battery on a police officer, resisting an officer by force and remaining where forbidden. He was held in the Iberia Parish Jail on $43,500 bond until Feb. 13, 2015, when he pleaded guilty to one count of second-degree battery and was sentenced to time served — 11 months.

Nine former deputies have pleaded guilty to federal conspiracy charges in plea agreements that promise no prosecution for other federal charges in exchange for their testimony at a future trial.

The nine officers are Hines, former IPJ Warden Wesley Hayes, former IPJ Assistant Warden Jesse Hayes, former Lieutenant Bret Broussard of the Narcotics Unit, former narcotics agent Wade Bergeron, former narcotics agent Jason Comeaux, Lassalle and former K-9 handlers Robert Burns and Jeremy Hatley.

If convicted, Ackal, Savoy and Frederick each face a maximum sentence of 10 years in prison for each of the civil rights violations, as well as a potential $250,000 fine for each count.

**Welcome to the discussion.**

**Please Note:**
- Comments are not verified for accuracy, nor are the identities of users verified, so consider this as you weigh statements or opinions offered.
- Comments will not be posted if they don't show a reasonable attempt to follow basic rules of grammar and punctuation. Text message type abbreviations should be avoided.
- Comments should be civil. You can say someone's ideas are stupid but not say another poster is stupid.
- Comments are reviewed prior to posting by the editors of The Daily Iberian. If you have questions, email news@daily-iberian.com.
- Set up a user name and permanent commenting screen name or post a comment using the guest feature For either you will be asked to provide an email address but note, there is no



http://www.iberianet.com/news/trial-date-for-ackal-others-oct/article_1fe1d4aa-3436-11e6-a8df-c78734d0729d.html

# Trial date for Ackal, others Oct. 31

BY DWAYNE FATHERREE | THE DAILY IBERIAN

Jun 17, 2016



A court date has been set for the trial of Iberia Parish Sheriff Louis Ackal and two of his subordinates on federal conspiracy and deprivation of rights charges.

According to documents made public today, U.S. District Magistrate Judge Patrick Hanna has set Halloween —Oct. 31 — as the trial date.

The trial was initially set to start on June 6, but was reset when prosecutors with the U.S. Department of Justice requested more time to prepare a superseding indictment, which was issued last week. It leveled another charge of conspiracy

against Ackal, and an additional charge of deprivation of civil rights against Sheriff's Lt. Col. Gerald Savoy. It also added a charge of deprivation of civil rights against Sheriff's Capt. Mark Frederick.

So far, Ackal faces two counts of conspiracy and two counts of deprivation of rights. Savoy faces two counts of deprivation of rights and one count of conspiracy. Frederick faces one count of deprivation of rights.

A hearing on motions is scheduled for July 11.

Nine former deputies have pleaded guilty to federal conspiracy charges in plea agreements that promise no prosecution for other federal charges in exchange for their testimony at a future trial.

The nine officers are former Deputy David Hines, former IPJ Warden Wesley Hayes, former IPJ Assistant Warden Jesse Hayes, former Lt. Bret Broussard of the Narcotics Unit, former narcotics agent Wade Bergeron, former narcotics agent Jason Comeaux, former narcotics Capt. Byron Benjamin Lassalle and former K-9 handlers Robert Burns and Jeremy Hatley.

If convicted, Ackal, Savoy and Frederick each face a maximum sentence of 10 years in prison for each of the civil rights violations, as well as a potential $250,000 fine for each count.



New Iberia, Louisiana

http://www.iberianet.com/news/ackal-recording-may-prompt-limits/article_b1a94336-3e73-11e6-a169-aba1e66af2f9.html

# Ackal recording may prompt limits

- BY DWAYNE FATHERREE | THE DAILY IBERIAN
- Jun 30, 2016



Federal prosecutors are asking a U.S. District judge to place more limits on Iberia Parish Sheriff Louis Ackal's freedom as he awaits trial on civil rights charges after a tape recording of Ackal cursing and threatening to shoot a Department of Justice Civil Rights Division counsel "right between the eyes" surfaced in April.

According to the motion filed Wednesday in U.S. District Court in Lafayette, the tape was made March 14 and given to the government in late April from an

"unsolicited informant." It took more than a month for the government to conduct a "taint" review to remove any privileged information from the recording.

In the motion, prosecutors contend Ackal made threats against Mark Blumberg, a prosecutor assigned to his case. Blumberg is the Special Litigation Counsel assigned to the Civil Rights Division in Washington, D.C.

Ackal met with Blumberg prior to his initial indictment May 9, according to the court record. In the excerpt included from the recording, Ackal is heard referring to the meeting, although the motion states the government "does not agree with Mr. Ackal's characterization of that meeting."

The transcript reads as follows:

**Ackal:** And this sorry son of a b–- Jew bastard in Washington, saying he is going to send me to a federal pen. I can assure you that you probably have good attorneys — [phone ringing; unrelated discussion].

**Unidentified Person:** He said he was gonna put you in federal pen, prison?

**Ackal:** Yeah. He said you gonna have good — You have two great attorneys, right here, a federal judge, retired; former U.S. Attorney, probably have more; a courtroom will be full of computers, and it'll last two or three months, but it will all be for naught, Sheriff, because I'm gonna put you in prison. And I wanted to — and I just sat there said, don't move, don't move your face, don't wince. Don't do anything, just sit here and be — don't say a word. And that's when I told, ah, and he told me ah, you can help the government. You know about these people, you can give them to us. I said the only thing I'm gonna give you — f–ing shoot you right between your g— d–ed Jewish eyes, look like opossum bastard.

Calls and messages to Ackal for comment on the motion Wednesday afternoon were not returned immediately.

Ackal's new attorney, John S. McLindon, said that copies of the audio had not yet
been provided to him.

"We have not yet received copies of the recordings," McLindon said, "so I do not
even know if it is Sheriff Ackal on the tape. What I am most curious to find out is
who made this recording and who sent this person to record the conversation.
When we have a hearing on this motion, that will become clear."

Previously, Ackal was released on his own recognizance, with the only major
condition of his release being he could not possess a firearm. Additional terms
being requested in the motion, or to be brought up if a hearing is held, include
that Ackal:

• Will be supervised by a pretrial services officer and report on a regular basis to
that officer.

• Will not commit a federal, state or local crime during the period of release.

• Will not possess a firearm, destructive device or any other weapon and will
avoid locations where he would have ready access to a weapon.

• Will be subject to unannounced inspection of his house, person, vehicle or
office to ensure that he does not possess a weapon.

• Will avoid all contact with alleged victims of the crime and with potential
witnesses who may testify concerning the offense.

• Will refrain from the excessive use of alcohol.

Ackal, Lt. Col. Gerald Savoy and Capt. Mark Frederick entered not guilty pleas
June 15 to conspiracy and civil rights charges in U.S. District Court in Lafayette
as part of an ongoing federal investigation of the IPSO.

Ackal was indicted June 9 in a superseding indictment on an additional conspiracy charge. Savoy and Frederick also faced charges of deprivation of civil rights in the same indictment for allegedly assaulting another man at the Iberia Parish Jail in September, 2011.

Ackal and Savoy initially were indicted March 8 and charged with one count of conspiracy against rights and two counts of deprivation of rights under color of law with federal civil rights violations in connection with the beatings of five inmates at the Iberia Parish Jail. Both Ackal and Savoy pleaded not guilty to those charges.

Nine former deputies have pleaded guilty to federal conspiracy charges in plea agreements that promise no prosecution for other federal charges in exchange for their testimony at a future trial.



The Daily Iberian
New Iberia, Louisiana

http://www.iberianet.com/news/man-starts-petition-to-remove-ackal-from-office/article_ade6451a-40d4-11e6-9fb1-5319180c7505.html

# Man starts petition to remove Ackal from office

BY DWAYNE FATHERREE | THE DAILY IBERIAN

Jul 3, 2016



Dwayne Fatherree / The Daily Iberian

Donald Broussard, who helped organize a rally against Iberia Parish Sheriff Louis Ackal in April, has filed a petition with the Louisiana Secretary of State's office to force a recall election in hopes of removing Ackal from office.

A New Iberia man says he has registered a recall petition with the Louisiana Secretary of State's office against Iberia Parish Sheriff Louis Ackal in hopes of having the third-term sheriff removed from office.

Donald Broussard, who helped to organize the rally and voter registration drive against Ackal on the Iberia Courthouse grounds in April, says he is confident he will gather the signatures of more than 15,000 voters registered in Iberia Parish to force the recall election.

"I have people calling me up, asking where to sign," Broussard said Friday evening. "They're blowing my inbox up asking how to get involved. There's a lot of disgruntled residents, more than he (Ackal) thinks."

Broussard showed up at the Iberia Parish Courthouse Friday morning to ask Ackal to sign his petition, but the sheriff was not in. Chief Deputy Richard Hazelwood spoke to him and asked to leave the office.

"We had a civil, respectful conversation," Broussard said. "He said we could not hold a public event in the office, so we moved out into the hallway."

Video of the encounter is posted on Broussard's Facebook page.

Calls to Ackal seeking comment were not answered, but his attorney says the sheriff has not yet seen the petition.

"We were not aware of it," John S. McLindon, who is representing Ackal in his civil rights case, said Saturday. "I think people should be patient and let the judicial process work. They may be surprised when this is all said and done."

Ackal, Lt. Col. Gerald Savoy and Capt. Mark Frederick entered not guilty pleas June 15 to conspiracy and civil rights charges in U.S. District Court in Lafayette as part of an ongoing federal investigation of the IPSO.

Ackal was indicted June 9 in a superseding indictment on an additional conspiracy charge. Savoy and Frederick also faced charges of deprivation of civil

rights in the same indictment for allegedly assaulting another man at the Iberia Parish Jail in September, 2011.

Broussard says he has family who serve in law enforcement and he supports them, as well as all officers who put their lives on the line to serve the community.

"I don't have anything against the sheriff personally," Broussard said. "I can understand having one or two of your officers who will speak against you, but nine? Come on, man. The feds are still digging. They're finding more bones and more skeletons. They are going to continue until that grave site is unearthed."

Broussard also said he was disturbed over the number of deaths that have occurred while prisoners and arrestees have been in IPSO custody, not only during Ackal's tenure but in previous administrations as well..

"This is not anything new," Broussard said. "You've had nine inmate deaths over 10 year period. If it had been me, I would just count my losses and saved my family the pain of going through all the rhetoric and issues in the community. I would save my family the pain and embarrassment of having my name drug through the mud."

Currently, Ackal, Savoy and Frederick are scheduled to go to trial Oct. 31.



New Iberia, Louisiana

http://www.iberianet.com/news/ackal-recording-taken-out-of-context/article_b0998a7c-4a3b-11e6-826e-77cf0ae97867.html

# Ackal: Recording taken out of context

## Sheriff 'spoke in the heat of the moment'

○ BY DWAYNE FATHERREE | THE DAILY IBERIAN

○ Jul 15, 2016

In a document filed Wednesday, Iberia Parish Sheriff Louis Ackal said a recording of him allegedly making a threat against U.S. Department of Justice counsel Mark Blumberg was taken out of context and that the release of that recording should not affect the terms of his freedom while awaiting trial on federal civil rights charges.

In the memo opposing the government's motion, Ackal's lawyer, John S. McLindon of Baton Rouge, said the few sentences of the several recordings in the Department of Justice's possession do not constitute grounds for having Ackal report to a pre-trial officer or to have inspections of his home, person, office and vehicles. Under his current conditions of release, the only restriction is that Ackal not possess or have access to a firearm.

"Mr. Ackal's remarks about shooting a U.S. Attorney are not credible nor believable, and were said in a fit of anger," McLindon wrote. "Moreover, as noted above, he is not even allowed to possess a firearm."

McLindon said in the filing he had received only one recording although prosecutors said there are other recordings, one nearly a half-hour long, which do not contain any information relevant to Ackal's release. Ackal said he was able to hear the recording Wednesday.

"I listened to the tape," the sheriff said. "I was shocked and very disappointed."

McClindon wrote that to take the recording as a serious threat would be ludicrous.

"(W)hen the few sentences made by Sheriff Ackal are put in context, it is clear that Sheriff Ackal is not a danger to anyone in the community," the memo reads. "It is also clear that these were said while he was angry and upset. There has never been any real threat to any U.S. Attorney or any other person."

Ackal agreed with his lawyer's assessment on Thursday.

"I was extremely angry," Ackal said. "After listening to him (Blumberg) for three hours, I was upset. He was saying he was going to put me in prison, after 50 years of service."

Ackal said he had been "wound up" prior to the remarks and that the person doing the recording purposely led him to that point.

"That was not called for," Ackal said. "I was in the privacy of my office. It was a dirty trick. It (the threat of prison time) was brought up to inflame me."

According to the motion filed June 29, the recording of Ackal cursing and threatening Blumberg surfaced in April. Ackal met with Blumberg prior to his grand jury indictment on March 9, according to the court record.

The recording cited in the prosecution's motion was made March 14. In the excerpt included in the government's motion, Ackal is recorded as saying "I said the only thing I'm gonna give you – f***ing shoot you right between your god****ed Jewish eyes, look like opossum bastard."

Ackal said that, although he did make the statements attributed to him in the court record, he spoke them in the heat of the moment, not as a threat.

"I did say ugly things," Ackal said. "But I am not a bigot. That is not true. I just got mad."

Ackal, Lt. Col. Gerald Savoy and Capt. Mark Frederick entered not guilty pleas June 15 to conspiracy and civil rights charges in U.S. District Court in Lafayette as part of an ongoing federal investigation of the IPSO, including claims of abuse and mistreatment of five inmates at the Iberia Parish Jail.

Ackal was indicted June 9 in a superseding indictment on an additional conspiracy charge. Savoy and Frederick also faced charges of deprivation of civil rights in the same indictment for allegedly assaulting another man at the Iberia Parish Jail in September 2011.

Ackal and Savoy initially were indicted March 8 and charged with one count of conspiracy against rights and two counts of deprivation of rights under color of law with federal civil rights violations in connection with the beatings of five inmates at the Iberia Parish Jail. Both Ackal and Savoy pleaded not guilty to those charges.

Nine former deputies have pleaded guilty to federal conspiracy charges in plea agreements that promise no prosecution for other federal charges in exchange for their testimony at a future trial.



**The Daily Iberian**
New Iberia, Louisiana

http://www.iberianet.com/news/ackal-hearing-friday/article_aa4801aa-52db-11e6-813e-fb47a51e8f7d.html

# Ackal hearing Friday

## Will determine whether Iberia Parish sheriff can carry a weapon, among other terms, while awaiting his trial.

BY DWAYNE FATHERREE | THE DAILY IBERIAN

Jul 26, 2016

A U.S. District Court magistrate judge in Lafayette scheduled a hearing for Friday afternoon to determine whether to change the terms of Iberia Parish Sheriff Louis Ackal's pretrial release while awaiting trial on federal civil rights charges.

Lawyers for both sides have filed motions and memos on the issue, with government prosecutors seeking much tighter restrictions on Ackal after audio recordings were made public of the sheriff saying he would "f***ing shoot (U.S. Department of Justice Counsel for Special Litigation Mark Blumberg) right between your god-d***ed Jewish eyes, look like opossum bastard".

The hearing will be held at 1:30 p.m. at the U.S. District Courthouse in Lafayette in front of U.S. District Magistrate Judge Patrick J. Hanna.

The government asked in its motion that several conditions be added to Ackal's pretrial release requirements, including that he be supervised by a pretrial services officer and report on a regularbasis to that officer; not commit a federal, state or local crime during the period of release; not possess a firearm, destructive device or any other weapon and will avoid locations where he would have ready access to a weapon; be subject to unannounced inspection of his house, person, vehicle or office to ensure that he does not possess a weapon; avoid all contact with alleged victims of the crime and with potential witnesses who may testify concerning the offense; and refrain from the excessive use of alcohol.

Ackal's attorney, John S. McLindon of Baton Rouge, has filed two memoranda in opposition to the government's motion. The first memorandum states that the additional restrictions are unnecessary because the statements Ackal made were taken out of context, recorded surreptitiously in the sheriff's home after the party making the recording goaded Ackal into making outlandish statements.

"(W)hen the few sentences made by Sheriff Ackal are put in context, it is clear that Sheriff Ackal is not a danger to anyone in the community," McLindon wrote in the memo. "It is also clear that these were said while he was angry and upset. There has never been any real threat to any U.S. Attorney or any other person."

In his second memorandum, McLindon requests the judge rescind the prohibition on firearms for Ackal, citing recent police shootings in Baton Rouge and Dallas, as well as a threat, which was not carried out, against an Iberia Parish Sheriff's Office deputy.

"I'm the sheriff," Ackal said regarding the ban on firearms. "I am around people every day who carry guns. I am surrounded by guns. But I can't carry a gun. It's almost insanity to say that I am going to shoot someone."

Ackal, Lt. Col. Gerald Savoy and Capt. Mark Frederick entered not guilty pleas June 15 to conspiracy and civil rights charges in U.S. District Court in Lafayette as part of an ongoing federal investigation of the IPSO, including claims of abuse and mistreatment of five inmates at the Iberia Parish Jail.

Ackal was indicted June 9 in a superseding indictment on an additional conspiracy charge. Savoy and Frederick also faced charges of deprivation of civil rights in the same indictment for allegedly assaulting another man at the Iberia Parish Jail in September 2011.

Ackal and Savoy initially were indicted March 8 and charged with one count of conspiracy against rights and two counts of deprivation of rights under color of law with federal civil rights violations in connection with the beatings of five inmates at the Iberia Parish Jail. Both Ackal and Savoy pleaded not guilty to those charges.

Nine former deputies have pleaded guilty to federal conspiracy charges in plea agreements that promise no prosecution for other federal charges in exchange for their testimony at trial.

A trial date has been set for Oct. 31.



http://www.iberianet.com/news/judge-supervised-release-but-no-gun-for-ackal/article_714f43a0-55d2-11e6-8d12-67dec285c8d4.html

# Judge: Supervised release, but no gun for Ackal

○ DWAYNE FATHERREE | THE DAILY IBERIAN

○ Jul 29, 2016



Contributed photo|Brad Kemp

Iberia Parish Sheriff Louis Ackal, center, and IPSO Chief Deputy Richard Hazelwood, right, arrive at the John Shaw Federal Court House Friday, July 29, 2016 in Lafayette. Ackal was denied reinstatement of his firearm privileges, which have been revoked since he first pleaded not guilty to federal charges of conspiracy and deprivation of civil rights in March.

A U.S. District Court magistrate judge denied a motion Friday asking that Iberia Parish Sheriff Louis Ackal be allowed to carry a firearm and imposed a new condition that Ackal report to a pretrial supervision officer while awaiting his trial.

Lawyers for both sides filed motions and memos regarding the stipulations of Ackal's pretrial release, with government prosecutors seeking much tighter restrictions on Ackal after audio recordings  were made public of the sheriff saying he would "f***ing shoot (U.S. Department of Justice Counsel for Special Litigation Mark Blumberg) right between your god-d***ed Jewish eyes, look like opossum bastard."

U.S. District Magistrate Judge Patrick Hanna granted much of what the government asked for, including that Ackal report Monday to a pretrial supervision officer. The only parts of the government's request that were not granted were that Ackal be subject to random inspections of his home, office and vehicle for firearms, that he be forbidden to have any other types of weapons, and that he refrain from excessive use of alcohol.

The government wants to modify the conditions of release to include some things the court will do, and add some other things the court will not do," Hanna said.

The government asked in its motion that Ackal be supervised by a pretrial services officer and report on a regular basis to that officer; not commit a federal, state or local crime during the period of release; not possess a firearm, destructive device or any other weapon and will avoid locations where he would have ready access to a weapon; be subject to unannounced inspection of his house, person, vehicle or office to ensure that he does not possess a weapon; avoid all contact with alleged victims of the crime and with potential witnesses who may testify concerning the offense; and refrain from the excessive use of alcohol.

In a separate request, Ackal's lawyer, John S. McLindon of Baton Rouge, asked that the sheriff be allowed to carry a firearm. In denying that request, Hanna said that he realizes that this is "a time in history" where threats against law enforcement officers are being carried out, but the prohibition against Ackal having a firearm is a federal law, not a condition Hanna had set.

"That is a rule of Congress, not a rule of the court," he said.

McLindon said that although that request was denied, he was not surprised with the judge's rulings.

"The prohibition against carrying a firearm has been a condition of his release since day one," McLindon said. "If not for what happened in Baton Rouge, I would not have filed that."

Hanna went into very specific detail of what the new conditions of release entailed, including that Ackal not possess or transport and guns or ammunition at any time. He also detailed several other usually understood portions of the pretrial release conditions, such as that Ackal could not violate any federal, state or local laws while out pending trial and that he could not try to influence any officer of the court, tamper with any witnesses or evidence or threaten any witness.

"Now you know the conditions of your release," Hanna said. "If you don't want to end up in the St. Martin Parish Jail, you will abide by them"

Ackal, Lt. Col. Gerald Savoy and Capt. Mark Frederick entered not guilty pleas June 15 to conspiracy and civil rights charges in U.S. District Court in Lafayette as part of an ongoing federal investigation of the IPSO, including claims of abuse and mistreatment of five inmates at the Iberia Parish Jail.

Ackal was indicted June 9 in a superseding indictment on an additional conspiracy charge. Savoy and Frederick also faced charges of deprivation of civil rights in the same indictment for allegedly assaulting another man at the Iberia Parish Jail in September 2011.

Ackal and Savoy initially were indicted March 8 and charged with one count of conspiracy against rights and two counts of deprivation of rights under color of law with federal civil rights violations in connection with the beatings of five inmates at the Iberia Parish Jail. Both Ackal and Savoy pleaded not guilty to those charges.

Nine former deputies have pleaded guilty to federal conspiracy charges in plea agreements that promise no prosecution for other federal charges in exchange for their testimony at trial.

A trial date has been set for Oct. 31.



New Iberia, Louisiana

http://www.iberianet.com/news/warrants-executed-at-courthouse/article_1bf62bda-585c-11e6-bfb9-b7b6d2623248.html

# Warrants executed at courthouse

BY DWAYNE FATHERREE | THE DAILY IBERIAN

Aug 2, 2016



Federal Bureau of Investigation agents executed search warrants at the Iberia Parish Courthouse to get copies of video surveillance tapes from cameras covering the building's parking lot after an informant said Iberia Parish Sheriff Louis Ackal had employees attempt to put a location tracking device on their vehicle.

According to Iberia Parish President Larry Richard, FBI agents served a warrant for "any and all" of the parish's video data on Friday. Ackal said agents visited his office with a second warrant for data from his camera system Monday.

"There were 10 FBI agents with a search warrant," Ackal said Monday afternoon. "I asked them what they wanted, and they said they had a search warrant for our video surveillance system. I told them, 'You don't need to come in here with a search warrant and a dozen agents. Just ask.'

The search warrants come on the heels of Friday's motion hearing in Ackal's federal civil rights case, during which U.S. District Magistrate Judge Patrice Hanna told Ackal any attempt to influence witnesses, or tamper with evidence, would result in a revocation of his pretrial release and land him in the St. Martin Parish Jail.

Iberia Parish information technology workers who assisted the FBI in retrieving records Friday said the agents were specifically interested in video from July 25, when Ackal said he saw someone on his office's surveillance system walking around his truck in the courthouse parking lot.

"Last Monday (July 25), around 1:30 I was talking with a deputy in my office and I saw someone walking around my truck," Ackal said. "I asked the Chief Deputy (Richard Hazelwood) to walk down there and check it out. When he got there, nobody was there."

Ackal said he learned an informant working in his office had told the FBI he had a tracking device placed on the employee's vehicle, so he had a copy of the surveillance tape made to send to his lawyer before the search warrant was served.

"My boys are going up there (to Baton Rouge) to bring my video tomorrow," Ackal said.

Ackal's lawyer, John S. McLindon of Baton Rouge, said he had not been informed of the reason for the seizure of the video.

"I think I know what it is about, but we don't think that's true," McLindon said Monday. "I've been told the video does not bear that out."

Although he complied fully with the search warrant, Ackal said he was not happy about the way events transpired.

"First you took my guns away, now you are going to take my security," he said.

The ongoing investigation into the Iberia Parish Sheriff's Office, including claims of abuse and mistreatment of five inmates at the Iberia Parish Jail, so far has results in indictments against Ackal, Lt. Col. Gerald Savoy and Capt. Mark Frederick, all of whom entered not guilty pleas June 15 to conspiracy and civil rights charges in U.S. District Court in Lafayette.

Ackal was indicted June 9 in a superseding indictment on an additional conspiracy charge. Savoy and Frederick also faced charges of deprivation of civil rights in the same indictment for allegedly assaulting another man at the Iberia Parish Jail in September 2011.

Ackal and Savoy initially were indicted March 8 and charged with one count of conspiracy against rights and two counts of deprivation of rights under color of law with federal civil rights violations in connection with the beatings of five inmates at the Iberia Parish Jail. Both Ackal and Savoy pleaded not guilty to those charges.

Nine former deputies have pleaded guilty to federal conspiracy charges in plea agreements that promise no prosecution for other federal charges in exchange for their testimony at trial.

A trial date has been set for Oct. 31.



http://www.iberianet.com/news/taking-a-look-at-video-servers-seized/article_a0b35760-5c55-11e6-a43b-33efc0232360.html

# Taking a look at video servers seized

BY DWAYNE FATHERREE | THE DAILY IBERIAN

Aug 7, 2016



The lawyer representing Iberia Parish Sheriff Louis Ackal in the government's case against the sheriff on federal civil rights violation and conspiracy charges said last week's seizure of video surveillance servers from the Iberia Parish courthouse showed "someone is being less than honest" in providing information to federal investigators.

According to the subpoena Federal Bureau of Investigation agents issued to the Iberia Parish Government for its video server, investigators were seeking "any and all video" covering the time period from 8 a.m. to 5 p.m. on July 25. A request for the subpoena for the Iberia Parish Sheriff's Office video server was denied because of the ongoing investigation.

Ackal said last week he learned an informant working in his office told the FBI he had a tracking device placed on the employee's vehicle, so he had a copy of the surveillance video made of the footage on his office's server to send to his lawyer before the search warrant was served.

Federal agents returned the video servers Wednesday. Ackal's lawyer, John S. McLindon of Baton Rouge, said the video he reviewed, however, did not show any of the activity that federal authorities told McLindon they were seeking.

"I've not heard anything (from the FBI), but I have watched the video," Ackal said Thursday night. "It was pretty much what I predicted, much ado about nothing. Somebody is being less than honest. I watched it and it did not show what I was told it was supposed to show."

Department of Justice employees, including the attorneys prosecuting the case against employees of the Iberia Parish Sheriff's Office, are forbidden by DOJ policy from commenting or providing any statement that could influence a pending trial. McLindon, however, said the lack of any videoevidence to corroborate the informant's claims to the FBI constitutes a violation of federal law. "I think they should investigate that," McLindon said. "I think that someone needs to be charged with lying to the FBI."

According to United States Code Title 18:1001, any person who makes any materially false, fictitious, or fraudulent statement or representation to a federal agent could be subject to fines and possible sentenced to prison for up to five years.

The ongoing investigation into the Iberia Parish Sheriff's Office, including claims of abuse and mistreatment of five inmates at the Iberia Parish Jail, so far has resulted in indictments against Ackal, Lt. Col. Gerald Savoy and Capt. Mark Frederick, all of whom entered not guilty pleas June 15 to conspiracy and civil rights charges in U.S. District Court in Lafayette.

Ackal was indicted June 9 in a superseding indictment on an additional conspiracy charge. Savoy and Frederick also faced charges of deprivation of civil rights in the same indictment for allegedly assaulting another man at the Iberia Parish Jail in September 2011.

Ackal and Savoy initially were indicted March 8 and charged with one count of conspiracy against rights and two counts of deprivation of rights under color of law with federal civil rights violations in connection with the beatings of five inmates at the Iberia Parish Jail. Both Ackal and Savoy pleaded not guilty to those charges.

Nine former deputies have pleaded guilty to federal conspiracy charges in plea agreements that promise no prosecution for other federal charges in exchange for their testimony at trial.

A trial date has been set for Oct. 31.



http://www.iberianet.com/news/ipso-case/article_d5257e7c-64f9-11e6-85be-5b4b28b48e73.html

# IPSO case

## Lawyer wants trial date moved back from Oct. 31

BY DWAYNE FATHERREE | THE DAILY IBERIAN

Aug 18, 2016

A lawyer representing former Iberia Parish Sheriff's Office Capt. Mark Frederick has filed documents to make sure his client's trial is held in Lafayette and to move the date of that trial back until he has time to go through more than 30,000 pages of evidence provided him by federal prosecutors.

Lake Charles attorney Frank Granger filed the motions last week in U.S. Court for the Western District of Louisiana in Lafayette. The memorandum in support of the venue change largely echoes one previously filed on behalf of Iberia Parish Sheriff Louis Ackal, which sought to clarify the trial was not to be held in Shreveport, as some court documents indicated. It also cites Frederick's health concerns, noting he is a cancer survivor who is currently in remission.

In his motion to push back the trial date, Granger said the amount of evidence already made available, along with the expected release of the testimony from grand jury proceedings in the coming weeks, would make it impossible for him to present a defense before the scheduled start date Oct. 31.

Granger said counsel for Ackal and IPSO Lt. Col. Gerald Savoy have no issues with the continuance, but federal prosecutors were resisting the request.

"(U.S. Attorney Joseph) Jarzabek, on behalf of the government, responded: "we are not in a position to join in your motions. I will file a brief response after you file your motion(s)."

A call to Jarzabek Wednesday afternoon for comment was not returned.

The ongoing investigation into the IPSO, including claims of abuse and mistreatment of five inmates at the Iberia Parish Jail, so far has resulted in indictments against Ackal, Savoy and Frederick, all of whom entered not guilty pleas June 15 to conspiracy and civil rights charges in U.S. District Court in Lafayette.

Ackal was indicted June 9 in a superseding indictment on an additional conspiracy charge. Savoy and Frederick also faced charges of deprivation of civil rights in the same indictment for allegedly assaulting another man at the Iberia Parish Jail in September 2011.

Ackal and Savoy initially were indicted March 8 and charged with one count of conspiracy against rights and two counts of deprivation of rights under color of law with federal civil rights violations in connection with the beatings of five inmates at the Iberia Parish Jail. Both Ackal and Savoy pleaded not guilty to those charges.

Nine former deputies have pleaded guilty to federal conspiracy charges in plea agreements that promise no prosecution for other federal charges in exchange for their testimony at trial.



New Iberia, Louisiana

http://www.iberianet.com/news/judge-denies-request-for-extension/article_200e6556-69a6-11e6-b853-d7c93b8f7b5e.html

POPULAR TOP STORY

# Judge denies request for extension

## Government wanted to reset hearing dates in Ackal's trial

BY DWAYNE FATHERREE | THE DAILY IBERIAN

9 hrs ago ( printed Aug. 24, 2016 3:23 pm)

U.S. District Court Judge Donald E. Walter has denied a government motion seeking to reset all hearing dates leading up to the trial for Iberia Parish Sheriff Louis Ackal, IPSO Lt. Col. Gerald Savoy and IPSO Capt. Mark Frederick.

Instead, the judge has moved the next status hearing forward two weeks to Sept. 2.

According to court documents, the motion was made at the direction of U.S. District Magistrate Judge Patrick Hanna during a status conference held Thursday. During the same meeting, Hanna set a status conference for Sept. 16.

Walter's denial of the government request does not include any clues to the reasoning behind the denial. It is an indicator, though, that Walter intends for the trial of the three defendants to begin on Oct. 31, as scheduled.

John S. McLindon, who is representing Ackal in the upcoming legal action, said he would not be upset if the trial date was moved back.

"I'm going to be ready for trial on Oct. 31," McLindon said Tuesday afternoon. "But if it is continued to a later date, I wouldn't object to it."

Calls to the U.S. Attorney's Office in Shreveport for comment from Jarzabek were not returned. Frank Granger, the lawyer defending Frederick, said he did not wish to comment.

Other motions made on behalf of the defendants have yet to be addressed. Attorneys for Ackal and Frederick have filed motions requesting Walter change the venue of the trial to Lafayette after it changed in some court documents to Shreveport.

Granger has also filed a motion to have his client's trial continued to a later date, citing Frederick's debilitated physical and mental condition after a battle with cancer, which is currently in remission.

The ongoing investigation into the IPSO, including claims of abuse and mistreatment of five inmates at the Iberia Parish Jail, so far has resulted in indictments against Ackal, Savoy and Frederick, all of whom entered not guilty pleas June 15 to conspiracy and civil rights charges in U.S.District Court in Lafayette.

Ackal was indicted June 9 in a superseding indictment on an additional conspiracy charge. Savoy and Frederick also faced charges of deprivation of civil rights in the same indictment for allegedly assaulting another man at the Iberia Parish Jail in September 2011.

Ackal and Savoy initially were indicted March 8 and charged with one count of conspiracy against rights and two counts of deprivation of rights under color of

law with federal civil rights violations in connection with the beatings of five inmates at the Iberia Parish Jail. Both Ackal and Savoy pleaded not guilty to those charges.

Nine former deputies have pleaded guilty to federal conspiracy charges in plea agreements that promise no prosecution for other federal charges in exchange for their testimony at trial.



New Iberia, Louisiana

# IPSO in financial straits

## Sheriff eyes cuts, changes in effort to stay out of red

- BY DWAYNE FATHERREE | THE DAILY IBERIAN
- Aug 30, 2016
- Comments

The slow oil field economy is one of several financial issues facing Iberia Parish Sheriff Louis Ackal.

After an all-day budget session last Thursday, Ackal said he may have to lay off as many as 25 employees by the end of this week.

"As distasteful as it is, we are looking at layoffs," Ackal said Monday morning. "We are asking all those with enough years for full retirement to take it. Then we will be looking at those who are vested in the system, which is after 12 years."

The sheriff also held a tax millage hearing Monday, announcing that he was rolling back the ad valorem millage for the Iberia Law Enforcement District from 10.3 mills to 10.04 mills, keeping the tax burden on property owners the same for the coming year. The millage is rolled back to compensate for the growth in home and property values.

But ad valorem taxes are only one part of the revenue puzzle. According to IPSO Chief Deputy Richard Hazelwood, a sales tax revenue decline in July was just part of the problem.

"We were only down 5 percent last month, but that is on top of being down the year before," Hazelwood said Thursday afternoon.

The IPSO employs about 340 people. Laying off 25 people would amount to an 7.3 percent cut in staff.

"We have lost $400,000 in sales taxes and ad valorem taxes this year," Ackal said Monday.

Ackal listed multiple expense increases and new deficits as the reason for the potential staff cuts.

"We had to take on a $500,000 increase in medical health coverage costs for employees," Ackal said. "Then we lost more than $400,000 from our work-release program, because businesses

can't afford to hire prison laborers. We had 148 inmates working at one time. We were down to 16, and some of them were working fast food places as far away as Carencro. We had to shut it down."

Another source of potential expense is in the IPSO's liability insurance. Ackal said the exposure, or deductible, for his office has been raised from $50,000 per incident to $250,000. Overall, he said the office is facing a $1.3 million shortfall if changes are not made.

"I am looking at every area of the Sheriff's Office," Ackal said, riffling the pages of a budget document on his desk. "We need to take a hard look at every expenditure."

Ackal is not the only sheriff facing tough budgetary decisions. Evangeline Parish Sheriff Eddie Soileau announced a week ago budget cuts are forcing him to lay off 14 employees and enforce a 10 percent across-the-board salary cut for the Evangeline Parish Sheriff's Office.

The IPSO has realized some savings through leasing vehicles rather than paying for maintenance on purchased patrol units, Ackal said. Additionally, the office is reviewing all of its other contracts, all the way down to cell phone use.

"Those that had zero minutes used, we are getting rid of them," Ackal said. "If they had 2,000 minutes, then we need to look at that. I stay busy on my phone, and even I don't use that much time."

Other changes include moving some senior employees, such as detectives and investigators, back to the street to fill in gaps.

"We are taking people from the narcotics squad and detectives and putting them back on the road," Ackal said. "It'll mean reduced pay and an increased workload."

He made it clear the cuts are not in place yet. Ackal said he intends to have a plan worked out by Thursday, at the start of the new month.

Ackal also contends a large part of his deficit could be offset if the city of New Iberia would pay more for its services.

"I don't like having to spend money in the city for things they did not pay for," he said. "The majority of our caseload is in the city."

The city extended its contract for services with the IPSO for one year in June. The city pays IPSO $6.2 million for law enforcement services annually under the agreement.

Ackal said the city has asked his office to handle security for the parades during the Sugarcane Festival, although it has hired current Youngsville Police Chief and former IPSO deputy Rickey Boudreaux to oversee security for its fais-do-do and fairgrounds areas.

"The city elected to go around me and approve these out-of-town police officers," Ackal said. "I cautioned them about their exposure from any lawsuits that come out of that fais-do-do or the fairgrounds. I cannot afford to cover those, and I cannot afford to personally pay deputies for working the festival."

He also said he is seeking input from the state as to whether he can cut his own pay, along with that of his senior staff.

"I'm talking to the legislature about cutting my salary," Ackal said. "I need to lead by example. We (the senior officers) will all take a cut across the board."



# Justice Department will not pursue charges in Victor White shooting

Lydia Magallanes

Published: December 8, 2015, 4:09 pm  |  Updated: December 8, 2015, 11:24 pm



The Rev. Victor White Sr., the father of Victor White III, addresses the crowd at the March to End Police Brutality (Photo: Seth Dickerson, The Advertiser)

Community leaders, local civil rights activists, and family of Victor White III have questioned how the 22-year-old died from a gunshot wound while handcuffed in the back of an Iberia Parish Sheriff's deputy's car. After more than a year, the Justice Department

Case 6:16-cr-00048-DEW-PJH   Document 88-1   Filed 09/14/16   Page 156 of 189 PageID #:
3/15/16                                    487
Justice Department will not pursue charges in Victor White shooting | KLFY

has concluded its investigation.

The U.S. Attorney's Office, Department of Justice and the FBI reviewed all of the evidence gathered by State Police. That includes witness statements, crime scene video dispatch recordings, video footage from inside the patrol unit White was in and forensic reports. The Department of Justice also asked independent medical experts to review the autopsy performed by the state coroner. The FBI determined the evidence is insufficient to prove beyond a reasonable doubt that any officer fired a weapon at White.

In March 2014, Iberia deputies arrested White after they say they found cocaine and marijuana on him during a traffic stop.

White was handcuffed behind his back and put into the back seat of a patrol car. While in the car, a gun went off — and White was fatally shot.

State Police originally said White was shot in the back, but months later the coroner said White was shot in the chest. The coroner ruled White's death a suicide, but White's family refused to believe he killed himself and wanted it changed to homicide.

Investigators say the video shows White reaching around to his front pants pocket for a gun while handcuffed behind his back. The state coroner and federal medical experts agreed, White shot himself while handcuffed.

Gunshot residue was found on both of White's hands. State police said the gun used in White's death isn't one used by Iberia Parish Sheriff's Deputies.

Throughout the investigation, White's family has expressed frustration over what they say was a lack of information from local law enforcement.

Sheriff Louis Ackal issued the following statement and photo on December 8, 2015:

Case 6:16-cr-00048-DEW-PJH   Document 88-1   Filed 09/14/16   Page 157 of 189 PageID #:
3/15/16                                                                       488
Justice Department will not pursue charges in Victor White shooting | KLFY

In the beginning of this tragedy, I Sheriff Louis Ackal, immediately contacted the Louisiana State Police advising them to assist in the investigation involving Victor White III.

Today, December 8, at approximately 3:30 p.m., I received a phone call from the U. S. Attorney's Office in Shreveport. They stated that they had met with the Victor White Family and were advised that their Son, Victor White III, died of a self-inflicted gunshot wound. Their finding exonerates Lt. Jeffery Schmidt and Corporal Justin Ortis and no charges shall be filed.

This comes after months of parallel investigations by the Louisiana State Police and the FBI. I stand by my actions from the beginning of this tragedy, that I followed proper procedure to ensure a just outcome. I was also prepared to act accordingly regardless of the findings of the investigations.

I as Sheriff, waited for months for the results of this investigation as that is the proper thing to do. Again, my condolences to the White family for their tragic loss; however, I condemn the actions of those who attempted to make this tragic event a political issue.

As Sheriff, I have and will continue to do the job I was entrusted to do by the citizens of Iberia Parish."

Click here to see the official release from the U.S. Attorney's Office (https://mgtvklfy.files.wordpress.com/2015/12/white_victor_investigation_final_12-08-15.pdf)

| Q&C Hotel | French Market Inn | New Law Affecting Seniors |
| --- | --- | --- |
| OneTime | TripAdvisor | retirementloopholes.com |
| Save Big on Hotels! From $153.00 | Plan and Book Your Perfect Trip from $142.00 | Starting May 1, 2016 an est. $11bn in benefits could vanish. |



# Iberia Parish Sheriff and Lt. Colonel charged with conspiracy in assaulting inmates

**KLFY Newsroom**

Published: March 9, 2016, 5:39 pm  |  Updated: March 10, 2016, 11:14 am



Iberia Parish Sheriff Louis Ackal and Lt. Col. Gerald Savoy have been formally accused of violating the civil rights of a group of inmates at the Iberia Parish Jail. Ackal is charged with one count of conspiracy against rights and two counts of deprivation of rights under color of law, and Savoy is charged with one count of conspiracy against rights and one count of deprivation of rights under color of law.. (Photo: Advertiser file photo)

Principal Deputy Assistant Attorney General Vanita Gupta, head of the Department of Justice's Civil Rights Division, and United States Attorney Stephanie A. Finley announced today that Iberia Parish Sheriff Louis Ackal and Lieutenant Colonel Gerald Savoy were charged today with civil rights violations arising out of the beatings of five pre-trial detainees at the Iberia Parish Jail on April 29, 2011.

According to the news release, Ackal is charged with one count of conspiracy against rights and two counts of deprivation of rights under color of law, and Savoy is charged with one count of conspiracy

against rights and one count of deprivation of rights under color of law.

The indictment alleges that Ackal and Savoy conspired with each other and with other officers to assault five inmates, identified by the initials C.O., S.S., A.T., A.D. and H.G., and that members of the conspiracy failed to intervene and stop the assaults.

Eight former Iberia Parish Sheriff Office employees have previously entered guilty pleas in related cases before U.S. District Judge Patricia Minaldi of the Western District of Louisiana.

The eight officers are former IPJ Warden Wesley Hayes, former IPJ Assistant Warden Jesse Hayes, former Lieutenant Bret Broussard of the Narcotics Unit, former narcotics agent Wade Bergeron, former narcotics agent Jason Comeaux, former narcotics agent David Hines, former narcotics agent Byron Benjamin Lassalle and former K-9 handler Robert Burns.

An indictment is merely an allegation, and the defendants are presumed innocent until proven guilty. If convicted, Ackal and Savoy each face a maximum sentence of 10 years in prison for each of the civil rights violations, as well as a potential $250,000 fine for each count.

KLFY (http://klfy.com/)

© Copyright 2000 - 2016 Young Broadcasting of Louisiana, Inc., a Media General Company

Powered by WordPress.com VIP (https://vip.wordpress.com/)



PLANS START AT
$10 A MONTH

✓ No Contracts    ✓ 100% Risk-Free Guarantee
✓ Free Activation—a $35 Value

Consumer Cellular·    AARP    | Member-Advantages    TELL ME MORE



# DOJ indicted Iberia Parish Sheriff for playing role in assaulting detainees

**Dalfred Jones**
Published: March 10, 2016, 7:24 pm  |  Updated: March 11, 2016, 10:07 pm



Photo: KLFY

Eight former Iberia Parish Sheriff's Office employees have already entered guilty pleas for beating detainees at the parish jail.

On Wednesday, Sheriff Louis Ackal and Lieutenant Colonel, Gerald Savoy were indicted for playing a role in the assault of the victims.

Civil rights violations anchor the charges against Sheriff Ackal, Colonel Savoy and eight other now-former sheriff's office employees, as five pre-trial detainees were beaten in late April of 2011.

One New Iberia resident, Latoya Cooper tells News 10,

"Some of the system is very corrupt; for thing like that to happen right under our noses."

Cooper says the victims of the beatings have families who care about them, like the family of Victor White III.

White died while in custody, of Iberia deputies in March of 2014. In December of 2015, the U.S. Attorney's Office announced there was insufficient evidence to warrant a federal investigation into White's death.

He is someone's son. I feel like not enough is being done in the system to where we are taking care of business accordingly."

New Iberia native, Marlon Lewis believes the problem derives from Sheriff's employees having too much power in New Iberia. Since the city got rid of the police department in 2004, the Sheriff's Office has been its only source of law enforcement.

Despite the current situation surrounding the Sheriff's Office, Lewis says he still has faith in the criminal justice system. But he does have his doubts.

> "It does bring a little fear in but, at the same time if we don't have law-enforcement then the criminal element arises at a higher level.

If the sheriff and his lieutenant Colonel are convicted, they could spend up to ten years behind bars, and a $250,000 fine for each count.

The indictment states Sheriff Ackal instructed a narcotics agent to, "Take care" of a prisoner who made a lewd comment.

News 10 tried reaching out to the Sheriff's Office, Public Information's Officer Major Ryan Turner said they would not be making a statement at this time.

In a Press release issued, Sheriff Ackal would like to advise the public that he is remaining sheriff of Iberia Parish and has no plans to change that decision.

Sheriff Ackal states, "In spite of recent allegations made against me, I am confident I will be vindicated. I also speak on the behalf of my current employees when saying I am positive they are dedicated to protecting the citizens of Iberia Parish.  For my entire professional career, I have had faith in our judicial system.  I continue to believe in our system and that history will show I have always stood on the side of good."

The Indictment reads that on the day in question, in response to an offensive comment by one of the

detainees, Sheriff Ackal instructed Narcotics Agent Benjamin Lasalle to "take care" of the detainee. Understanding the Sheriff wanted him to assault the detainee, Agent Lasalle asked if there was a place in the jail without cameras. Warden Hayes told him the chapel would be an ideal location.

According to the indictment, Lasalle brought the detainee identified as C.O. to the chapel where he was hit several times with a baton. C.O. told Lasalle he was not the one who made the lewd comment. He blamed it on a detainee identified as S.S.

(https://mgtvklfy.files.wordpress.com/2016/03 /d52bb2d110db4098af3a6b1d5e2436ea.jpg)S.S. was taken to the chapel and beaten as well. Once Lasalle learned S.S was in jail for a sex offense, Lasalle held his baton between his own legs and forced it into the mouth of S.S. causing him to choke.



The indictment states that the sheriff, Lieutenant Governor, the Warden Wesley Hayes, all conspired with one another to threaten and intimidate prisoners.

The narcotics unit was occasionally called to the jail to assist in shakedowns of the facility.

In a press release, Sheriff Ackal says that he will be remaining Sheriff of Iberia Parish and has no plans to change that decision.

> "In spite of recent allegations made against me, I am confident I will be vindicated. I also speak on behalf of the current employees when saying I am positive they are dedicated to protecting the citizens of Iberia Parish."

Following the Sheriff's indictment, KLFY reached out to New Iberia Mayor, Hilda Curry.

New Iberia is the 13th largest city in the state and under sole protection of the sheriff's office. Mayor Curry says the contract will continue between the city and the sheriff's office and that her main concern is for the safety of the citizens.

KLFY (http://klfy.com/)

© Copyright 2000 - 2016 Young Broadcasting of Louisiana, Inc., a Media General Company

Powered by WordPress.com VIP (https://vip.wordpress.com/)







Injured in an Auto or Big Truck Accident?

# Indictment of Sheriff Ackal says, he instructed narcotics agent to "take care" of detainee

Indictment says, Narcotics Agent "Upon learning that S.S was in jail for a sex offense, Lassalle took his baton, held it between his own legs, and forced it into S.S.'s mouth causing S.S. to choke."

Dalfred Jones
Published: March 11, 2016, 7:33 pm | Updated: March 12, 2016, 5:59 pm



Photo: KLFY

The Indictment reads that on the day in question, in response to an offensive comment by one of the detainees, Sheriff Ackal instructed Narcotics Agent Benjamin Lasalle to "take care" of the detainee. Understanding the Sheriff wanted him to assault the detainee, Agent Lasalle asked if there was a place in the jail without cameras. Warden Hayes told him the chapel would be an ideal location.

According to the indictment, Lasalle brought the detainee identified as C.O. to the chapel where he was hit several times with a baton. C.O. told Lasalle he was not the one who made the lewd comment. He blamed it on a detainee identified as S.S.



(https://mgtvklfy.files.wordpress.com/2016/03/d52bb2d110db4098af3a661d5e2436ea.jpg)S.S. was taken to the chapel and beaten as well. Once Lasalle learned S.S was in jail for a sex offense, Lasalle held his baton between his own legs and forced it into the mouth of S.S. causing him to choke.

The indictment states that the sheriff, Lieutenant Colonel, Warden Wesley Hayes, all conspired with one another to threaten and intimidate prisoners.

Indictment of Sheriff Ackal says, he instructed narcotics agent to "take care" of detainee | KLFY      http://klfy.com/2016/05/11/indictment-of-sheriff-ackal-says-he-instructed-narcotics-agent-to-ti

The narcotics unit was occasionally called to the jail to assist in shakedowns of the facility.

In a press release, Sheriff Ackal says that he will be remaining Sheriff of Iberia Parish and has no plans to change that decision.

" "In spite of recent allegations made against me, I am confident I will be vindicated. I also speak on behalf of the current employees when saying I am positive they are dedicated to protecting the citizens of Iberia Parish."

Following the Sheriff's indictment, KLFY reached out to New Iberia Mayor, Hilda Curry.

New Iberia is the 13th largest city in the state and under sole protection of the sheriff's office. Mayor Curry says the contract will continue between the city and the sheriff's office and that her main concern is for the safety of the citizens.

KLFY (http://klfy.com/)

© Copyright 2000 - 2016 Young Broadcasting of Louisiana, Inc., a Media General Company

Powered by WordPress.com VIP (https://vip.wordpress.com/)



# Ackal, top deputies plead not guilty to new charges

**KLFY Newsroom**
Published: June 15, 2016, 5:29 pm | Updated: June 16, 2016, 6:15 pm



LAFAYETTE, La. (AP) — A Louisiana sheriff and two of his employees have pleaded not guilty to new criminal charges in the federal investigation into inmate beatings at the parish jail.

Iberia Parish Sheriff Louis Ackal and his chief of staff, Gerald Savoy, had already been charged in a series of 2011 beatings inside the jail's chapel, a location prosecutors say was chosen because there were no surveillance cameras.

A superseding indictment released last week lodges new charges against the two men and former sheriff's Capt. Mark Frederick, whose name had yet to publicly surface in the

investigation.

The Advocate (http://bit.ly/1UABvmg (http://bit.ly/1UABvmg) ) reports that Ackal appeared in uniform Wednesday before U.S. Magistrate Judge Patrick Hanna in Lafayette. One of Ackal's three attorneys, Richard Haik, appeared with the sheriff and entered the not guilty plea on his behalf.

___

Information from: The Advocate, http://theadvocate.com (http://theadvocate.com/)

## Related Posts



(http://klfy.com/2016/07/29...

Judge denies motion for Ackal to carry gun (http://klfy.com/2016/07/29/judge-denies-motion-for-ackal-to-carry-gun/)



(http://klfy.com/2016/08/02...

Iberia Parish Sheriff accused of trying to place tracking device on FBI Informant's vehicle (http://klfy.com /2016/08/02/iberia-parish-sheriff-accused-of-trying-to-place-tracking-device-on-fbi-informants-vehicle/)



(http://klfy.com/2016/08/04...

Pilot killed in helicopter crash identified (http://klfy.com /2016/08/04/sheriff-crashed-helicopter-found-in-atchafalaya-basin-near-iberiast-mary-parish-line/)

Show Comments



LifeLock is ready
**to help**



# Sheriff accused of anti-Semitic threats against prosecutor

**The Associated Press**
Published: June 30, 2016, 9:48 am  |  Updated: June 30, 2016, 5:49 pm



FILE - Iberia Parish Sheriff Louis Ackal speaks with KLFY after being elected to his third term as sheriff on November 21, 2015. (Photo Credit: KLFY)

BATON ROUGE, La. (AP) — A south Louisiana sheriff was taped making anti-Semitic threats that he apparently directed at a federal prosecutor assigned to a civil rights case against him, according to a court filing.

Prosecutors said in Wednesday's court filing that an "unsolicited informant" recently provided them with a series of recorded conversations between Iberia Parish Sheriff Louis Ackal and others. A transcript of one conversation includes Ackal recounting a meeting with a prosecutor in which the sheriff claims he threatened to shoot the prosecutor right between his "Jewish

eyes" after the prosecutor vowed to send him to prison.

Ackal's meeting with the prosecutor and other federal authorities occurred before Ackal's original March 9 indictment on charges over the alleged beatings of five jail inmates, prosecutors said.

"Although the conversation was frank, it was cordial and professional and is mischaracterized by Mr. Ackal in this recording," prosecutors from U.S. Attorney Stephanie Finley's office wrote.

Prosecutors say that they believe Ackal made those taped remarks on March 14, but that they didn't learn of them until after his March 31 arraignment.

Prosecutors argue that Ackal's remarks are grounds for tightening the conditions of his pre-trial release. A federal magistrate in Lafayette didn't immediately rule on their request to bar Ackal from possessing any weapons and require him to submit to unannounced inspections of his home, vehicle and office.

"The Government believes that the proposed conditions are reasonable and are the least restrictive to ensure the safety of others," prosecutors wrote.

Ackal's attorney, John McLindon, said he hasn't heard the tapes.

"Before I can comment, I'd like to hear the tapes to see if they're legitimate," he said. "I want to find out who did the recording and who sent them in there to do that."

Ackal didn't immediately respond to a message left at the sheriff's office.

Ackal's trial is scheduled to start Oct. 31. His original indictment claims he directed officers to assault inmates in the parish jail's chapel, where no video surveillance cameras would record the April 2011 beatings.

Earlier this month, Ackal was indicted on a new charge that he conspired in 2014 to assault a man who was accused of assaulting one of Ackal's relatives.

Nine former employees of the Iberia Parish Sheriff's Office already have pleaded guilty to related charges.

Leading-edge therapies, a dedicated team of cancer experts
and customized treatments are close to you.

Make an appointment

THE UNIVERSITY OF TEXAS
MDAnderson
Cancer Center
Making Cancer History®





# Residents fed up: Petition to recall Sheriff Louis Ackal

By Carly Laing (http://klfy.com/author/carlylaing/)
Published: June 30, 2016, 10:09 pm  |  Updated: July 1, 2016, 11:18 am

NEW IBERIA, La. (KLFY) – In the midst of a heated federal indictment involving sheriff Ackal, a
voice recording has been released where Ackal allegedly makes disturbing comments about a
prosecutor. Meanwhile, a petition to recall Ackal is making its way around the parish. Iberia
Parish Sheriff Louis Ackal has been in the hot seat several times before and Thursday resident's
decided enough was enough.

"People are fed up, people are tired. It's like a dark cloud is being cast over Iberia Parish."

Vice Chairman of the Sheriff Ackal Recall Petition Donald Broussard said it was time someone
took a stand against Ackal.

"Eight inmates have lost their life at the Iberia Parish Jail. And enlight of all the indictments and
civil right's violations that sheriff Ackal is facing , and the disparing comments agaist a federal
prosecutor, that was eventually leaked, someone had to speak up and speak out."

Broussard said he needs just over 33% of registered voters in the parish to sign. His goal is to
exceed the requirements and register new voters.

"We have to get people registered because getting the signitures will be the easy part, but
getting people out to the polls to force him out of office that's going to be the task at hand."

Local Activists Khadijah Rashad said Ackal has taken trust out of law enforcement.

"It's putting security back into our communties. It means showing that we are not going to

continue to accept corruption and abuse in our own communties."

Several others, who did not wish to be on camera, said the problem is not Ackal. They believe it's the lack of law enforcement presence in the parish and said doing away with the city police department was a mistake.

Broussard has 180 days to collect the required amount of signatures to move forward with a recall.

Related Posts



**Latest information on Iberia Parish helicopter crash (http://klfy.com/2016/08/04/latest-information-on-new-iberia-helicopter-crash/)**



**Helicopter crash in Iberia Parish (http://klfy.com /2016/08/03/helicopter-crash-in-iberia-parish/)**



**Iberia Parish Sheriff accused of trying to place tracking device on FBI Informant's vehicle (http://klfy.com /2016/08/02/iberia-parish-sheriff-accused-of-trying-to-place-tracking-device-on-fbi-informants-vehicle/)**

Show Comments

KLFY (http://klfy.com/)

© Copyright 2000 - 2016 Young Broadcasting of Louisiana, Inc., a Media General Company

Powered by WordPress.com VIP (https://vip.wordpress.com /?utm_source=vip_powered_wpcom&utm_medium=web& utm_campaign=VIP%20Footer%20Credit)



PETRY FAMILY
DENTISTRY
337-233-5494

Trust your *smile* with us!

$99 Off
TEETH
WHITENING
FOREVER

KLFY 10
NEWS

# Judge to decide if indicted Iberia Parish sheriff can carry gun

**The Associated Press**
Published: July 29, 2016, 7:18 am  |  Updated: July 29, 2016, 3:00 pm



Iberia Parish Sheriff Louis Ackal arrives at the Federal Courthouse in Lafayette for arraignment. (Photo: SCOTT CLAUSE/THE ADVERTISER)

LAFAYETTE, La. (AP) – A federal judge will hear arguments Friday on whether a south Louisiana sheriff accused of making anti-Semitic threats can carry a gun while awaiting trial on charges he directed officers to assault prisoners.

Case 6:16-cr-00048-DEW-PJH   Document 88-1   Filed 09/14/16   Page 173 of 189 PageID #: 504

Iberia Parish Sheriff Louis Ackal is prohibited from possessing firearms following his indictment, but his attorney says recent killings of police officers in Baton Rouge and Dallas demonstrate he needs a gun to protect himself.

"Recently, there was a threat to ambush a deputy in New Iberia, which thankfully did not come true. However, the atmosphere in this country, especially in south Louisiana, makes this a very real possibility," the sheriff's lawyer, John McLindon, wrote in a court filing a day after a lone gunman shot and killed three law enforcement officers in Baton Rouge.

U.S. Magistrate Judge Patrick Hanna will hear Ackal's bid to reclaim his gun and for prosecutors' request to bar him from possessing any weapons.

Prosecutors said an "unsolicited informant" recently provided them with tapes of a conversation in which Ackal claims he threatened to shoot a prosecutor between his "Jewish eyes" after the prosecutor vowed to send him to prison.

Ackal's meeting with the prosecutor and other federal authorities occurred before Ackal's original March 9 indictment on charges over the alleged beatings of five jail inmates, prosecutors said.

"Although the conversation was frank, it was cordial and professional and is mischaracterized by Mr. Ackal in this recording," prosecutors from U.S. Attorney Stephanie Finley's office wrote in a court filing last month.

The sheriff's lawyer, John McLindon, said his client didn't know he was being taped when he made "some inappropriate remarks" among friends "in the privacy of his home."

Prosecutors say that they believe Ackal made those taped remarks on March 14, but that they didn't learn of them until after his March 31 arraignment.

Prosecutors argue that Ackal's remarks are grounds for tightening the conditions of his pre-trial release. They're also asking the magistrate to require him to submit to unannounced inspections of his home, vehicle and office.

McLindon called it "disingenuous" for prosecutors to publicly release Ackal's statements, "which may contain inflammatory language," while also denying him the right to carry a gun for

protection.

Ackal's trial is scheduled to start Oct. 31. His original indictment claims he directed officers to assault inmates in the parish jail's chapel, where no video surveillance cameras would record the April 2011 beatings.

Last month, Ackal was indicted on a new charge that he conspired in 2014 to assault a man who was accused of assaulting one of Ackal's relatives.

Nine former employees of the Iberia Parish Sheriff's Office already have pleaded guilty to related charges.

**Show Comments**

KLFY (http://klfy.com/)

© Copyright 2000 - 2016 Young Broadcasting of Louisiana, Inc., a Media General Company

Powered by WordPress.com VIP (https://vip.wordpress.com
/?utm_source=vip_powered_wpcom&utm_medium=web&
utm_campaign=VIP%20Footer%20Credit)





# Judge denies motion for Ackal to carry gun

**By Dalfred Jones (http://klfy.com/author/dalfrednews/)**
Published: July 29, 2016, 2:38 pm | Updated: July 29, 2016, 5:20 pm



Photo Credit: KLFY

LAFAYETTE, La. (KLFY) – A federal judge has denied a motion Friday that would have granted permission for indicted Iberia Parish Sheriff Louis Ackal to carry a gun.

Ackal's attorney had said recent killings of police officers in Baton Rouge and Dallas demonstrated his client needs a gun to protect himself.

The Associated Press (http://klfy.com/ap/judge-to-decide-if-indicted-louisiana-sheriff-

can-carry-gun/) reported, prosecutors in the case said an "unsolicited informant" recently provided them with tapes of a conversation in which Ackal claims he threatened to shoot a prosecutor between his "Jewish eyes" after the prosecutor vowed to send him to prison.

Today, U.S. Magistrate Judge Patrick Hana said "the court cannot turn a blind to these remarks," denying Ackal's request.

John McLindon, the sheriff's lawyer, said his client didn't know he was being taped when he made "some inappropriate remarks" among friends "in the privacy of his home."

Prosecutors say that they believe Ackal made those taped remarks on March 14, but that they didn't learn of them until after his March 31 arraignment, according to the Associated Press.

Ackal was indicted on March 9 for the alleged beatings of five inmates at the parish jail in 2011.

Nine former employees of the Iberia Parish Sheriff's Office already have pleaded guilty to related charges.

Ackal's trial is scheduled for Oct. 31.The sheriff was indicted on a new charge, last month, that he conspired to assault a man who was accused of assaulting one of Ackal's relatives in 2014.

*The Associated Press contributed to this report.*

**Related Posts**







# Iberia Parish Sheriff accused of trying to place tracking device on FBI Informant's vehicle

**KLFY Newsroom**
Published: August 2, 2016, 6:32 pm



Photo Credit: KLFY

NEW IBERIA, La. (KLFY)—Iberia Parish Sheriff Louis Ackal is accused of trying to put a tracking device on an FBI informant's vehicle.

The FBI has served warrants to obtain surveillance video of the Iberia Parish Courthouse and its parking lot.

An informant allegedly said the sheriff had his employees try to place a tracking device on their vehicle.

Ackal has been indicted on federal charges for allegedly ordering the beatings of pre-trial inmates. He has denied the charge.

## Related Posts



Judge denies motion for Ackal to carry gun (http://klfy.com/2016/07/29/judge-denies-motion-for-ackal-to-carry-gun/)



Latest information on Iberia Parish helicopter crash (http://klfy.com/2016/08/04/latest-information-on-new-iberia-helicopter-crash/)



Youngsville PD to provide security for La. Sugar Cane Festival (http://klfy.com/2016/07/29/youngsville-pd-to-provide-security-for-la-sugar-cane-festival/)

## Show Comments

KLFY (http://klfy.com/)

© Copyright 2000 - 2016 Young Broadcasting of Louisiana, Inc., a Media General Company

Powered by WordPress.com VIP (https://vip.wordpress.com /?utm_source=vip_powered_wpcom&utm_medium=web& utm_campaign=VIP%20Footer%20Credit)

Ackal plans to remain sheriff - Story | Lafayette, LA | KLAUN

http://www.caginnnnnsccoummmmcolorrerummmmmon.plccn

# Ackal plans to remain sheriff

By Staff

Published 03/10 2016 12:54PM        Updated 03/11 2016 10:47AM        IBERIA PARISH, La.

Sheriff Louis Ackal would like to advise the public that he is remaining Sheriff of Iberia Parish and has absolutely no plans to change that decision. The Iberia Parish Sheriff's office currently has over 300 employees who are hardworking and dedicated to their profession. All deputies within the Iberia Parish Sheriff's Office are sworn law enforcement officers who have rendered an oath to provide a service for their community.

Sheriff Ackal states, "In spite of recent allegations made against me, I am confident I will be vindicated. I also speak on the behalf of my current employees when saying I am positive they are dedicated to protecting the citizens of Iberia Parish. For my entire professional career I have had faith in our judicial system. I continue to believe in our system and that history will show I have always stood on the side of good."

Click here (https://www.justice.gov/opa/file/831711/download) if you would like to see the full press release for DOJ and the indictment.

## Iberia Sheriff charged with civil rights violations

The U.S. Department of Justice announced Wednesday that Iberia Parish Sheriff Louis Ackal and Lieutenant Colonel Gerald Savoy have civil rights violations against them. An indictment alleges Ackal and Savoy conspired with other officers to assault five inmates, back in 2011.

According to a press release, Sheriff Ackal is charged with one count of conspiracy against rights and two counts of deprivation of rights under color of law. Lt. Colonel Savoy is charged with one count of conspiracy against rights and one count of deprivation of rights under color of law.

If convicted, Ackal and Savoy could face up to 10 years in prison for each violation, and a $250,000 fine for each count.

Copyright 2016 Nexstar Broadcasting, Inc. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

**KATC.COM**
ALWAYS ON

Posted: Mar 09, 2016 6:46 PM CDT
Updated: Mar 09, 2016 10:45 PM CDT

# Iberia Sheriff indicted for his part in inmate beatings

Iberia Parish Sheriff Louis Ackal allegedly gave deputies orders to "take care of" at least three inmates he didn't like and watched deputies beat them in the jail chapel, according to an indictment released today.

Ackal and Lt. Col. Gerald Savoy were indicted today on civil rights violations for their parts in inmate beatings. Their indictments mean 10 current and former IPSO employees

Sheriff Louis Ackal

have been charged in the federal probe into misconduct at the Iberia Parish Sheriff's Office.

The indictment, handed down by a Grand Jury today, names five inmates who were assaulted in the Iberia Parish jail chapel in April 2011. The chapel was chosen because it was not under video surveillance.

Ackal and Savoy, along with several deputies, arrived at the jail on that day to assist in a contraband search. Ackal allegedly ordered Byron Lassalle, a former employee who pleaded guilty last month, to "take care" of an inmate who made a lewd comment. Then he and Savoy watched Lassalle ask then-warden Wesley Hayes if there was a place in the jail without cameras. Hayes directed him to the chapel, where the inmate was beaten with batons.

At another point during the shake down, Ackal allegedly encountered another inmate who had written letters complaining about the conditions of the jail, and told deputies to take him to the chapel.

He then ran into a third inmate he knew and didn't like, the indictment alleges, and asked former narcotics agent Jason Comeaux to "take care" of the inmate. Ackal and Savoy allegedly watched as officers beat the inmate with batons and Savoy allegedly ordered a K-9 handler to make his dog bark to intimidate the inmate.

Ackal is charged with one count of conspiracy against rights and two counts of deprivation of rights under color of law, and Savoy is charged with one count of conspiracy against rights and one count of deprivation of rights under color of law.

If convicted, Ackal and Savoy each face a maximum sentence of 10 years in prison for each of the civil rights violations, as well as a potential $250,000 fine for each count.

The eight former Iberia Parish Sheriff Office employees who previously entered guilty pleas are former IPJ Warden Wesley Hayes, former IPJ Assistant Warden Jesse Hayes, former Lieutenant Bret Broussard of the Narcotics Unit, former narcotics agent Wade Bergeron, former narcotics agent Jason Comeaux, former narcotics agent David Hines, former narcotics agent Byron Benjamin Lassalle and former K-9 handler Robert Burns.

For video, click here.

KATC.COM
ALWAYS ON

Posted: Mar 10, 2016 7:42 PM CDT
Updated: Mar 10, 2016 9:28 PM CDT

# Ackal remains sheriff, despite this week's indictments; IPSO releases statement

Sheriff Louis Ackal is still running the Iberia Parish Sheriff's Office today, despite a grand jury indictment this week on civil rights violations.



Ackal, along with Lt. Col. Gerald Savoy, on Monday joined eight former deputies who face charges in the federal probe into beatings of inmates and suspects.

Iberia Sheriff indicted for his part in inmate beatings

"Sheriff Ackal is going to continue to be Sheriff and has confidence in the employees that are here to do what they were hired to do, to protect the citizens of Iberia Parish," spokesman Ryan Turner said on behalf of Ackal today.

The Sheriff's Office has more than 300 employees, who are "dedicated and hard working and are going to continue to the service to Iberia Parish," Turner said.

"These incidents affect us all, however, we're going to stay the course and continue to do the jobs that we were all hired to do," Turner said.

Sheriff Ackal states, "In spite of recent allegations made against me, I am confident I will be vindicated. I also speak on the behalf of my current employees when saying I am positive they are dedicated to protecting the citizens of Iberia Parish.  For my entire professional career I have had faith in our judicial system.  I continue to believe in our system and that history will show I have always stood on the side of good."

Savoy is on administrative leave, Turner said, and the eight deputies no longer work for the department.

Last year, when civil rights activists called for Ackal to resign, he said he will resign "when cows fly." He told the Daily Iberian last week that he stands by his 2015 vow to never resign his office.

Under state law, if an elected official is convicted of a felony, he must be removed from office. An indictment is only an allegation that must make its way through the court system. The U.S. Attorney's Office has not released court dates for Ackal or Savoy, and declined comment on whether the two will be detained before their first court hearing.

**KATC.COM** *ALWAYS ON*

Posted: Mar 11, 2016 1:15 PM CDT
Updated: Mar 11, 2016 1:15 PM CDT

# Arraignment set for Ackal in civil right case

Iberia Parish Sheriff Louis Ackal and Lt. Col. Gerald Savoy are scheduled to appear in federal court later this month to answer to civil rights violations that have resulted in a total of 10 current and former IPSO employees facing charges.



Sheriff Louis Ackal

Ackal and Savoy will be arraigned on March 31, according to court minutes made public today. The two will enter a plea of guilty or not guilty at the arraignment.

Ackal is accused of ordering deputies to beat inmates he disliked in the Iberia Parish Jail chapel in April 2011, where there were no cameras. Savoy is accused of watching and not intervening.

The two were indicted Wednesday on conspiracy against rights and depravation of rights charges. Eight former deputies pleaded guilty over the last few weeks to similar civil rights violations and are scheduled to be sentenced in May and June.

Summons for Savoy and Ackal's initial appearances and arraignments were issued Wednesday, meaning the two will not be detained before their first court appearances on March 31.

Ackal continued to run the sheriff's department, and Savoy was placed on administrative leave. The eight deputies who pleaded guilty no longer work for the department.

KATC.COM
ALWAYS ON

Posted: Mar 22, 2016 4:17 PM CST
Updated: Mar 22, 2016 4:17 PM CST

# More charges possible in federal probe into IPSO

Iberia Parish Sheriff Louis Ackal and more deputies could face additional charges in the federal probe into excessive force and the cover up of police brutality, according to court documents obtained by our investigative team.



Courtesy MGN Online

The new documents include a subpoena issued in the ongoing federal investigation that's already resulted in charges against 10 current and former IPSO employees, including indictments against Ackal and his second-in-command, Lt. Col. Gerald Savoy. Those charges have to do with April 2011 inmate beatings in the jail chapel.

The documents were filed today in a civil lawsuit that alleges abuse of an inmate the jail in October 2014. The civil suit names Ackal and two deputies who have not been charges in the federal investigation, but an IPSO attorney asks for the suit to be halted because the incident is part of the federal investigation.

"The DOJ investigation of all defendants remains ongoing. It is possible that additional charges may be brought against the Sheriff and also that (the two deputies) may be indicted as well," the attorney writes in court filings.

A grand jury subpoenaed that inmate's file and other records about him, along with files for at least nine other inmates, according to a redacted subpoena included in court filings. Also subpoenaed was personnel files for at least eight employees, a current roster of jail employees, and a roster of all medical staff from April 2011 to December 2012.

The grand jury also asked for a roster of jail employees working on the day of the inmate beatings in the chapel and on Dec. 6, 2012, the day surveillance caught an inmate being attacked by a K9 and then kicked by a deputy.

The IPSO attorney argues that if employees testify in the October 2014 civil case before the criminal investigation is completed, they could incriminate themselves. Ackal even had his criminal attorney -- his cousin and recently-retired federal judge Richard Haik Sr. -- present at civil case's last phone conference to make sure Ackal did not incriminate himself.

Ackal and Savoy are scheduled to be arraigned in federal court on March 31.

Case 6:16-cr-00048-DEW-PJH   Document 88-1   Filed 09/14/16   Page 184 of 189 PageID #: 515



Posted: May 24, 2016 5:49 PM CST
Updated: May 25, 2016 10:24 AM CST

# New Iberia mayor explains why city is bringing in state troopers

By Valerie Ponseti

The mayor of New Iberia explained on Tuesday why she's requested state troopers to help patrol the city.



Since a 2004 contract, the Iberia Parish Sheriff's Office has been the law enforcing agency within the city.

Many city officials, including Mayor Hilda Curry, said Sheriff Louis Ackal isn't keeping up his end of the deal and that's why the extra help is needed.

The mayor referenced recent accusations that the sheriff and at least nine deputies violated civil rights.

"There are some issues right now with the sheriff's department and I think he's had some difficulty hiring and I know that he's lost some officers," said Curry.

According to Curry, the sheriff has admitted that there isn't always 10 deputies patrolling the city during each shift -- a requirement of the contract.

"It is not happening," said Councilman Raymond "Shoe Do" Lewis. "Crime is happening. Unfortunately, in the sweetest, the hottest, the oiliest, the saltiest city in the state of Louisiana, in New Iberia."

And as for the future of the contract, the mayor said it's here to stay.

"I certainly plan on continuing with the contract," said Curry. "And it's incumbent upon me to make sure that the sheriff's department abides by the contract, that we get the proper protection that we're paying for."

Sheriff Ackal said there haven't been any recent spikes in crime, and he isn't sure why the city is requesting the help.



Posted: Jul 29, 2016 7:59 AM CST
Updated: Jul 29, 2016 3:10 PM CST

# Judge: Sheriff Ackal cannot carry a gun

A judge has denied Iberia Parish Sheriff Louis Ackal's request to carry a gun while awaiting trial on charges he directed officers to beat prisoners. The judge also added a restriction to Ackal's release, ordering him to now be under supervised release and report to a pretrial services officer.



Iberia Parish Sheriff Louis Ackal

Federal judge Patrick Hanna said his decision was made because of the recording where Ackal threatened a prosecutor in the case. Ackal has said the threat was not serious and the recording was made in private during a stressful time.

"This court cannot just turn a blind eye to those kinds of statements," Hanna said in court today.

Ackal already was not allowed to carry a firearm as part of his pretrial release, but, in light of recent police ambushes, he asked the judge to reconsider. Hanna said he understood the threat to police, but could not allow Ackal to carry or own a gun after hearing the recordings.

Judge Hanna's decision was made today during a short court hearing, where he denied Ackal's request and granted part of the U.S. Attorney's Office request to impose more restrictions in light of the recordings.

One recording included a conversation in March after a meeting between the prosecutor Mark Blumberg, Ackal and his attorneys. Ackal apparently was recorded recounting the meeting to unidentified people and describing a prosecutor trying to get information out of him.

"I said the only thing I'm going to give you -- (expletive) shoot you right between your (expletive) Jewish eyes, look like opossum (expletive)," Ackal said, according to court documents.

The recordings were released by an informant to the U.S. Attorney's Office in April, and prompted them to ask for more restrictions. The judge today approved some of the new requested restrictions by ordering Ackal to not violate any state or local law, be placed on supervised release, can't contact witnesses, and has to check in with a pretrial released officer.

"If you don't want to end up in St. Martin Parish Jail, you'll follow my directive," Hanna told Ackal in court.

After the hearing, Ackal said he couldn't comment on the case and could only say that he'll follow the court's ruling.

Case 6:16-cr-00048-DEW-PJH Document 88-1 Filed 09/14/16 Page 186 of 189 PageID #:
517

Ackal, his second-in-command Lt. Col. Gerald Savoy and former Capt. Mark Frederick have all been indicted on several civil rights charges, including conspiracy against rights and depravation of rights, stemming from inmate beatings stemming from 2011 to 2014. Nine former deputies pleaded guilty to the charges earlier this year.

Ackal is accused of ordering and watching the beatings. His trial is set for October.

--------------------

(AP) - A federal judge will hear arguments Friday on whether a south Louisiana sheriff accused of making anti-Semitic threats can carry a gun while awaiting trial on charges he directed officers to assault prisoners.

Iberia Parish Sheriff Louis Ackal is prohibited from possessing firearms following his indictment, but his attorney says recent killings of police officers in Baton Rouge and Dallas demonstrate he needs a gun to protect himself.

"Recently, there was a threat to ambush a deputy in New Iberia, which thankfully did not come true. However, the atmosphere in this country, especially in south Louisiana, makes this a very real possibility," the sheriff's lawyer, John McLindon, wrote in a court filing a day after a lone gunman shot and killed three law enforcement officers in Baton Rouge.

U.S. Magistrate Judge Patrick Hanna will hear Ackal's bid to reclaim his gun and for prosecutors' request to bar him from possessing any weapons.

Prosecutors said an "unsolicited informant" recently provided them with tapes of a conversation in which Ackal claims he threatened to shoot a prosecutor between his "Jewish eyes" after the prosecutor vowed to send him to prison.

Ackal's meeting with the prosecutor and other federal authorities occurred before Ackal's original March 9 indictment on charges over the alleged beatings of five jail inmates, prosecutors said.

"Although the conversation was frank, it was cordial and professional and is mischaracterized by Mr. Ackal in this recording," prosecutors from U.S. Attorney Stephanie Finley's office wrote in a court filing last month.

The sheriff's lawyer, John McLindon, said his client didn't know he was being taped when he made "some inappropriate remarks" among friends "in the privacy of his home."

Prosecutors say that they believe Ackal made those taped remarks on March 14, but that they didn't learn of them until after his March 31 arraignment.

Prosecutors argue that Ackal's remarks are grounds for tightening the conditions of his pre-trial release. They're also asking the magistrate to require him to submit to unannounced inspections of his home, vehicle and office.

McLindon called it "disingenuous" for prosecutors to publicly release Ackal's statements, "which may contain inflammatory language," while also denying him the right to carry a gun for protection.

Ackal's trial is scheduled to start Oct. 31. His original indictment claims he directed officers to assault inmates in the parish jail's chapel, where no video surveillance cameras would record the April 2011 beatings.

Last month, Ackal was indicted on a new charge that he conspired in 2014 to assault a man who was accused of assaulting one of Ackal's relatives.

Nine former employees of the Iberia Parish Sheriff's Office already have pleaded guilty to related charges.

http://kpel965.com/iberia-sheriff-lt-col-...



**KPEL**
**kpel965.com**

# Iberia Sheriff, Lt. Col. Indicted For Inmate Beatings Conspiracy

By Derek Albert March 9, 2016 6:52 PM

 f Share on Facebook

 🐦 Share on Twitter


Louis Ackal (Twitter Photo)

More indictments have arisen in an investigation into the mistreatment of inmates at the Iberia Parish Jail, but this time, the charges go all the way to the top brass.

Iberia Parish Sheriff Louis Ackal and Lt. Col. Gerald Savoy have been indicted for their part in a conspiracy involving the beatings of five pre-trial detainees.

The U.S. Justice Department announced the indictments via press release Wednesday afternoon.

The indictment alleges that the two law enforcement leaders conspired with each other, and the officers involved, to assault five inmates identified only by their initials.

Ackal has been charged with one count of conspiracy against rights and two counts of deprivation of rights under color of the law.

Savoy has been charged with one count each of conspiracy against rights and deprivation of rights under color of the law.

A total of eight officers have pleaded guilty so far in this case. Their names and titles are as follows:

- Wesley Hayes, former warden
- Jesse Hayes, former assistant warden
- Bret Broussard, former lieutenant within the narcotics unit
- Wade Bergeron, former narcotics agent
- Jason Comeaux, former narcotics agent
- David Hines, former narcotics agent

http://justice/...html

Iberia Parish Sheriff, Lt. Col. John Sentell, former Iberia Sheriff's Office narcotics agent

• Robert Burns, K-9 handler

If convicted, Ackal and Savoy each face up to 10 years in prison for each civil rights violation. Each count may hold up to a $250,000 fine, as well.–