UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 6:16-CR-00048-DEW-PJH |
| VERSUS | * | JUDGE DONALD WALTER |
| LOUIS ACKAL | * | MAGISTRATE PATRICK HANNA |

**MOTION TO REALLOT CASE TO ORIGINAL
DISTRICT COURT JUDGE**

NOW INTO COURT, through undersigned counsel, comes Defendant Louis Ackal, who moves this Court for the following relief:

1.

On March 9th, 2016, an Indictment (see Record Doc. 1) was returned in the above captioned case charging Louis Ackal and others with violating 18 USC 241 and 242. The case was allotted to Judge Patricia Minaldi.

2.

Two days later on March 11th, 2016, a one sentence Order signed by the Honorable Chief Judge Dee D. Drell reassigned the case to the Honorable Judge Donald Walter (see Record Doc. 8). There are no other minute entries, pleadings, or documents of any nature mentioning or discussing the re-allotment of this case or the reasons therefore. There is nothing in the record showing that Judge Minaldi consented to the reassignment of this case.

3.

Undersigned counsel believes the re-allotment of this case to Judge Walter was in violation of the Rules of Court and the United States Code, and accordingly, seeks an Order from this Court returning the case to the original Judge to whom it was allotted, the Honorable Patricia Minaldi.

4.

A Memorandum of Authorities in support of this Motion is attached.

          **RESPECTFULLY SUBMITTED**
          **BY ATTORNEYS:**

          **WALTERS PAPILLION THOMAS**
          **CULLENS, LLC**


            /s/John S. McLindon
          **JOHN S. McLINDON, Of Counsel**
          Bar Number 19703
          12345 Perkins Road, Bldg. 2, Ste. 202
          Baton Rouge, LA  70810
          225-408-0362, Telephone
          225-236-3650, Telecopier
          E-mail: mclindon@lawbr.net

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 6:16-CR-00048-DEW-PJH |
| VERSUS | * | JUDGE DONALD WALTER |
| LOUIS  ACKAL | * | MAGISTRATE PATRICK HANNA |

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2016, a copy of the foregoing Motion was filed electronically with the Clerk of Court utilizing the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.


_____/s/ John S. McLindon_____
**JOHN S. McLINDON**