RECEIVED
SEP 1 6 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 6:16-00048-01-02-03 |
| -vs- | JUDGE WALTER |
| LOUIS ACKAL, ET AL | MAGISTRATE JUDGE HANNA |

## ORDER

The Motion to Transfer to a different judge (Doc. No. 90) is DENIED as without merit.

SIGNED on this 16 day of September, 2016, at Alexandria, Louisiana.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT