UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION: 16-00048-all |
| VERSUS | JUDGE DONALD E. WALTER |
| LOUIS ACKAL, et al | MAGISTRATE JUDGE HANNA |

## ORDER

In light of the Second Superseding Indictment, the 404(B) Notices, previously provided by the Government to each defendant on August 25, 2016, are hereby **STRICKEN**. The Government is hereby **ORDERED** to provide amended 404(b) Notices, via email, **by close of business on Monday, September 26, 2016**. Thereafter, each defendant shall have until **close of business on Monday, October 3, 2016,** by which to file amended objections thereto.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 21st day of September, 2016.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE