UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

UNITED STATES OF AMERICA

VS.

LOUIS ACKAL, etal

CRIMINAL NO. 16-cr-00048

JUDGE WALTER
MAGISTRATE JUDGE HANNA

**O R D E R**

Considering the foregoing motion of the United States to view sealed documents so that it can fully and appropriately respond to defendant's Petition for Writ of Mandamus, it is hereby ORDERED that the United States is allowed to view the sealed record in this case.

Thus done and signed in chambers, this 27th day of September, 2016.

_____
DONALD E. WALTER
United States District Judge