# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA  \*    CRIMINAL NO. 6:16-CR-00048-DEW-PJH

VERSUS                                      \*    JUDGE DONALD WALTER

LOUIS  ACKAL                          \*    MAGISTRATE PATRICK HANNA

## OBJECTIONS TO 404 (b) EVIDENCE

NOW INTO COURT, through undersigned counsel, comes the Defendant Louis Ackal, who moves this Court as follows:

1.

On August 25th, 2016, the Government originally provided notice of intent to use FRE 404 (b) evidence.

2.

Undersigned counsel for Louis Ackal filed a "Motion in Limine to Prohibit the United States from Offering into Trial Purported 404 (b) Evidence". (See PACER Doc. 89)

3.

Thereafter, the Government obtained a Second Superseding Indictment against the Defendant Louis Ackal and the other Co-Defendants. In the Superseding Indictment, many of the instances which were originally identified as 404 (b) evidence in the Government's August 25th, 2016 letter have now been listed as overt acts in one of the conspiracy charges against Sheriff Ackal.

4.

On September 28, 2016, AUSA Tona Boyd sent a letter to undersigned counsel identifying four instances of 404 (b) evidence. These four instances were previously listed in the August 25th letter.

5.

The objections of undersigned counsel to the above referenced four instances in the September 28th letter have previously been made by way of a Motion in Limine. (PACER Doc. 89)

6.

Undersigned counsel maintains those objections and asks that for all of the reasons set forth in that Motion and Memorandum, that these prior incidents not be allowed into evidence at the Trial of this matter.

**RESPECTFULLY SUBMITTED BY ATTORNEYS:**

**WALTERS PAPILLION THOMAS CULLENS, LLC**

/s/John S. McLindon
**JOHN S. McLINDON, Of Counsel**
Bar Number 19703
12345 Perkins Road, Bldg. 2, Ste. 202
Baton Rouge, LA  70810
225-236-3636, Telephone
225-236-3650, Telecopier
E-mail: mclindon@lawbr.net
***Attorney for Louis Ackal***

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**UNITED STATES OF AMERICA**   *   **CRIMINAL NO. 6:16-CR-00048-DEW-PJH**

**VERSUS**                              *   **JUDGE DONALD WALTER**

**LOUIS ACKAL**                     *   **MAGISTRATE PATRICK HANNA**

**CERTIFICATE OF SERVICE**

I hereby certify that on October 3, 2016 a copy of the foregoing Motion was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.


_____/s/ John S. McLindon_____
**JOHN S. McLINDON**