# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

October 13, 2016

Mr. Tony R. Moore
Western District of Louisiana, Lafayette
United States District Court
300 Fannin Street
Suite 1167
Shreveport, LA 71101-0000

    No. 16-31032   In re: Louis Ackal
                       USDC No. 6:16-CR-48-1

Dear Mr. Moore,

Enclosed is a copy of the judgment issued as the mandate.

                       Sincerely,

                       LYLE W. CAYCE, Clerk

                       By: _____
                       Cindy M. Broadhead, Deputy Clerk
                       504-310-7707

cc w/encl:
    Mr. Mark Blumberg
    Ms. Carol Mignonne Griffing
    Mr. John S. McLindon
    Mr. Alexander Coker Van Hook

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 16-31032
_____

In re: LOUIS ACKAL,

        Petitioner

**A True Copy**
**Certified order issued Oct 13, 2016**

*Tyle W. Cayce*

**Clerk, U.S. Court of Appeals, Fifth Circuit**

_____

Petition for a Writ of Mandamus to the
Western District of Louisiana, Lafayette
_____

Before OWEN, ELROD, and COSTA, Circuit Judges.

PER CURIAM:

    IT IS ORDERED that the petition for writ of mandamus is DENIED.