UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION: 16-00048-all |
| VERSUS | JUDGE DONALD E. WALTER |
| LOUIS ACKAL, et al | MAGISTRATE JUDGE HANNA |

### ORDER

For reasons stated at the status conference held on Thursday, October 13, 2016, the Government's Motion to Continue Trial [Doc. #136] is hereby **DENIED**.

Trial remains set for Monday, October 31, 2016 at 9:00 a.m., in Shreveport.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 17th day of October, 2016.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE