UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION: 16-00048-all |
| VERSUS | JUDGE DONALD E. WALTER |
| LOUIS ACKAL, et al | MAGISTRATE JUDGE HANNA |

### ORDER

In light of the Acadiana population's unique interest in these proceedings, coupled with this Court's decision to set trial in the Shreveport Division [*see* Doc. #88], beginning Monday, October 31, 2016,

**IT IS HEREBY ORDERED** that the above-captioned jury trial will be presented to the public, via live streaming, in Courtroom One, in the United States Courthouse, in Lafayette, subject to the following parameters:

live streaming will begin with opening statements and include all portions of trial which are otherwise available to the public;

video feed will stream only from the witness stand, while audio feed will stream from the witness stand, counsel podium(s), and bench;

absolutely **no** cell phones or other recording devices will be permitted inside Courtroom One in Lafayette, at any time during these proceedings; and

absolutely **no** recording of these proceedings, by any person or by any source, will be permitted.

Seating will be available to the general public on a first come, first served basis. The public may not enter the courthouse with a cell phone.

Order and courtroom decorum are to be observed at all times. The courtroom will be monitored at all times by Court Security Personnel and/or the United States Marshal Service. In accordance with Local Rule 83.2.15, all spectators shall be neatly, cleanly and appropriately attired.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 18th day of October, 2016.

*/s/ Donald E. Walter*
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE