# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

**PRESENT**:  
HON. DONALD E. WALTER    **JUDGE**  
Marie Runyon    **COURT REPORTER**  
Denise McDonnell    **COURTROOM DEPUTY**

DATE : OCTOBER 26, 2016  
COURT OPENED : 1:25 p.m.  
COURT CLOSED : 1:40 p.m.  
STATISTICAL TIME: 00:15

---

### SEALED MINUTES OF COURT

---

CRIMINAL NO. : 6:16-00048-02     X  Defendant present
     X  Defendant on bond

**DEFENDANT**     : GERALD SAVOY

GOVERNMENT COUNSEL: ALEXANDER C. VAN HOOK

DEFENSE COUNSEL     : RANDAL P. MCCANN (Retained)

---

  X   **CASE CALLED FOR CHANGE OF PLEA ON INDICTMENT**

   X  Defendant under oath
   X  Defendant advised of Rule 11 rights
   X  Filed Plea Agreement, Affidavit of Understanding, Stipulation, and Elements of Offense
   X  Plea of Guilty to Count 5 of the Second Superseding Indictment accepted
   X  Presentence investigation ordered
   X  A Sentencing date will be set in the future

---

   **GOVERNMENT WITNESS:**    NONE

---

The Government orally moved for U.S.S.G. § 3E1.1(b) (Acceptance of Responsibility).

The defendant was continued on bond with conditions as previously set.  The defendant was further ordered to return for sentencing.